# EXHIBIT 5

Evaluation of Champion Petfoods USA, Inc. and Champion
Petfoods LP for Safety

Prepared for:
Rebecca Peterson

By:
Dr. Gary Pusillo, BS, MS, PhD, PAS, ACAN,
Full Member AAFS

2017 230th Street
Marshalltown, IA 50158

April 5, 2019

CONFIDENTIAL



2017 230th ST.
Marshalltown, IA 50158
Phone: (641) 752-3064
Fax: (641) 752-4039
gpusillo@intiservice.com
jkpusillo@intiservice.com



ANIMAL & AGRICULTURAL FORENSIC SERVICES SINCE 1986
Dr. Gary Pusillo
Julia Pusillo JD

April 5, 2019

Rebecca Peterson
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S
Suite 2200
Minneapolis MN  55401

Re: Case No. 2:18-cv-01736-DOC-JPR, Jennifer Reitman, Jennifer Song, Rachel Colangelo, Samantha Jerding, Richard Clapp, Zachary Chernik, Emma Berry, Pam Blackburn, Holly Rydman, Kirsten Pedersen, Ramy Shaker, and Scott Weaver, individually and on behalf of a class of similarly situated individuals, v. Champion Petfoods USA, Inc., and Champion Petfoods LP.

Dear Rebecca Peterson,

In accordance with your request I have evaluated potential Arsenic, Cadmium, Mercury, Lead, BPA, Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) content in the above-named claim. I have received all available records and materials relating to the above-named claim.

The following is my evaluation and its supporting documents.

Please let me know if you have any questions regarding any of its content.

Best regards,

Dr. Gary Pusillo

*Dr. Gary Pusillo*

## ASSUMPTIONS AND LIMITING CONDITIONS
## AND
## CERTIFICATE OF EVALUATION

<u>Assumptions and Limiting Conditions</u>

No responsibility is assumed for matters that are of a legal nature.

Use of the evaluation is reserved to the named recipient and use of it or any portions excerpted from the complete report is prohibited without written consent of the evaluator.

To the best of knowledge and belief, the information contained in this report is accurate.

<u>Certificate of Evaluation</u>

The undersigned hereby certify that:

I.      There is no undisclosed interest either present or contemplated in this evaluation or the proceeds to be derived there from.

II.     To the best of my knowledge and belief, the statements in this evaluation are correct and the opinions stated are based on a full and fair consideration of all the facts available.

III.    The statements in this evaluation are made subject to the assumptions and limiting conditions set forth.

IV.     There are 34 consecutively numbered pages in this report including the supporting data.

V.      The findings reported herein will not be revealed to anyone other than the named recipient without permission or until required to do so by due process of law.

The effective date of this evaluation is April 5, 2019.

Respectfully submitted,
Dr. Gary Pusillo

*Dr. Gary Pusillo*

3

# TABLE OF CONTENTS

I.     MATERIALS AND DATA SOURCES ................................................................. 5

II.    CURRICULUM VITAE ............................................................................ 6

III.   TRIAL AND/OR DEPOSITION TESTIMONY ............................................ 12

IV.   COMPENSATION FOR PROFESSIONAL SERVICES ............................... 12

V.    SUMMARY OF OPINIONS. ................................................................... 13

VI.   Potential problems associated with heavy metals in Pet foods ........................ 14

VII.  SAFETY AND MARKETING .................................................................. 21

VIII.    REFERENCES ................................................................................. 28

IX.   TABLES ............................................................................................... 30

    Table 1.1: Purchased Samples, Set 1 ....................................................... 30

    Table 1.2: Samples Purchased, Set 2 ....................................................... 31

    Table 3: ISU VDL Results for Heavy Metals ............................................ 32

    Table 4: Expertox Results for Plasticizers ............................................... 33

    Table 5 Results as Alleged by the Complaint ........................................... 34

# I. MATERIALS AND DATA SOURCES

I have received the following materials. Additionally, included in this report are scientific statistics and data relating to heavy metals, plasticizers, nutrition, illness and general practices of pet food manufacturing.

031129995697.pdf Defendants' Answer And Affirmative Defenses To Plaintiffs' Second Amended Class Action Complaint
1bff71438df58428c0c76f386c8f50.pdf CPF1683276
2019-02-26 Summary chart of documents.pdf
62ef1eddfaf0fc5c7c9f822eb7cf0f.pdf CPF2093319
Champion [Reitman] 2019.01.07 [Chris Milam] Errata Sheet.pdf
COAs - Eurofins000001-520.pdf
CPF0000237.pdf - CPF2117773.pdf
CPF0047009 chinavitaminpack.pdf
CPF0057893.pdf - CPF1630348.pdf
CPF0102953.pdf - CPF2092196.pdf
d8d0c448f3fa791a637d0355482e32.pdf CPF1716733
Depo Transcripts for Plastic Storage_1346552_2.doc
Deposition of Gayan Hettiarachchi Errata Sheet.pdf
Deposition of Ms. Tarry Errata Sheet.pdf
Docket 23-1 - Ex. 1 - Motion for Leave to File 2nd Am. Complaint.pdf
Docket 39 - First Amended Complaint.pdf
Hettiarachchi, Gayan - Condensed.pdf
Invoices - Eurofins000521-1173.pdf
Ltr. to Rebecca Peterson (Eurofins Reitman).pdf
Milam, Christopher - Condensed.pdf
Proficiency - Eurofins001174-1186.pdf
Protocols _ Eurofins001187-1208.pdf
REITMAN000059-000084.pdf
Royal Society - Cancer in Humans and Dogs (rates).pdf
SARFs - Eurofins001209-1707.pdf
Tarry, Ms. - Condensed.pdf
White Paper  CPF0001225.pdf
WhitePaper-_-Heavy-Metals-in-Pet-Foods-White-Paper.pdf

In addition to the above-mentioned data, I have relied on my many years of experience and education which is inherently related and relevant to the reported toxins identified in the various documents, and other information sources. As new information becomes available, this evaluation will be supplemented or amended accordingly.

CONFIDENTIAL

## II.    CURRICULUM VITAE

Dr. Gary Michael Pusillo

2017 230th St.
Marshalltown, IA 50158
Office: 641-752-3064
gpusillo@intiservice.com

**Present Position:**

INTI Service Corporation, Marshalltown, IA                                                            Owner and President

Since 1995, INTI Service has developed and formulated specialty animal feeds, supplements, and health care products for domestic and exotic animals.  The company provides nutritional consulting advice to animal owners, and manufacturers involved in the animal industry.  It also provides investigative forensic and expert witness services for claims and litigated cases involving animal deaths, production abnormalities, and injuries.

**Education:**

B.S. in Animal Husbandry and with an additional 12 semester credits in Laboratory Animal Sciences enabling AALAS certification. Delaware Valley College of Science and Agriculture (1980)
M.S. in Animal Production from Iowa State University (1984)
Ph.D. in Animal Nutrition from Iowa State University (1986)

**Additional Education:**

Continuing education courses, 16 credits annually since 1986
Artificial Insemination Technician short course, 1977
Feed Microscopy short course, 1989

**Board Certifications:**

Diplomat ACAN (American College of Animal Nutrition), Since 1995.
PAS (Professional Animal Scientist), Since 1986.
AALAS (American Association of Laboratory Animal Science) Technologist, 1979.
Certified Microscopist (The American Association of Feed Microscopists-Florida State University, Tallahassee, Florida) 1989.
AAFS (American Academy of Forensic Sciences) Full Member – February 2015.

**Other Employment and Professional Interests:**

| Company | Role | Year |
|---|---|---|
| Botanical Intelligence | Leading Scientist & Formulator | 2019 |
| Bilby BioPure PTY Ltd | Executive Head of Technology | 2019 |
| Inteq, LLC | Head of Technology and Research | 2019 |
| Ortho Equine | Head of Nutrition, Research, and Product Development | 2001 – Present |
| Pipeline Pet | Executive Animal Nutrition Expert and Head of Research and Development | 2014 – Present |
| Reilly's HempVet | Consultant | 2016 – Present |
| Buddy's Kitchen | Head Nutritionist Research and Development | 2011 – Present |
| Pro SAAMYA, Inc. | Consultant and Technical Assistance | 2012 – 2014 |
| Big Gain Feeds | Equine Consultant and Technical Assistance | 2008 - Present |
| Complete Natural Nutrition | Chief Technology Officer | 2005 – 20017 |
| Oligo Basics U.S.A., LLC | Consultant and Shareholder | 2005 – 2010 |

| Apperon, Inc. | Consultant | 2001 – Present |
|---|---|---|
| United Suppliers, Inc. | Manager for AgiBlenders | 1991 – 1995 |
| Farmers Feed and Supply Co. | Director of Nutrition | 1988 – 1991 |
| Woody's Performance Horse Feeds | Executive Nutrition Expert | 1988 – Present |
| Freehold Race Track Feed Co. | Manager/Consultant | 1986 – 1988 |
| Iowa State University | Research Assistant | 1980 – 1986 |

- Employs advanced analytical and investigatory skills and expertise to collect information and evaluate technology to develop scientifically-based solutions to complex, animal nutrition problems.

- Provides guidance in establishing and maintaining sound environmental practices for animal management.

- Arrange and conduct custom animal research and product testing.

- Advises individuals and entities in developing and marketing animal feed and products for domestic and international markets. Developed over 2000 animal premix, base mix, pet supplement, pet food, livestock feed, horse feed, horse supplement, and specialty product formulations.

- Former consultant and animal feed formulator for Disney's Animal Kingdom and Ringling Brothers Circus.

- Consultant to major farms and animal nutrition and health companies in Brazil and Argentina, providing veterinary and nutrition services.

- Conducts ongoing research into the use of natural treatments and the prevention of diseases by native cultures.

- Assist with Master's and PhD research and mentoring at Iowa State University.

- Owned and operated conventional and organic farms for the production of crops and the care and raising of livestock, including goats, swine, horses, sheep, dairy and beef cattle, veal calves, replacement dairy heifers, chickens, ducks, geese, quail, and pheasants.

