# EXHIBIT
# E-1





# TRUSTED EVERYWHERE.

TRUSTED BY PET LOVERS EVERYWHERE. ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.

ORIJEN SIX FISH is brimming with unmatched inclusions of wild-caught New England fish, sustainably harvested by people we know and trust, and delivered daily — WHOLE, FRESH or RAW, and preservative-free, so they're bursting with goodness and taste.

Prepared exclusively in our Kentucky DogStar® kitchens, award-winning ORIJEN is guaranteed to keep your cherished dog healthy, happy and strong.

*Reinhard Muhlenfeld*
Founder

### BIOLOGICALLY APPROPRIATE™
NOURISH AS NATURE INTENDED — ORIJEN mirrors the richness, freshness and variety of WholePrey™ meats that dogs are evolved to eat.

### FRESH REGIONAL INGREDIENTS
GROWN CLOSE TO HOME — We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.

### NEVER OUTSOURCED
PREPARED EXCLUSIVELY IN OUR DOGSTAR® KITCHENS — We don't make foods for other companies and we don't allow our foods to be made by anyone else.



PEOPLE WE TRUST — INGREDIENTS WE LOVE FROM PEOPLE WE KNOW AND TRUST

OUR DOGSTAR KITCHENS — AWARD-WINNING FOODS, AWARD-WINNING KITCHENS. ANNA, JEFF AND OUR 25,000 SQUARE FOOT COOLER, OUR KENTUCKY DOGSTAR® KITCHENS.

FRESH AND REGIONAL — DELIVERED DAILY FRESH OR RAW

EOIN OF NORPEL FISHERIES IN NEW ENGLAND. TRUSTED SUPPLIER OF FRESH REGIONAL FISH.
WILD-CAUGHT NEW ENGLAND FISH, DELIVERED FRESH OR RAW DAILY.

## AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD
# ORIJEN SIX FISH

MODERN DOGS ARE BUILT JUST LIKE THEIR ANCESTORS, POSSESSING A BIOLOGICAL NEED FOR A DIET THAT'S RICH AND VARIED IN NOURISHING ANIMAL PROTEIN.

That's why we loaded ORIJEN SIX FISH with unmatched inclusions of wild-caught fish — whisked to our kitchens from cold New England waters FRESH or RAW, in richly nourishing WholePrey™ ratios.

Biologically Appropriate™ ORIJEN keeps your dog happy and strong. Read our ingredients and you'll be happy too!

### INGREDIENTS
Whole atlantic herring, yellowtail flounder, whole atlantic mackerel, whole acadian redfish, atlantic monkfish, alaskan cod, dehydrated yellowtail flounder, dehydrated anchovy, dehydrated atlantic herring, dehydrated atlantic mackerel, dehydrated sardine, dehydrated atlantic salmon, sunflower oil, whole green peas, whole navy beans, red lentils, herring oil, pinto beans, chickpeas, green lentils, alfalfa, natural fish flavor, safflower oil, dried kelp, freeze-dried cod liver, whole pumpkin, whole butternut squash, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, apples, pears, pumpkin seeds, sunflower seeds, zinc proteinate, mixed tocopherols (preservative), chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.

### GUARANTEED ANALYSIS
| | |
|---|---|
| Crude protein (min.) | 38 % |
| Crude fat (min.) | 18 % |
| Crude fiber (max.) | 4 % |
| Moisture (max.) | 12 % |
| Calcium (min.) | 1 % |
| Phosphorus (min.) | 0.9 % |
| Omega-6 fatty acids* (min.) | 2.3 % |
| Omega-3 fatty acids* (min.) | 2 % |
| DHA* (docosahexaenoic acid) (min.) | 0.6 % |
| EPA* (eicosapentaenoic acid) (min.) | 0.6 % |
| Glucosamine* (min.) | 800 mg/kg |
| Chondroitin sulfate* (min.) | 600 mg/kg |

*not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

### CALORIE CONTENT
Calorie content (calculated): ME 3940 kcal/kg, 449 kcal per 8oz. cup.

Calories distributed to support peak conditioning with 39% from protein, 20% from vegetables and fruits, and 41% from fat.

ORIJEN SIX FISH DOG FOOD IS FORMULATED TO MEET THE NUTRITIONAL LEVELS ESTABLISHED BY THE AAFCO DOG FOOD NUTRIENT PROFILES FOR ALL LIFE STAGES.

---

### THIS 13LB PACKAGE OF ORIJEN IS MADE WITH OVER
# 11 LB* OF FRESH, RAW OR DEHYDRATED FISH INGREDIENTS
*APPROXIMATE INCLUSIONS. ⅔ FRESH OR RAW, ⅓ DRIED OR OILS.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 5 LB* | 1⅔ LB* | 1½ LB* | ⅔ LB* | ⅔ LB* | ⅔ LB* |
| FRESH, RAW OR DRIED | FRESH, RAW OR DRIED | FRESH, RAW OR DRIED | FRESH OR RAW | FRESH OR RAW | FRESH OR RAW |
| WILD ATLANTIC HERRING | WILD YELLOWTAIL FLOUNDER | WILD ATLANTIC MACKEREL | WILD ACADIAN REDFISH | WILD MONKFISH | WILD ALASKAN COD |

• PLUS 1¼LB* DEHYDRATED ANCHOVY, SARDINE AND SALMON •

---



### WHOLEPREY™ DIET
FISH | ORGANS | CARTILAGE

IN HER INFINITE WISDOM, MOTHER NATURE MATCHED THE NUTRIENTS IN WHOLE PREY ANIMALS TO PERFECTLY MEET YOUR DOG'S DIETARY NEEDS.

That's why ORIJEN features richly nourishing whole fish that provide a concentrated source of virtually every nutrient your dog needs to thrive, naturally, without long lists of synthetic supplements — only zinc is added.



### NO RENDERED FISH MEALS
MADE WITH FRESH, RAW OR DEHYDRATED FISH INGREDIENTS

RENDERED FISH MEALS ARE PROCESSED AT HIGH TEMPERATURES, TYPICALLY FROM INGREDIENTS UNFIT FOR HUMAN CONSUMPTION.

ORIJEN features FRESH, RAW or DEHYDRATED fish ingredients, minimally processed at lower temperatures from wild-caught fish that are deemed fit for human consumption prior to inclusion in our foods.

MADE IN OUR USA KENTUCKY KITCHENS

---


Champion Petfoods®
World's Best Petfood

MADE BY CHAMPION PETFOODS USA INC.
12871 BOWLING GREEN ROAD
AUBURN, KENTUCKY 42206


DOGSTAR KITCHENS

CHAMPIONPETFOODS.COM
EU REG.
CUSTOMER CARE (USA)
TOLL FREE 1.877.939.0006

FOLLOW US ONLINE
@ORIJENPETFOOD
@CHAMPIONPETFOOD

ORIJEN SIX FISH FOR DOGS
13LB | 5.9KG



FPO
ORIJEN.CA    OD_001


Case 2:18-cv-01996-JPS    Filed 09/16/19    Page 3 of 3    Document 65-1