- Develops proprietary animal forensic techniques and conducts forensic investigations.

- Accepted as an expert witness by State and Federal courts to provide testimony on veterinarian and nutritional issues.

- 16 Kentucky Derby winners associated with provided nutritional expertise and products.

**Appointments and Committees:**

Food Science Corporation Science Advisory Board, 2006 – Present
Revival Animal Health Nutrition, Advisory Board, 2013 – Present
Thomas Laboratories, Professional Animal Health and Nutrition Advisory Board, 2014 – Present
McIntosh Proline, Chief Nutritional Officer and Head of Research and Development, 2013 – Present

**Patents and Patents Pending:**

Therapeutic and Nutritional Compositions 16/234,992 filled 12/28/18
Method of Fortifying seeds with an essential fatty acid, fortified seed and food product. US 7,416,752 B2. Chief scientist in charge of extending and verifying patent for increasing commercial production techniques.

**Honors and Awards:**

7

*American Academy of Forensic Sciences General Section Achievement Award, 2012*
Iowa State University PACE Award for Academic Excellence, 1981
Bernstein Award for Excellence in Writing a Scientific Paper, 1980
American Society of Animal Science Scholarship Award, 1980

**Professional Societies and Organizations:**
American Academy of Forensic Sciences Member (AAFS)
American Registry of Professional Animal Scientists (ARPAS)
American Society of Animal Science (ASAS)
American Dairy Science Association (ADSA)
American Association of Small Ruminant Practitioners (AASRP)
Equine Science Society (ESS)

**Articles and publications:**

Pusillo, G.M. and J.K. Pusillo. 2018. "Environmentally Influenced External and Internal Microbiome Populations: "Over Processed" Horses and Long-Term Consequences." Proceedings of the 79th Minnesota Nutrition Conference, Mankato, Minnesota.

Pusillo, G.M. and T. Purevjav. 2017. "Nutritional Management of Horse Saliva-Liquid Immune support." Proceedings of the 78th Minnesota Nutrition Conference, Mankato, Minnesota.

Pusillo, G.M. and T. Purevjav. 2016. *"Using Glyphosate Testing to Sell Professional Services, Supplements, or a Completely New Feed Program,"."* Proceedings of the 77th Minnesota Nutrition Conference, Prior Lake, Minnesota.

Pusillo, G.M. and T. Purevjav. 2015 *"Removing the "Fish Market Affect: Incorporating Fish EPA and DHA into the Flax Plant." Proceedings of the 76th* Minnesota Nutrition Conference, Prior Lake, Minnesota.

Purevjav, T., and G.M. Pusillo. 2014. Examinations of the standards of normality and production standards to identify critical and definitive information pertaining to alleged nutritional and feed associated dysfunctions in swine production. World Forensic Festival. Abstract.

Purevjav, T., and G.M. Pusillo. 2014. The Future of Fat and Fatty Acids in Horse Diets; Beyond Energy. Proceedings of the 75th Minnesota Nutrition Conference, Prior Lake, Minnesota.

Purevjav, T., M.P. Hoffman, and G. Pusillo.2014. "Functional oils effects on methane production in beef cattle. Work in process.

Pusillo, G.M. 2013. Examinations of the Standards of Normality (SON) and Production Standards (PS) to Best Identify Critical and Definitive Information Pertaining to Alleged Nutritional Associated Dysfunctions (NAD) in Animals. Proceedings of the AAFS 65th Annual Scientific Meetings. Washington, DC, USA. Feb 18-23.

Scientific advisor and technical editor of the book: Health and Nutrition for Dogs and Cats: A Guide for Pet Parents Hardcover – April 11, 2013 by David G. Wellock.

Purevjav, T., M.P. Hoffman, A. Ishdorj, A.J. Conover, M.E. Jedlicka, K. Prusa, J. Torrent and G.M. Pusillo. 2013. Effects of Functional Oils and Monensin on Cattle Finishing Programs. The Professional Animal Scientist. 29:426-434.

Pusillo, G.M 2012. Animal Nutrition Investigative Techniques Essential to Obtaining Investigative Forensic Information from Multiple sites. Proceedings of the AAFS 66th Annual Scientific Meetings. Atlanta Georgia, USA. February 20-25.

CONFIDENTIAL

176  Host Resistance or Susceptibility to Tick Preference as Measured in Domestic Dogs Sprayed with a Biorational
177  Plant Oil Based Formulation 2011.
178
179  Flea and Tick Tolerance Study 2010.
180
181  Jedlicka, M., T. Purevjav, A. Conover, J. Torrent, G. Pusillo, and M. P. Hoffman. 2009. Effects of functional oils
182  and monensin alone or in combination on feedlot cattle growth and carcass composition. Journal of Animal Science,
183  Volume 87, E-Supplement 3 P126.
184
185  Jedlicka, M. E., T. Purevjav, A. J. Conover, M. P. Hoffman, G. Pusillo, J. Torrent. Effects of functional oils and
186  monensin alone or in combination on feedlot cattle growth and carcass composition. A.S. Leaflet R2423. Iowa State
187  University Animal Industry Report 2009.
188
189  The Effects of a Proprietary Ear Normalizer (PEN) Product on Otis Externa in Dogs: A Pilot Study, 2007.
190
191  Complete Skin and Coat Hair Liquid Technical Bulletin, 2005.
192
193  The Right "Whey" for Cell Defense and Cellular Nutrition, 2003.
194
195  The Living Orchestra, 2002.
196
197  Protein for Goats: When More of a "Good Thing" is a "Bad Thing", 2002.
198
199  How Drinking Water Affects Hoof Quality, 2001.
200
201  Before the Bite – Preventing the Effects from West Nile Virus by Optimizing Immune System Function, 2000.
202
203  Right "Whey" for Cell Defense, 1999.
204
205  Creation of Quality Dairy Herd Replacements, 1999.
206
207  What Image Does Your Ostrich Feed Project? 1998.
208
209  Copper Toxicosis in Sheep, 1997.
210
211  Copper Toxicosis in Calves, 1997.
212
213  Vitamin and Mineral Deficiencies (Horse Handbook), 1997.
214
215  Nutraceuticals for Calves, 1996.
216
217  Kid Nutrition, 1996.
218
219  Vitamin E Function and Deficiencies Characteristics in Goats, 1995.
220
221  How to Build a Boer Goat:  The Seven Stages of Development, 1995.
222
223  Penicillium Mold in Feed, 1994.
224
225  Blister Beetle Poisoning (Cantharidin), 1993.
226
227  Hemorrhagic Bowel Syndrome (Bloody Bowel) – Related to Intestinal Adenomatosis, 1992.
228
229  Vitamin E Function and Deficiency Characteristics in Swine, 1991.
230
231  Starting Calves on Feed, 1991.

9

Animal Waste Problems:  Practical Means of Odor Control in Livestock Units and Food Processing Facilities, 1990.

Vitamin and Mineral Allowances for the Performance Horse, 1990.

The Usage of Body Tissue During Early Lactation by High Producing Dairy Cattle, 1990.

Tips on Handling Summer Stress in Dairy Cattle, 1990.

Fundamental Principles of Animal Nutrition, 1990.

Commercial vs. Home-Mixed Feed for Horses, 1989.

Quality Oats and Their Benefits, 1988.

Lactobacillus Acidophilus and its Effect on Animal Health, 1988.

The Effects of Placing Cattle on Feed at Bi-Monthly Intervals, Housing and Stage of Feeding upon Feedlot Performance and Carcass Grades, 1986.

Dairy Goat Feeding, 1985.

Effects of Housing and Starting Cattle on Feed at Bi-Monthly Intervals, 1984.

The Influence of Housing and Intermittent Marketing upon Alternative Beef Cattle Marketing Systems, 1984.

Feedlot Performance and Carcass Composition of Steer Calves Fed Varying Ratios of Corn Silage and Corn Grain, 1983.

Effects of Housing System on Dressing Percentage, 1982.

Effects of Varying Ratios of Corn Silage and Corn Grain upon Feedlot Performance of Calves, 1982.

Calendarizing Cattle Feeding in Iowa, 1981.

Effects of Season and Weight on Yearling Steer Performance, 1980.

**Speaking Engagements and Presentations**:

Minnesota Nutrition Conference, Mankato, Minnesota, September 2018.
Selected paper entitled: "Internal Microbiome Populations: "Over Processed" Horses and Long-Term Consequences."

Minnesota Nutrition Conference, Mankato, Minnesota, September 2017.
Selected paper entitled: *"Nutritional Management of Horse Saliva-Liquid Immune support."*

Minnesota Nutrition Conference, Prior Lake, Minnesota, September 2016.
Selected paper entitled: *"Using Glyphosate Testing to Sell Professional Services, Supplements, or a Completely New Feed Program."*

Minnesota Nutrition Conference, Prior Lake, Minnesota, September 2015.
Selected paper entitled: "*Removing the "Fish Market Affect: Incorporating Fish EPA and DHA into the Flax Plant."*

Minnesota Nutrition Conference, Prior Lake, Minnesota, September 2014.
Selected paper entitled: "*The Future of Fat and Fatty Acids in Horse Diets; Beyond Energy.*

288  65th Annual Scientific Meeting: The Forensic Sciences. Washington, DC 2-18-23, 2013. Examinations of the
289  Standards of Normality (SON) and Production Standards (PS) to Best Identify Critical and Definitive Information
290  Pertaining to Alleged Nutritional Associated Dysfunctions (NAD) in Animals
291
292  64th Annual Scientific Meeting Global Research: The Forensic Science Edge. Atlanta, Georgia 2-20-25,2012.
293  Animal Nutrition Investigative Techniques Essential to Obtaining Investigative Forensic Information from Multiple
294  sites
295
296  Iowa State University lecturer as needed: Forensic investigation techniques, Applied production Nutrition
297
298  Alltech's Sixth Annual Symposium speaker (1990): Animal Waste Problems: Practical Means of Odor Control in
299  Livestock Units and Food Processing Facilities.
300
301  1st Annual Nutraceutical Alliance Symposium speaker (1999); Toronto Canada: Dietary Whey Protein: an immune
302  revolution for animals? The Development of a Veterinary Nutraceutical.
303
304  3rd Annual Nutraceutical Alliance Symposium speaker (2002); Ontario Veterinary College University of Guelph:
305  Colostrum composition and functions in neonates, across species, and for specific applications for animal health.
306
307  Second European Equine Health & Nutrition Congress, 2004, Equine Research Centre, Waiboerhoeve, Lelystad,
308  The Netherlands (2004): Oxidative Stress, Glutathione and intracellular nutrition.
309
310  Veterinary schools in Brazil and Argentina guest lecturer, 1996-2004: Production nutrition and practical Veterinary
311  intervention techniques.
312
313  Frequent speaker, lecturer and educator throughout the United States and Canada on animal husbandry nutrition,
314  veterinary science, environmental influences and farming practices (1986-present).
315
316  Interviewed by ABC's 20-20, USA Today, Blood Horse, and Thoroughbred Times
317
318  TV appearances discussing nutrition on WDIV-TV, KARE-TV, WCCO-TV and KMSP/FOX 9.
319
320  Radio interviews discussing nutrition and animal health on WHO-AM, WTGB-CBS, WTMR-AM, WFAX-AM,
321  KYW-AM, WARW-FM and WTOP-AM/FM.  Interviewed numerous times by Dr. Alan Pressman, whose radio
322  program is carried on 11,000 stations in the United States.
323
324
325  **Civic Interests:**
326
327  Ordained Permanent Deacon in the Roman Catholic Church, 2003 – Present.
328  Jail ministry Chaplin 2003 – Present.
329  Immigrant ministry 2003 – Present.
330  F3 Garden project 2000 – Present.
331

11

III.　TRIAL AND/OR DEPOSITION TESTIMONY

# Dr. Gary Pusillo
## 2015-2019

- Flanigan v. Western Milling
  - o 2018
  - o California
  - o Species: Horses
  - o Expert Witness for Plaintiff
  - o Attorney: Warren R. Paboojian
  - o Deposition testimony

- Smith v. Southern States, et al.
  - o 2015
  - o Kentucky
  - o Species: Bovine
  - o Expert Witness for Plaintiff
  - o Attorney: John Henderson
  - o Deposition testimony

- Tracey K. Kuehl, et. al v. Pamela Sellner, et al.
  - o 2015
  - o Iowa
  - o Species: Zoo Collection
  - o Expert Witness for Defendant
  - o Attorney: Larry J. Thorson
  - o Deposition and Trial testimony


IV.　COMPENSATION FOR PROFESSIONAL SERVICES

I am being compensated at $300.00 per hour for all work besides deposition and trial testimony which is invoiced at $400.00 per hour.

| 365 | V.     SUMMARY OF OPINIONS. |
| 366 | |

1. Champion Petfoods Products Acana and Orijen dog foods contain lead (Pb). Depending on the specific formulation, the lead levels vary according to the ingredients used.

2. Champion Petfoods Products Acana and Orijen dog foods contain arsenic (As). Depending on the specific formulation, the As levels vary according to the ingredients used.

3. Champion Petfoods Products Acana and Orijen dog foods contain cadmium (Cd). Depending on the specific formulation, the Cd levels vary according to the ingredients used.

4. Champion Petfoods Products Acana and Orijen dog foods contain mercury (Hg). Depending on the specific formulation, the Hg levels vary according to the ingredients used.

5. Champion Petfoods Products Acana and Orijen dog foods contain BPA depending on the specific formulation, the BPA levels vary according to the ingredients, packaging materials, and storage methods used

6. Champion Petfoods Products Acana and Orijen dog foods contain Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) Depending on the specific formulation, the Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) levels vary according to the ingredients used.

7. Champion Petfoods Products Acana and Orijen dog foods contain ingredients that are not tested and certified for safety for dogs. Depending on the specific formulation, the levels of safety vary according to the ingredients used.

8. Champion Petfoods dog foods contain ingredients that are not in agreement with Champion Petfoods' definition of Biologically Appropriate.

9. Champion Petfoods' dog foods contain ingredients that are not in agreement with Champion Petfoods' definition of "Fresh Regional ingredients."

10. Champion Petfoods' dog foods contain ingredients that are not in agreement with Champion Petfoods' definition of Prey: whole animal ingredients that mimic what cats and dogs would eat in nature, in appropriate ratios of meat, organs, edible bones and cartilage.

11. Champion Petfoods' dog foods do not contain "100%" fresh ingredients.

12. Champion Petfoods uses supplements in their formulations.

13. Champion Petfoods uses food additives and premixes that are not 100% fresh ingredients.

14. Champion Petfoods' dog foods are not "the gold standard of safe food."

15. Champion Petfoods' dog foods are not the "World's Best Pet Foods."

16. Champion Petfoods claims that all their fish are wild caught, and ground whole. This statement is false.

17. Champion Petfoods claims "A fish a day keeps the Vet away." This is a false statement.

18. Champion Petfoods claims that there is "no need to supplement, everything is in the ingredients." This statement is false.

19. Champion Petfoods states that their formulas contain 90% meat. This statement is false and detrimental to dogs with allergies to certain plant ingredients.

20. There is sufficient evidence to support that dogs; during the period covered in this claim and eating the Acana and Orijen products listed in Tables (1.1, 1.2); were subjected to the unwilling consumption of Lead, Arsenic, cadmium, Mercury, BPA, Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate).

13

409    21. Champion Petfoods states that their foods are a "True representation of a Biologically
410        Appropriate diet which allows them to have the gold standard of safe food which you can
411        give to kids and not worry about it."
412    22. Plasticizers are not a part of a "Biologically Appropriate" diet as defined by Champion
413        Petfoods.
414    23. Champion Petfoods states that "quality and food safety start as soon as a truck is received
415        and carries all the way through to when a truck is shipped." This statement is false.
416    24. Champion Petfoods claims that it is "Also testing finished goods to insure all food safety
417        parameters are met." This statement is false.
418    25. Plastic bins, plastic liners in carboards containers, intermediate bulk containers (IBC), craft
419        paper bags lined with plastic, and various raw ingredient containers are more likely than
420        not a source of Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) and BPA.
421    26. Packaging materials used by Champion Petfoods for the products listed in Tables (1.1, 1.2,
422        4, and 5) can be a source of Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) and BPA.

423    VI.    Potential problems associated with heavy metals in Pet foods
424
425    Heavy metals, named because they are dense elements found in the metal portion of the periodic
426    table, can cause acute or chronic toxicity in animals. Common sources of heavy metals include
427    plant-derived feedstuffs, polluted soils, industrial wastes, fish meals, mineral supplements or
428    premixes, feed therapeutics, and surface or well waters. New agricultural practices such as the use
429    of municipal and livestock wastes on croplands and increased feeding of recycled or upcycled
430    plant and animal products may result in greater exposure of animals to toxic levels of heavy metals.
431    (Caldwell, 2018).
432
433    The heavy metals chiefly include Pb, Hg, Cd, Cr, Cu, Zn, Mn, Ni, Ag, etc. The heavy metals, viz.,
434    As, Cd, Pb and Hg are considered most toxic to humans, animals, fishes and environment.
435    Excessive concentrations of heavy metals are detrimental. They destabilize ecosystems because of
436    their bioaccumulation in organisms, and toxic effects on biota and even death in most living beings.
437    All heavy metals, despite some of them are essential micronutrients, have their toxic effects on
438    living organisms via metabolic interference and mutagenesis. The bioaccumulation of toxic metals
439    can occur in the body and food chain. So, the toxic metals generally exhibit chronic toxicity
440    (Govind and Madhuri, 2014).
441
442    Generally thought of as an "accidental contaminant," Arsenic (As) is found in significant amounts
443    in marine organisms. (Gieter & Baeyens 2005). Ores contain the highest levels of As followed by
444    industry, farming and agriculture. Water becomes contaminated by runoff of pesticides and
445    herbicides into rivers, estuaries, and the ocean (Mariner et al., 1996). Marine organisms like fish
446    and crustaceans accumulate As through their diet. As concentrations are high in algae,
447    phytoplankton and other microorganisms, which are sources of food for fish. (Gieter & Baeyens
448    2005). Accumulation of As can be extreme in fish and shellfish and can vary depending on
449    differences in diet, form of ingested arsenic, seasonal changes and geographical location.
450    Furthermore, the chemical form of dissolved As in water changed dependent on the season and
451    phytoplanktonic activity. (Gieter & Baeyens 2005).
452

CONFIDENTIAL

453  As poisoning can also result from accidental exposure of livestock to old pesticides, contaminated
454  waters in abandoned mining areas, and overdosage or extended use of organic arsenical feed
455  additives in poultry or swine. (Osweiler 1996).
456
457  Trivalent forms of As (arsenite, found in pesticides) are 5-10 times more toxic than the pentavalent
458  forms and cause intoxication. (Roder 2001). Arsenic acts on and binds sulfhydryl groups within
459  cells which disrupts and inhibits sulfhydryl-containing enzymes of aerobic metabolism. The
460  tissues most severely affected include gastrointestinal tract, kidney liver, and lungs. Arsenic causes
461  damage to the gastrointestinal tract in the form of capillary damage, dilation, and transudation and
462  decreased blood perfusion to the splanchnic tissues resulting in decreased systemic blood volume
463  and shock. (Roder 2001). Transudation of plasma, tubular degeneration, and renal casts in the urine
464  are all symptomatic of arsenic toxicity in kidneys. Even acute As toxicity causes clinical
465  symptoms: high morbidity and mortality, gastrointestinal pain, colic, diarrhea, vomiting,
466  dehydration, weak pulse, ruminal atony, and prostration. (Roder 2001).
467
468  Lead toxicosis continues to occur in domestic animals due to it being widely used for commercial
469  purposes and its persistence in the environment. (Osweiler 1996). Many objects and industries
470  involve lead. Fishing sinkers, buckshot, lead-based paints, lubricants, batteries and other parts in
471  farm machinery and automotive supplies, pesticides, and in industrial wastes as sewage sludge.
472  (Osweiler 1996).
473
474  Lead poisoning effects the gastrointestinal tract and the central nervous system. Clinical signs are
475  usually noticed first in the gastrointestinal tract and are more common. These signs include
476  anorexia, vomiting, colic and diarrhea or constipation. When the central nervous system is
477  affected, symptoms include posterior, convulsions, ataxia, blindness, and mydriasis. (Roder 2001).
478  When lead is ingested, it is readily absorbed in the small intestine and interferes with several
479  enzymes, such as sulfhydryl containing enzymes. Lead can even inhibit the steps related to
480  hemoglobin and erythrocyte synthesis in bone marrow. Blood and tissue levels only indicate
481  exposure and do not confirm amount ingested nor the severity or duration of the intoxication.
482  (Roder 2001).
483
484  "Cadmium is an environmental pollutant possessing serious health hazards (Satarug et al., 2011)."
485  (Tinkov 2018). Cadmium exposure is linked to a slew of adverse effects such as oxidative stress,
486  inflammation, cancer, and chronic disease. Gut microbiota can influence immunity and mineral
487  metabolism. When the system is exposed to Cd, the gut microbiota is affected. The type of bacteria
488  is altered and increased, increasing LPS production. Cd also induces an inflammatory response,
489  cell damage, and increased permeability to the surrounding intestinal tissues. This exposure
490  ultimately causes endotoxemia and systemic inflammation. This response is associated with fatty
491  liver disease, inflammatory bowel disease, neurodegenerative diseases, inflammatory disease and
492  many others. (Tinkov 2018).
493
494  Organic forms of mercury include Alkyl mercurial, Methyl mercury and Ethyl mercury which are
495  common in fungicides. These organic forms of mercury are highly absorbable by the
496  gastrointestinal mucosa. An animal shows pathologic effects when high lipid solubility leads to
497  the accumulation in the calcarine cerebral cortex of the brain, causing blindness, ataxia, paralysis,
498  coma, and death. (Osweiler 1996). Among affected animals, the mortality rate for Mercury

CONFIDENTIAL

499 toxicosis is very high. By the time the symptoms are present and toxicosis is apparent, substantial
500 damage has already occurred. "Alkyl mercurials can accumulate in edible organs and muscle;
501 therefore, mercury-intoxicated animals should never be used for food." (Osweiler 1996, 199).
502
503 Bis-2-ethylhexyl-phthalate (also known as: di(2-ethylhexyl) phthalate or DEHP), is used in the
504 production of polyvinyl chloride (PVC) and vinyl chloride resins, which is added to plastics to
505 make them flexible. (Agency for Toxic Substances and Disease Registry (ATSDR) 1993). These
506 plasticizers are leached into the environment during manufacturing processes, evaporation or
507 discarded waste and recycling. (Rose 2013). Phthalates have a high vapor pressure and may
508 volatize to the atmosphere and clouds then transfer to soil and surface waters by rainfall and runoff.

509 The most probably cause of exposure is through food exposed when packaged in plastic for
510 storage. The major source of PAEs in fatty foods is direct contact with phthalate-containing
511 packages. (Rose 2013).

512 The most important toxicological effects are considered subchronic and chronic. "PAEs are
513 reported to be animal carcinogens and can cause fetal death, malformations, testicular injury, liver
514 injury, anti-androgenic activity, teratogenicity, peroxisome proliferation and especially
515 reproductive toxicity in laboratory animals (ATSDR 1995, 1997, 2001, 2002)." (Rose 2013).

516 Effects on animals include, increased lung and liver weights from inhalation exposure, and
517 developmental and reproductive effects, and tumors from oral exposure. Acute exposure can also
518 affect liver and kidney function and have an adverse effect on weight gain and food consumption.
519 Reproductive effects include birth defects, decreased fertility, decreased live births, and decreased
520 testicular weights and tubular atrophy. (Agency for Toxic Substances and Disease Registry
521 (ATSDR) 1993).

522 In cooperation with the U.S. "Environmental Protection Agency" (EPA), the 'Agency for Toxic
523 Substances and Disease Registry' (ATSDR) in Atlanta, Georgia (a part of the U.S. Department of
524 Health and Human Services) reported that in a 'Priority List for 2001' called the 'Top 20
525 Hazardous Substances', As, Pb and Hg are at the 1st, 2nd and 3rd position, respectively in the list;
526 while Cd is at the 7th place. Therefore, the "elements/heavy metals", viz., As, Cd, Pb and Hg are
527 considered most toxic to the humans, animals and environment (Pandy, G. 2014). This research
528 leads to the following chart:
529

Table-2
Limits (Maximum Daily Dose or Exposure) of Various Elements/Heavy Metals

| Element/ Heavy Metal | Daily Dose (µg/day) | | Element/ Heavy Metal | Daily Dose (µg/day) | |
|---|---|---|---|---|---|
| | Parenteral | Oral/Topical/ Dermal/Mucosal | | Parenteral | Oral/Topical/ Dermal/Mucosal |
| Arsenic (Inorganic) | 1.5 | 15 | Nickel | 25 | 250 |
| Cadmium | 0.5 | 5 | Palladium | 10 | 100 |
| Lead | 1 | 10 | Platinum | 10 | 100 |
| Inorganic Mercury | 1.5 | 15 | Vanadium | 25 | 250 |
| Chromium | 25 | 250 | Osmium | | |
| Copper | 250 | 2500 | Rhodium | 10 (combination not to exceed) | 100 (combination not to exceed) |
| Manganese | 250 | 2500 | Ruthenium | | |
| Molybdenum | 25 | 250 | Iridium | | |

530

CONFIDENTIAL

531    Removal of contaminants in certain foods and ingredients is a common practice in order to keep a
532    final product safe. According to Pollutants in Food-Metals and Metalloids, contamination of foods
533    is caused by lead, mercury, cadmium, and arsenic, thus they are considered contaminants (Reilly
534    CH10) In the deposition of Ms. Brown Tarry, she has been trained to consider heavy metals as not
535    contaminants:  Page 74 lines 7-10.  A: So heavy metals are not contaminants. 8 They're naturally
536    occurring.  Fish ingredients naturally 9 have higher levels of heavy metals than other types of 10
537    ingredients.
538
539    In lieu of Champion Petfoods' understanding that fish ingredients have a higher level of heavy
540    metals than other types of ingredients, they do a minimum of testing of one time per year for each
541    product. The type of fish used, and the seasonal variability is not taken into consideration.
542
543    They only test once per year, but this is what Ms. Brown Tarry states in her deposition:
544
545    Pg. 74; Lines 19-25, Pg. 75; Lines 1-2
546    Q. Does Champion take that into account when it sources ingredients?
547    A. What is important for heavy metals in pet food is the amount in the diet or the formula.  That
548          is what is important to the animal.  So we get the information.  In the case of catfish in
549          Kentucky, we did some additional testing just to check for ourselves, but overall our focus
550          is on the finished good that has the catfish in it and we know that our foods are within
551          standards.
552
553    Ms. Brown Tarry - 12/5/2018 Jennifer Reitman and Carol Shoaff vs. Champion Petfoods USA,
554          Inc., et al. Depo International, Inc. (763) 591-0535 | info@depointernational.com Page 21
555          (72 - 75) Page 75
556
557    The contaminants in a dog's environment are an important consideration when addressing the
558    issues of heavy metals in dog foods. A dog that is exposed to heavy metals in its environment may
559    have an unknown or known level of heavy metals already in its body. These unknown and known
560    levels can increase dramatically by feeding dog foods containing heavy metals
561
562    Professional animal toxicologists and nutritionists have been exposed to the concept the
563    accumulation coefficient regarding heavy metals. This concept is extremely important when
564    developing daily diets. It is concerned with daily intake and previous exposure to heavy metals.
565    The published data on heavy metal blood levels for animals and their levels of normalcy, and
566    toxicity are a more reliable measurement of the problems associated with heavy metals than trying
567    to determine the exact contribution of heavy metals from a specific MTL that was determined from
568    a limited amount of data. Elements such as mercury, cadmium and lead belong to the group of
569    elements with the highest accumulation coefficient of 10–600. Mercury, lead and cadmium are
570    easily absorbed from atmospheric air. Heavy metals such as cadmium are also absorbed from
571    drinking water and food. Long-lasting exposure of the system to low doses of heavy metals may
572    cause irreversible disease lesions, which may appear after many years (Kujawa and Traczewska
573    2012). Heavy metals penetrate to human and animal organisms by ingestion. The presence of
574    heavy metals in commercial foods intended for dogs and cats constitutes the subject of scientific
575    study since 1970s (Mirowski 2013) It has been determined, that heavy metal concentrations in
576    canned foods were several times higher than the doses considered potentially harmful to children

CONFIDENTIAL

577 (Hankin et al.1975). In animal organisms, heavy metals primarily cause changes in protein
578 synthesis and contribute to ATP production disorders. The scale of the disorders depends on the
579 amount of an element introduced to the organism (Mielczarek, Kamil Szydłowski 2017).
580
581 Testing done on ingredients used by Champion Petfoods and on manufactured Orijen and Acana
582 products proves the presence of arsenic, lead, cadmium, and mercury. Mineral Tolerance of
583 Animals 2nd revised edition states: Although this report focuses predominantly on levels of
584 minerals that are toxic for animals, there are some cases where environmental factors may be
585 primary considerations that limit the acceptable levels of minerals in the feed and water of animals
586 (NRC,2005). Environmental issues should be considered along with levels that are tolerated by
587 animals in regulation of the concentrations of these minerals in the feed and water of animals
588 (NRC,2005).
589
590 The following is from https://www.petco.com/shop/en/petcostore/brand/orijen:
591
592 Orijen "Nourished as Nature intended"
593
594 With the highest amount of real meat, our Biologically Appropriate food provides nutrition as
595 nature intended, so your pet can thrive.
596    • Mirrors evolutionary diet-unmatched fresh meat inclusions plus smaller amounts of fresh
597      whole fruits, vegetables, and botanicals
598    • 2/3 of meats are fresh or raw
599    • Highest amount of animal-derived protein (up to 90%)
600    • The highest amounts of protein from a variety of fresh and raw meats
601 https://www.petco.com/shop/en/petcostore/brand/orijen
602
603 This marketing information indicates that Orijen; despite its heavy metal content; "provides
604 nutrition as nature intended, so your pet can thrive."
605
606 According to Mielczarek and Szydlowski (2017), certain concentrations of some heavy metals are
607 indispensable for the proper functioning of organism (zinc, iron, copper). However, there are other
608 heavy metals, for which no biological role has been determined so far and thus they are assumed
609 as completely foreign to the organism: they are harmful already in low concentrations (mercury,
610 cadmium, lead). Lead is not known to be an essential nutrient for animals and does not participate
611 in any known beneficial biochemical functions (NRC 2005). Cadmium is not considered an
612 essential nutrient for animals (NRC, 2005). High levels of cadmium increase lead deposition and
613 toxicity (NRC,2005). Mercury is not known to be an essential element for animals (NRC,2005).
614 Arsenic is generally not accepted as an essential nutrient for higher animals (NRC,2005).
615
616 If heavy metals are so widespread and they cannot be avoided, it is Champion Petfoods' duty to
617 minimize the exposure to pets by using the best ingredients possible. There must be an appropriate
618 SOP in place to prevent the contamination of pet foods with heavy metals. There are naturally
619 microorganisms in some ingredients, and quality control procedures for incoming ingredients and
620 finished products are identified and quantified. Food safety is an important concern when using
621 ingredients that have the potential of containing contaminants and adulterants. The following Food

622 Safety definition is from the Dogstar Food Safety and Quality Manual, effective date:11/15/2016.
623 (CPF2064382).
624

> **Food Safety** – conditions and practices, which prevent imminent and acute danger to the safety of
> pets and pet lovers (such as pathogenic levels of bacterial contamination, acute toxic chemical or
> hazardous physical contamination of food).

625
626 Naturally occurring concentrations of heavy metals and confirmation of nutritional suitability are
627 important considerations when considering the use of ingredients in dog foods. When formulating
628 dog foods, it is important to know an individual ingredients levels of heavy metals.  More
629 importantly, when blending together ingredients with a heavy metal content, the combined
630 concentration of heavy metals may create a health or quality of life concern and a reason to identify
631 the blend as nutritionally unsuitable.  This is the reason all incoming ingredients to be used for
632 manufacturing pet foods should be tested before use, or at least come accompanied by an accurate
633 COA. The nutritionist or plant manager should have the capabilities to predict the final product's
634 level of heavy metals before the manufacturing process using computer formulation programs of
635 laboratory analysis of all ingredients.
636
637 In (Hofve 2015) a study on heavy Metals and other Toxins was conducted to assess the content of
638 15 toxic elements in pet food; samples were taken of wet and dry dog and cat foods across a range
639 of prices. All tested foods contained toxic heavy metals; but the highest levels were found in dry
640 foods. Toxic elements included arsenic, beryllium, cadmium, cesium, chromium, antimony, lead,
641 molybdenum, nickel, thorium, thallium, uranium, and vanadium. The researchers compared the
642 amount of these toxins in the food to allowable limits in human food and found that the dose that
643 would be consumed by the average pet exceeded limits set by the U.S. Environmental Protection
644 Agency (EPA) and the World Health Organization (WHO) for most of the foods [Atkins 2011].
645 The FDA later disputed these findings [FDA 2011], but their arguments are based primarily on
646 "maximum tolerable levels," which is not equivalent to "safe for long-term consumption by pets
647 in every meal of every day"—a standard that pet guardians rightly expect. [Fries 2014]
648
649 The Champion Petfoods "White Paper" uses the Mineral Tolerance of Animals second revised
650 addition, 2005, for their maximum tolerable levels (MTL) for arsenic, cadmium, lead and mercury
651 to defend their position that the levels found; in the Champion Petfoods dog food data they
652 reviewed; as safe. The Mineral Tolerance of Animals second revised addition ,2005 states:
653 "Relevant information for predicting the MTL of minerals for aquatic and companion animals is
654 relatively incomplete. Companion animals have long life spans and there are few studies on
655 chronic mineral toxicosis in these species." Cadmium and mercury are not easily excreted, and
656 they can accumulate during an animal's lifetime resulting in toxic effects in older animals
657 (NRC,2005). It is important to keep in mind the Mineral Tolerance of Animals second revised
658 addition, 2005 is currently 14 years old.
659
660 Heavy metals can have adverse effects on animal health and growth. These toxic effects depend
661 on the concentration and length of exposure to the heavy metal(s). Symptoms range from slow
662 growth and poor reproduction to significant impairment or death. Heavy metals cause oxidative
663 damage, impair the absorption of other essential minerals, and they can mimic or alter the action
664 of hormones needed for bodily functions. Many heavy metals are difficult to excrete and can

19

accumulate in the body over time, causing toxic impairment in older animals (Caldwel, 2018; NRC ,2005).

The duration of exposure to the test mineral markedly influences the level that causes toxicosis (NRC,2005). The NRC committee considered three exposure durations: a single dose is defined as exposure due to the consumption of a single meal or by a single gavage of the mineral. Acute exposure is defined as an intake of 10 days or less. Chronic exposure is set as an exposure of 10 days or more, but emphasis is given to the studies that had the longest durations of exposure (NRC 2005). In Table 20-1 Effects of Mercury in animals (NRC,2005) the only dog trial used for the chart was with eleven 13-month-old beagles fed for 55 days. Mercury is not easily excreted, and it can accumulate during an animal's lifetime resulting in toxic effects in older animals (NRC,2005).

The final analysis of the heavy metals in a certain product should be compared with other products manufactured at the same facility in order to see if there is a pattern in the heavy metal content due to a common ingredient. Variation of heavy metal content between products is critical to the understanding of how heavy metal combinations can contribute to toxicity or nutritional unsuitability.

The following contribute to variation in heavy metal content of ingredients:
1. Source of parent material
2. Supplier of parent material
3. Processing method
4. Harvesting procedure
5. Storage containers physical makeup
6. Storage conditions
7. Country of origin
8. Additives to ingredient
9. Age of the ingredients
10. Physical form: solid small particles, solid large particles, within a liquid, liquid, within plant structure, within animal tissue, within animal bone.
11. Seasonality of available ingredients

| | |
|---|---|
| 698 | VII.    SAFETY AND MARKETING |
| 699 | |
| 700 | Champion Petfoods marketing materials do not accurately represent all the ingredients they use |
| 701 | when compared to what they tell potential customers they use.  I have read a significant amount |
| 702 | of marketing materials that are designed to convince pet parents that the ingredients used in Acana |
| 703 | and Orijen are the closest possible to the "natural" or as close as possible to the pet's ancestral |
| 704 | animals found and consumed in nature. I have personally been in the audience of Champion |
| 705 | Petfoods representatives; at Global Expo 2019; that claim the same things. See figures 1 & 2 |
| 706 | |
| 707 | At Global Pet Expo 2019, in Orlando Florida, Champion Petfoods employees gave talks about |
| 708 | Champion Petfoods products. It was emphasized that they used food like the whole prey that a |
| 709 | dog's ancestors would eat in nature. The comment was made that a wolf eats elk, and rabbits and |
| 710 | that Champion Petfoods have whole prey ratios. It was also stated that Champion Petfoods uses |
| 711 | different species of animal ingredients so there is no need to supplement, because everything is in |
| 712 | the ingredients. |
| 713 | |
| 714 | A Champion Petfoods' demonstration at the Global Pet Expo 2019 showed how they use whole |
| 715 | locally caught fresh fish and grind them whole to use in the foods. Grinding up whole fish cause |
| 716 | scales, bones, stomach content and waste materials to be included in the slurry. |
| 717 | |
| 718 | In one of the handouts that was given to me "Unlike any other" Orijen, there is a "WHOLEPREY" |
| 719 | statement (meat/organs/cartilage or bone) and then the following statement: "Mother Nature got it |
| 720 | right. We followed her lead by incorporating whole meats, organs, and cartilage or bone natural |
| 721 | WholePrey rations, eliminating the need for long lists of synthetic supplements."  Pet parents that |
| 722 | read this assume everything their dog needs is in the bag and nothing more is needed. These |
| 723 | marketing materials assume every breed, age, health condition, activity level and quality of life |
| 724 | issues is addressed. Thus, causing safety issues for dogs that require specific nutrient in a specific |
| 725 | amount and ratio. |
| 726 | |

21



*Figure 1 Champion Booth At Global Pet Expo2019*



*Figure 2 Close up of Champion Booth display at Global Pet Expo 2019*

CONFIDENTIAL

**Table 1.** Proximate composition and energy content of whole prey on a dry matter (DM) basis. Values expressed as weighted means or as raw data when sample size "$n$" was not stated.

| Prey species | $n$ | DM % | Crude protein % | Crude fat % | Ash % | Gross energy kcal/g | Notes | References |
|---|---|---|---|---|---|---|---|---|
| **MAMMALS** | | | | | | | | |
| Calf, Holstein | 72 | 22.5 | 60.0 | 8.9 | 16.0 | 4.08 | Fetal age, 190-270 days | 4 |
| Deer, white-tailed | | 22.3 | 80.7 | 6.3 | 17.9 | 4.62 | Neonatal | 29 |
| Deer, white-tailed | 22 | 36.9 | 57.0 | 24.5 | 13.8 | 5.63 | Juvenile, ingesta-free | 19, 39 |
| Deer, white-tailed | 6 | 41.1 | 47.4 | 41.4 | 11.4 | 6.34 | Adults, ingesta-free | 28 |
| Guinea pig | | 29.1 | 51.2 | 34.7 | 14.1 | 5.95 | Neonatal males | 7 |
| Guinea pig | 6 | 31.3 | 51.4 | 46.1 | 9.2 | 6.99[a] | Males, 10 week | 7 |
| Hamster | 6 | 30.3 | 49.8 | 34.7 | 7.5 | 5.98 | Juvenile | 34 |
| Hare, snowshoe | | 28.0 | 73.0 | 2.9 | 17.5 | 4.66 | | 28 |
| Mink | | 18.0 | 72.8 | 11.7 | 10.0 | 5.39 | | 27 |
| Mouse, domestic | 287 | 19.1 | 64.2 | 17.0 | 9.7 | 4.87[a] | Neonatal, <3 g | 9, 13, 15 |
| Mouse, domestic | 292 | 18.2 | 44.2 | 30.1 | 8.5 | 6.65[a] | Juvenile, 3-10 g | 9, 13, 15 |
| Mouse, domestic | 108 | 32.7 | 55.8 | 23.6 | 11.8 | 5.25[a] | Adult or >10 g | 6, 7, 9, 13, 15 |
| Mouse, jumping | | 29.7 | 62.9 | 18.7 | 12.9 | 5.50 | | 28 |
| Mouse, old-field | 44 | 17.4 | 70.3 | 8.6 | 11.3 | 4.60[a] | Neonatal | 15 |
| Mouse, old-field | 171 | 29.8 | 54.6 | 21.9 | 10.7 | 5.29[a] | Juvenile | 15 |
| Mouse, white-footed | | 34.1 | 59.7 | 19.9 | 12.9 | 5.51 | | 28 |
| Pig, domestic | 32 | 28.9 | 50.7 | 33.2 | 11.9 | 5.78 | Juvenile | 31 |
| Rabbit, black-tailed jack | 3 | 27.0 | 74.4 | 4.5 | 15.0 | 4.54 | Dressed carcass | 28 |
| Rabbit, domestic | | 15.4 | 72.1 | 13.0 | 14.9 | 5.06 | Neonatal | 27 |
| Rabbit, domestic | 2 | 26.2 | 65.2 | 15.8 | 3.4 | 5.30 | Dressed carcass | 27 |
| Rat | 5 | 20.8 | 57.9 | 23.7 | 12.2 | 5.30[a] | Neonatal, <10 g | 15 |
| Rat | 5 | 30.0 | 56.1 | 27.5 | 14.8 | 5.55[a] | Juvenile, 10-50 g | 15 |
| Rat | 51 | 33.9 | 61.8 | 32.6 | 9.8 | 6.37[a] | Adult or >50 g | 6, 7, 15 |

**Table 1 continued.** Proximate composition and energy content of whole prey on a dry matter (DM) basis. Values expressed as weighted means or as raw data when "$n$" was not stated.

| Prey species | $n$ | DM % | Crude protein % | Crude fat % | Ash % | Gross energy kcal/g | Notes | References |
|---|---|---|---|---|---|---|---|---|
| Squirrel, fox | | 17.6 | 55.7 | NA[b] | NA | 4.89 | Neonatal | 28 |
| Squirrel, gray | | 33.3 | 62.4 | 18.4 | 11.6 | 5.54 | | 27 |
| Vole, bank | | 15.5 | 63.2 | 24.5 | 10.3 | 5.68 | Neonatal | 28 |
| Vole, common | | 16.5 | 64.2 | 16.4 | 12.7 | 4.97 | Neonatal | 28 |
| Vole, meadow & red-backed | | 32.0 | 62.5 | 15.5 | 13.5 | 5.34 | | 27 |
| | | | | | | | | |
| **BIRDS** | | | | | | | | |
| Chicken | 66 | 25.6 | 64.9 | 22.4 | 6.4 | 5.80 | One-day-old | 6, 34 |
| Chicken | 16 | 32.5 | 42.3 | 37.8 | 9.4 | 5.90[a] | Adult | 6, 13 |
| Duck, mallard | 3 | 33.1 | 63.1 | 26.4 | 9.5 | 5.92 | Dressed carcass | 33 |
| Quail, Japanese | 18 | 34.6 | 71.5 | 31.9 | 9.9[c] | 6.79[a] | | 7 |
| | | | | | | | | |
| **REPTILES & AMPHIBIANS** | | | | | | | | |
| Frog, Cuban tree | 19 | 26.6 | NA | 4.8 | NA | | | 1 |
| Frog, green | 7 | 22.5 | 71.2 | 10.2 | NA | 4.80[a] | | 30 |
| Gecko, fox | 5 | 25.3 | NA | NA | NA | | | 1 |
| Lizard | 151 | 28.8 | NA | NA | 15.9 | 5.50[d] | Nineteen species | 38 |
| Lizard, anolis | 13 | 29.4 | 67.4 | NA | NA | NA | Adult | 8 |
| Lizard, bearded dragon | 17 | 17.9 | 63.6 | NA | NA | NA | Various ages | 8 |
| Snake | 4 | 28.0 | NA | NA | 17.0 | 6.51[d] | Four species | 38 |
| Toad, southern | 1 | 26.4 | 61.8 | 13.7 | NA | 4.61[a] | Juvenile | 30 |
| Toad, southern | 4 | 28.2 | 61.0 | 14.0 | NA | 4.25[a] | Adult | 30 |

Dressed carcass = eviscerated whole body with head, feet, and skin removed.
[a]Calculated by adding the product of % crude protein x 5.43 kcal/g to the product of % crude fat x 9.11 kcal/g.[29]
[b]Not analyzed.
[c]Fat-free basis.
[d]Ash-free basis.

Dierenfeld, Ellen Sue, (2002) Nutrient composition of whole vertebrate prey (excluding fish) fed in zoos. Maryland: U.S. Department of Agriculture, Agricultural Research Service.

CONFIDENTIAL

734    Orijen Original Dry Dog Food
735    https://www.petco.com/shop/en/petcostore/product/dog/orijen-original-dry-dog-food#
736

| INGREDIENTS | GUARANTEED ANALYSIS | |
| --- | --- | --- |
| Deboned chicken, deboned turkey, atlantic flounder, whole eggs, whole atlantic mackerel, chicken liver, turkey liver, chicken heart, turkey heart, whole atlantic herring, dehydrated chicken, dehydrated turkey, dehydrated mackerel, dehydrated chicken liver, whole dehydrated egg, whole red lentils, whole pinto beans, whole green peas, chicken necks, chicken kidney, whole green lentils, whole navy beans, whole chickpeas, lentil fiber, chicken fat, natural chicken flavor, alaskan pollock oil, ground chicken bone, chicken cartilage, turkey cartilage, mixed tocopherols (preservative), whole pumpkin, whole butternut squash, freeze-dried chicken liver, dried kelp, zinc proteinate, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, whole apples, whole pears, pumpkin seeds, sunflower seeds, thiamine mononitrate, D-calcium pantothenate, copper proteinate, chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product. | Crude protein (min.) | 38 % |
| | Crude fat (min.) | 18 % |
| | Crude fiber (max.) | 4 % |
| | Moisture (max.) | 12 % |
| | DHA (docosahexaenoic acid) (min.) | 0.2 % |
| | EPA (eicosapentaenoic acid) (min.) | 0.2 % |
| | Calcium (min.) | 1.4 % |
| | Phosphorus (min.) | 1 % |
| | Omega-6 Fatty Acids* (min.) | 3 % |
| | Omega-3 Fatty Acids* (min.) | 0.8 % |
| | Glucosamine* (min.) | 600 mg/kg |
| | Chondroitin sulfate* (min.) | 600 mg/kg |
| | Total Microorganisms* (min.) | 100M CFU/lb |
| | (Lactobacillus acidophilus, Bifidobacterium animalis, Lactobacillus casei) | |
| | *Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles | |

737
738    Rich in protein and free of any grains or plant protein concentrates, ORIJEN Original features
739    unmatched inclusions of free-run chicken and turkey, wild-caught fish, and cage-free eggs. Mother
740    Nature did it best, and we're following her lead with this nutrient-dense, delicious, ancestral diet
741    that dogs are evolved to eat.
742    • From Dachshunds to Great Danes, all dogs possess a biological need for a diet rich and varied
743      in fresh whole animal ingredients
744    • With 38% richly nourishing protein, and 20% carbohydrates to nourish dogs of all life stages
745      according to their evolutionary and biological needs
746    • Free of rendered poultry meals, 1/3 of the meats are from dehydrated chicken and turkey (air-
747      dried at low temperature from fresh meat) for a concentrated source of nourishing protein
748    • Unmatched by any other food, 2/3 of the meats are FRESH (refrigerated, without preservatives)
749      or RAW (flash-frozen, without preservatives), including the top 10 meat ingredients
750    • Nutrient-dense WholePrey ratios of fresh meat, organs, cartilage and bones plus fresh whole
751      fish and fresh whole eggs provide a natural source of virtually every nutrient your dog needs
752    • Infusions of gently freeze-dried liver enhance flavor and palatability naturally, making ORIJEN
753      deliciously tasty, even for fussy eaters as nature intended, so your pet can thrive.
754    • This evolutionary – unmatched fresh meat inclusions plus smaller amounts of fresh whole
755      fruits, vegetables, and botanicals
756    • 2/3 of meats are fresh or raw
757    • Highest amount of animal-derived protein (up to 90%)
758    This original formulation contains more than just added zinc. It also contains added copper
759    proteinate and D- Calcium pantothenate
760
761

CONFIDENTIAL

762     Origin Six fish Dry Dog Food
763

## INGREDIENTS

Whole atlantic mackerel, whole atlantic herring, atlantic monkfish, acadian redfish, flounder, whole silver hake, mackerel meal, herring meal, blue whiting meal, sunflower oil, whole red lentils, whole pinto beans, alaskan cod meal, alaskan pollock meal, safflower oil, whole green peas, whole green lentils, whole navy beans, lentil fiber, natural cod flavor, whole chickpeas, alaskan pollock oil, mixed tocopherols (preservative), freeze-dried cod liver, whole pumpkin, whole butternut squash, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, whole apples, whole pears, pumpkin seeds, sunflower seeds, dried kelp, zinc proteinate, D-calcium pantothenate, copper proteinate, chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.

## GUARANTEED ANALYSIS

| | |
|---|---|
| Crude protein (min.) | 38 % |
| Crude fat (min.) | 18 % |
| Crude fiber (max.) | 4 % |
| Moisture (max.) | 12 % |
| DHA (docosahexaenoic acid) (min.) | 0.7 % |
| EPA (eicosapentaenoic acid) (min.) | 0.4 % |
| Calcium (min.) | 1.6 % |
| Phosphorus (min.) | 1.3 % |
| Omega-6 fatty acids* (min.) | 2.1 % |
| Omega-3 fatty acids* (min.) | 1.8 % |
| Glucosamine* (min.) | 300 mg/kg |
| Chondroitin sulfate* (min.) | 300 mg/kg |
| Total Microorganisms* (min.) | 100M CFU/lb |

(Lactobacillus acidophilus, Bifidobacterium animalis, Lactobacillus casei)

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

764
765    Sustainable and wild-caught, these six fresh, whole, saltwater fish are plucked from pristine, icy
766    waters and whisked right to our kitchen. This nutrient-dense, flavorful recipe is loaded with protein
767    and complemented with fresh produce and botanicals, creating a distinct, tasty food that dogs love.
768    •   An unmatched diversity of fresh, whole and wild-caught fish from New England's cold Atlantic
769      waters
770    •   With 38% richly nourishing protein, and 20% carbohydrates to nourish dogs of all life stages
771      according to their evolutionary and biological needs
772    •   A full 2/3 of our fish is FRESH (refrigerated, without preservatives) or RAW (flash-frozen,
773      without preservatives), including the top 6 fish ingredients
774    •   Nutrient-dense WholePrey ratios of fresh whole fish (including meat, organs and bones)
775      provide virtually every nutrient your dog needs to thrive - only zinc and copper are added
776    •   Our dried fish are specially prepared at 200 Degree F from fresh, whole, wild-caught fish to
777      create a concentrated source of richly nourishing protein that cannot be supplied by fresh fish
778      alone
779    •   Infusions of freeze-dried cod liver enhance flavor and palatability naturally, making ORIJEN
780      deliciously tasty, even for fussy eaters
781
782

783     The following is from CPF2064383

784

<u>**VISION, MISSION AND VALUES**</u>

**VISION**

    TRUSTED BY PET LOVERS WORLDWIDE

**MISSION**

    WE MAKE **B**IOLOGICALLY **A**PPROPRIATE$^{TM}$ DOG AND CAT FOODS FROM **F**RESH **R**EGIONAL **I**NGREDIENTS, **N**EVER **O**UTSOURCED

**VALUES**

- **T**EAMWORK          We work together to achieve our vision and mission.
- **R**ESPONSIBILITY      We own the results of our actions.
- **A**UTHENTIC            We are real, original and trustworthy.
- **I**NNOVATION          We are progressive, we define and create.
- **L**EADERSHIP          We live our values, we empower, we enable.

785

786

787     The types of ingredients used, and the number of types of fish and fish products contradict the
788 above "Vision, Mission and Values" that are listed. If pet owners are supposed to believe what is
789 written then, pet parents also believe that what is in the bag of dog food they purchase is as
790 advertised. The potential threat related to the occurrence of heavy metals in the diet of pet animals
791 should not be ignored, particularly when considering their possible cooperation with other,
792 potentially harmful substances (Mielczarek and Szydlowski 2017). Champion Petfoods continues
793 to make statements that indicate that "our Biologically Appropriate Origen and Acana foods use
794 the highest amount of Fresh and Raw meat and fish ingredients in the industry." On the Petco
795 website, Frank Burdzy makes the following statements concerning the Champion Petfoods story:

796

797     1. Biologically appropriate -made in a way that matches eating anatomy of cats and
798        dogs.
799     2. Fresh Regional ingredients-trusted supply partners. Understand importance of fresh
800        regional ingredients
801     3. Never outsourced-only make our own foods, don't allow anyone else to make food
802        for us

803     As a scientist reading this information, I would question how the cooked kibble diet matches the
804 eating anatomy of cats and dogs. Since everything is ground and cooked the nutrient composition
805 and physical form will have a very different effect in the gastrointestinal tract then natural whole
806 prey. There are some very important questions regarding what "matches eating anatomy"
807 indicates. Pet parents are very concerned with what they feed their dogs, and they often follow
808 human warnings about certain ingredients or foods and apply those criteria to their decision to
809 purchase a specific food for their dog.

810

811     In my opinion, the eating anatomy indicates the entire GI tract including the mouth and all the
812 unique organ systems that interact with the GI tract. The eating anatomy also involves the animal's

CONFIDENTIAL

microbiome. The concept of the gut micro-biota as a "forgotten organ", essential for gut homeostasis, is also well accepted (Breton, et al 2013). The gut microbiota has also been described as a complex "hidden" organ, which plays a key role in the maintenance of health; hence, the presence or absence of specific species can be essential for maintaining homeostasis both inside and outside the intestinal tract. (Breton et al 2013).

The gastrointestinal (GI) microbiome contributes greatly to the health and digestive efficiency of its host and is strongly influenced by the host's diet intake. Imbalance of GI microbiome may often be performance as reduction of microbial species diversity, resulting in dysfunction of intestinal microflora and increased susceptibility to outside pathogens Hosts with intestinal microbial disorder are more susceptible than normal hosts not only to disease but to other forms of environmental stresses (Zhang et al 2016).

The ability of gut microbiota to communicate with the brain and thus modulate behavior is emerging as an exciting concept in health and disease. The enteric microbiota interacts with the host to form essential relationships that govern homeostasis (Cryan and O'Mahony 2011). Plasticizers as found in Orijen and Acana foods can negatively affect hormonal balance in dogs with subtle changes in the pet. However, they can bind to sexual organs causing behavioral problems including prolonged barking for no apparent reason (personal communication, Dr. Lykissa 2019).

Despite the unique enteric bacterial fingerprint of each individual, there appears to be a certain balance that confers health benefits. It is, therefore, reasonable to note that a decrease in the desirable gastrointestinal bacteria will lead to deterioration in gastrointestinal, neuro-endocrine or immune relationships and ultimately disease (Cryan and O'Mahony ,2011). Microbes are likely to be altered in turn by the presence of toxic metals (Fazeli et al., 2011).

CONFIDENTIAL

## VIII. REFERENCES

Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological Profile for Di(2-ethylhexyl) phthalate. Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1993.

Along the adjacent shoreline, Commencement Bay superfund site, Tacoma, Washington, Environmental Science and Technologies, 30: 1645–1651.

Atkins P, Ernyei L, Driscoll W, et al. Analysis of toxic trace metals in pet foods using cryogenic grinding and quantitation by ICP-MS, Part I.Spectroscopy. 2011 Jan;26(1):46-56.

Atkins P, Ernyei L, Driscoll W, et al. Analysis of toxic trace metals in pet foods using cryogenic grinding and quantitation by ICP-MS, Part II. Spectroscopy. 2011 Feb;26(2):42-59.

Cryan & S.M O'Mahony. 2011. The microbiome-gut-brain axis: from bowel to behavior. Neurogastroenterol Motil 23,187-192.

Dierenfeld, Ellen Sue, (2002) Nutrient composition of whole vertebrate prey (excluding fish) fed in zoos. Maryland: U.S. Department of Agriculture, Agricultural Research Service.

Fazeli, M., Hassanzadeh, P., Alaei, S., 2011. Cadmium chloride exhibits a profound Toxic effect on bacterial microflora of the mice gastrointestinal tract. Human and Experimental Toxicology 30, 152–159.

Gieter, M. D., & Baeyens, W. (2005). Arsenic in Fish: Implications for Human Toxicity High pH on arsenic mobility in a shallow sandy aquifer and on aquifer permeability

Hofve, Jean. 2015. Potential Contaminants of Pet Foods. A Report to the AAFCO Pet Food Committee Working Group.

Jérôme Breton a, Catherine Daniel a, Joëlle Dewulf a, Stéphanie Pothion b, Nathalie Froux b, Mathieu Sauty c, Patrick Thomasc, Bruno Pot a, Benoît Foligné a, ∗ Gut microbiota limits heavy metals burden caused by chronic oral exposure Toxicology Letters 222 (2013) 132– 138

Jérôme Breton1, Sébastien Massart2, Peter Vandamme3, Evie De Brandt3, Bruno Pot1 and Benoît Foligné1 2013. Ecotoxicology inside the gut: impact of heavy metals on the mouse microbiome. BMC Pharmacology and Toxicology 2013, 14:62

Mariner, P.E., Holzmer, F.J., Jackson, E., Meinardus, H.W., and Wolf, F.G. (1996) Effects of

Mielczarek, Kamil Szydłowski1 .2017 The Heavy Metal Content In Commercial Dog Foods. Folia Pomer. Univ. Technol. Stetin., Agric., Aliment., Pisc., Zootech. 2017, 332(41)1, 29–36

Mineral Tolerance of Animals, (2005). Committee on Minerals and Toxic Substances, Board on Agriculture and Natural Resources, Division on Earth and Life Studies – 2nd rev. ed.

Osweiler, G. D. (1996). The National Veterinary Medical Series for Independent Study: Toxicology. Pennsylvania: Williams & Wilkins.

Pandey, Govind.2014. Heavy Metals causing toxicity in animals and fishes. Research Journal of Animal, Veterinary and Fishery Sciences ISSN 2320 – 6535 Vol. 2(2), 17-23, February 2014.

Reilly, Conor, Pollutants in food Metals and Metalloids. Chapter 10 Mineral Components in Foods

Roder, J. D. (2001). Veterinary Toxicology. Arsenic (Inorganic and Organic). Butterworth-Heineman.

CONFIDENTIAL

883   Satarug, S., Garrett, S.H., Sens, M.A., Sens, D.A., 2011. Cadmium, environmental exposure, and
884          health outcomes. Cienc. Saude Coletiva 16 (5), 2587e2602.
885          https://doi.org/10.1590/S1413-81232011000500029
886   Tinkov, A. A., Gritsenko, V. A., Skalnaya, M. G., Cherkasov, S. V., Aaseth, J., Skalny, A. V.
887          "Gut    as a Target for Cadmium Toxicity." Environmental Pollution, Elsevier, 5 Jan.
888          2018,   www.sciencedirect.com/science/article/pii/S0269749117346997?via%3Dihub
889   United States of Food and Drug Administration, (2011). Target Animal Safety Review
890          Memorandum

891   Zhang, W, Rui Guo, Ying Yang Ding, Yingmei Zhang. 2016. Long-term effect of heavy-metal
892          pollution on diversity of gastrointestinal microbial community of Bufo raddei.
893          Toxicology Letters 258, 192-197.

894

895

CONFIDENTIAL

## IX.   TABLES

Table 1.1: Purchased Samples, Set 1

| # | Dog Food Name | Date Purchased | Sample Purchased | Sample Size | Sample Price |
|---|---|---|---|---|---|
| 1 | Acana Heritage Free-Run Poultry Formula Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 17.99 |
| 2 | Acana Heritage Freshwater Fish Formula Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 3.99 |
| 3 | Acana Heritage Meats Formula Dry Dog Food | 2/7/2019 | Amazon | 12 oz | $ 7.69 |
| 4 | Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 5 | Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 2/7/2019 | Amazon | 12 oz | $ 8.10 |
| 6 | Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 7 | Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 8 | Acana Singles Duck and Pear Formula Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 21.99 |
| 9 | Acana Singles Lamb and Apple Formula Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 10 | Acana Singles Mackerel and Greens Formula Dry Dog Food | 2/7/2019 | Amazon | 12 oz | $ 6.99 |
| 11 | Acana Singles Pork and Squash Formula Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 12 | Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 2/7/2019 | K9 Cuisine | 6 oz | $ 13.99 |
| 13 | Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 14 | Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 26.99 |
| 15 | Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 26.99 |
| 16 | Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 2/7/2019 | Amazon | 6 oz | $ 16.99 |
| 17 | Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 25.99 |
| 18 | Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 2/7/2019 | K9 Cuisine | 6 oz | $ 17.99 |
| 19 | Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.4 lbs. | $ 28.99 |

Table 1.2: Samples Purchased, Set 2

| | Dog Food Name | Date Purchased | Sample Purchased | Sample Size | Sample Price |
|---|---|---|---|---|---|
| 20 | Acana Heritage Free-Run Poultry Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 3.99 |
| 21 | Acana Heritage Freshwater Fish Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 3.99 |
| 22 | Acana Heritage Meats Formula Dry Dog Food | 2/19/2019 | Amazon | 12 oz | $ 7.69 |
| 23 | Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 24 | Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 2/19/2019 | Amazon | 12 oz | $ 8.10 |
| 25 | Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 26 | Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 27 | Acana Singles Duck and Pear Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 28 | Acana Singles Lamb and Apple Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 29 | Acana Singles Mackerel and Greens Formula Dry Dog Food | 2/19/2019 | Amazon | 12 oz | $ 6.99 |
| 30 | Acana Singles Pork and Squash Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 31 | Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 2/19/2019 | K9 Cuisine | 6 oz | $ 13.99 |
| 32 | Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 33 | Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 34 | Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 35 | Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 2/19/2019 | K9 Cuisine | 6 oz | $ 17.99 |
| 36 | Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 37 | Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 2/19/2019 | K9 Cuisine | 6 oz | $ 17.99 |
| 38 | Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |

900
901

31

## Table 3: ISU VDL Results for Heavy Metals

| Dog Food Name | # | ISU Set 1 | | | | # | ISU Set 2 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | As | Cd | Hg | Pb | | As | Cd | Hg | Pb |
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | 1 | 160 | < 100 | < 100 | 120 | 20 | 260 | < 100 | < 100 | 200 |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | 2 | 1100 | 100 | < 100 | < 100 | 21 | 980 | < 100 | < 100 | 210 |
| Acana Heritage Meats Formula Dry Dog Food | 3 | 360 | < 100 | < 100 | 280 | 22 | 340 | < 100 | < 100 | 420 |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 4 | 340 | < 100 | < 100 | 260 | 23 | 240 | < 100 | < 100 | 350 |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 5 | 160 | < 100 | < 100 | 190 | 24 | 290 | < 100 | < 100 | 570 |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 6 | 470 | < 100 | < 100 | < 100 | 25 | 570 | < 100 | < 100 | 200 |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 7 | 2100 | 190 | < 100 | < 100 | 26 | 1700 | 150 | < 100 | 180 |
| Acana Singles Duck and Pear Formula Dry Dog Food | 8 | 200 | < 100 | < 100 | 320 | 27 | 180 | < 100 | < 100 | 450 |
| Acana Singles Lamb and Apple Formula Dry Dog Food | 9 | 250 | < 100 | < 100 | 140 | 28 | 290 | < 100 | < 100 | 290 |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | 10 | 1400 | 190 | < 100 | < 100 | 29 | 1000 | 250 | < 100 | 230 |
| Acana Singles Pork and Squash Formula Dry Dog Food | 11 | 230 | < 100 | < 100 | 220 | 30 | 260 | < 100 | < 100 | 280 |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 12 | 880 | < 100 | < 100 | 140 | 31 | 780 | < 100 | < 100 | 180 |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 13 | 570 | < 100 | < 100 | < 100 | 32 | 840 | < 100 | < 100 | 200 |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 14 | 750 | < 100 | < 100 | < 100 | 33 | 660 | < 100 | < 100 | 270 |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 15 | 450 | < 100 | < 100 | 340 | 34 | 650 | < 100 | < 100 | 380 |
| Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 16 | 550 | 130 | < 100 | 280 | 35 | 250 | < 100 | < 100 | 640 |
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 17 | 1900 | 180 | < 100 | 180 | 36 | 1900 | 120 | < 100 | 200 |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 18 | 460 | < 100 | < 100 | 270 | 37 | 460 | < 100 | < 100 | 260 |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 19 | 1100 | < 100 | < 100 | 260 | 38 | 1600 | < 100 | < 100 | 280 |

Results are reported in parts per billion (ppb) on an as received basis.

Heavy Metal Panel (Arsenic, Cadmium, Mercury, Lead) by ICP-MS.

902
903
904
905
906

CONFIDENTIAL

Table 4: Expertox Results for Plasticizers

| Dog Food Name | # | Bis-2-ethylhexyl-phthalate ug/mg | Phthalate (Dioctyl) ug/mg | # | Bis-2-ethylhexyl-phthalate ug/mg | Phthalate (Dioctyl) ug/mg |
|---|---|---|---|---|---|---|
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | 1 | 61 | | 20 | 92 | |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | 2 | | 84 | 21 | | 82 |
| Acana Heritage Meats Formula Dry Dog Food | 3 | | 82 | 22 | | 75 |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 4 | | 82 | 23 | | 75 |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 5 | | 79 | 24 | | 66 |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 6 | 82 | | 25 | | 65 |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 7 | | 71 | 26 | | 69 |
| Acana Singles Duck and Pear Formula Dry Dog Food | 8 | | 73 | 27 | | |
| Acana Singles Lamb and Apple Formula Dry Dog Food | 9 | | 103 | 28 | | 90 |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | 10 | | 86 | 29 | | 112 |
| Acana Singles Pork and Squash Formula Dry Dog Food | 11 | | 65 | 30 | | 101 |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 12 | | 240 | 31 | | 215 |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 13 | 155 | | 32 | | 70 |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 14 | | 120 | 33 | | 90 |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 15 | | 69 | 34 | | 71 |
| Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 16 | | 287 | 35 | | 198 |
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 17 | | 85 | 36 | | 110 |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 18 | | 315 | 37 | | 222 |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 19 | | 109 | 38 | | 54 |

Plasticizers by GCMS

CONFIDENTIAL

911 Table 5 Results as Alleged by the Complaint

| Dog Food Name | As | Cd | Hg | Pb | BPA | BPS |
|---|---|---|---|---|---|---|
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | 292.9 | 27.8 | 3.3 | 290.2 | 62.2 | |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | 977.7 | 56.2 | 27.4 | 486.8 | ND | |
| Acana Heritage Meats Formula Dry Dog Food | 384.8 | 24.4 | 6.4 | 1731.9 | 58.3 | ND |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 358.2 | 32.5 | 14.9 | 336.7 | 82.9 | |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 262.8 | 30.6 | 9.6 | 305 | ND | |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 846.4 | 37.5 | 8.7 | 489 | 82.7 | |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 3256.4 | 113 | 51.2 | 249.3 | 32.5 | ND |
| Acana Singles Duck and Pear Formula Dry Dog Food | 532.4 | 30.9 | 15.4 | 537.4 | 102.7 | |
| Acana Singles Lamb and Apple Formula Dry Dog Food | 401.2 | 35 | 3.2 | 423.4 | 73.2 | ND |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | 1510.7 | 112.2 | 29.6 | 251.1 | 40.1 | ND |
| Acana Singles Pork and Squash Formula Dry Dog Food | 373.7 | 25.6 | 4 | 329.6 | 57.6 | ND |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 23.21 | 7.74 | 9.45 | 7.33 | 13.41 | |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 791.2 | 87.2 | 12.2 | 490.8 | 32.2 | ND |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 907.6 | 93.2 | 10.8 | 489.8 | ND | |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 849.4 | 123.1 | 21.4 | 167.7 | 43.6 | ND |
| Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 102.66 | 23.4 | 19.6 | 16.85 | ND | |
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 3169.8 | 200.5 | 54.9 | 38.7 | 39.5 | ND |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 23.13 | 27.64 | 5.35 | 12.26 | 6.02 | ND |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 1628.5 | 134.5 | 43.6 | 471.8 | 40.3 | ND |

912 Results are reported in parts per billion (ppb) on an as received basis.

CONFIDENTIAL