# EXHIBIT E-7





# TRUSTED EVERYWHERE.

TRUSTED BY PET LOVERS EVERYWHERE, ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.

That's why ORIJEN REGIONAL RED is brimming with unmatched inclusions of Angus beef, Suffolk lamb, wild-caught Blue catfish, Yorkshire pork and Boer goat, sustainably ranched or fished in our region and delivered daily — FRESH or RAW and preservative-free, so they're bursting with goodness and taste.

Prepared exclusively in our Kentucky DogStar® kitchens, award-winning ORIJEN is guaranteed to keep your cherished dog healthy, happy and strong.


Reinhard Muhlenfeld
Founder

### BIOLOGICALLY APPROPRIATE™

NOURISH AS NATURE INTENDED — ORIJEN mirrors the richness, freshness and variety of WholePrey® meats that dogs are evolved to eat.

### FRESH REGIONAL INGREDIENTS

GROWN CLOSE TO HOME — We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.

### NEVER OUTSOURCED

PREPARED EXCLUSIVELY IN OUR DOGSTAR™ KITCHENS — We don't make foods for other companies and we don't allow our foods to be made by anyone else.

## PEOPLE WE TRUST
INGREDIENTS WE LOVE FROM PEOPLE WE KNOW AND TRUST

JONATHAN OF JSW FARMS IN LIBERTY, KENTUCKY. TRUSTED SUPPLIER OF FRESH LOCAL BEEF.

## OUR DOGSTAR® KITCHENS
AWARD-WINNING FOODS
AWARD-WINNING KITCHENS

JOVELYN AND KIMBERLY, FOOD PACKAGING TECHNICIANS, OUR KENTUCKY DOGSTAR™ KITCHENS.

## FRESH AND REGIONAL
DELIVERED DAILY FROM LOCAL FARMS AND RANCHES

GRASS-FED KENTUCKY LAMB. DELIVERED FRESH OR RAW DAILY.



### AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD
# ORIJEN REGIONAL RED

OUR BIOLOGICALLY APPROPRIATE™ PHILOSOPHY IS SIMPLE: MIRROR THE QUANTITY, FRESHNESS AND VARIETY OF MEATS YOUR DOG IS EVOLVED TO EAT.

That's why ORIJEN REGIONAL RED is loaded with Angus beef, Suffolk lamb, Yorkshire pork and Boer goat — grass-fed on Kentucky ranches and delivered FRESH or RAW, in richly nourishing WholePrey™ ratios.

Award-winning ORIJEN keeps your dog happy and strong. Read our ingredients and you'll feel happy too!

#### INGREDIENTS
Deboned beef, deboned lamb, deboned mutton, green beef tripe, lamb liver, whole blue catfish, beef liver, deboned pork, whole atlantic mackerel, beef kidney, dehydrated beef, dehydrated whole egg, dehydrated pork, dehydrated beef liver, dehydrated lamb, whole green peas, whole navy beans, red lentils, beef heart, pork liver, pork kidney, deboned goat, chickpeas, green lentils, ground lamb bone, pinto beans, alfalfa, natural pork flavor, beef fat, beef cartilage, pork cartilage, green lamb tripe, herring oil, dried kelp, whole pumpkin, whole butternut squash, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, apples, pears, freeze-dried beef liver, freeze-dried beef tripe, freeze-dried lamb liver, freeze-dried lamb tripe, pumpkin seeds, sunflower seeds, zinc proteinate, mixed tocopherols (preservative), chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.

#### GUARANTEED ANALYSIS
| | |
|---|---|
| Crude protein (min.) | 38 % |
| Crude fat (min.) | 18 % |
| Crude fiber (max.) | 4 % |
| Moisture (max.) | 12 % |
| Calcium (min.) | 1 % |
| Phosphorus (min.) | 0.8 % |
| Omega-6 fatty acids* (min.) | 2.8 % |
| Omega-3 fatty acids* (min.) | 0.75 % |
| DHA* (docosahexaenoic acid) (min.) | 0.15 % |
| EPA* (eicosapentaenoic acid) (min.) | 0.15 % |
| Glucosamine* (min.) | 500 mg/kg |
| Chondroitin sulfate* (min.) | 400 mg/kg |

*not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

#### CALORIE CONTENT
Calorie content (calculated): ME 3940 kcal/kg, 449 kcal per 8oz. cup.

Calories distributed to support peak conditioning with 39% from protein, 20% from vegetables and fruits, and 41% from fat.

ORIJEN REGIONAL RED DOG FOOD IS FORMULATED TO MEET THE NUTRITIONAL LEVELS ESTABLISHED BY THE AAFCO DOG FOOD NUTRIENT PROFILES FOR ALL LIFE STAGES.

Champion Petfoods®
World's Best Petfood

REGIONAL RED FOR DOGS
13LB | 5.9KG

MADE BY CHAMPION PETFOODS USA INC.
12871 BOWLING GREEN ROAD
AUBURN, KENTUCKY 42206

DOGSTAR® KITCHENS

CHAMPIONPETFOODS.COM
EU REG.
CUSTOMER CARE (USA)
TOLL FREE 1.877.939.0006

FOLLOW US ONLINE
@ORIJENPETFOOD
@CHAMPIONPETFOOD

ORIJEN.CA  OD_001

---

### THIS 13LB PACKAGE OF ORIJEN IS MADE WITH OVER
## 11 LB* OF FRESH, RAW OR DEHYDRATED ANIMAL INGREDIENTS
*APPROXIMATE INCLUSIONS. ⅔ FRESH OR RAW. ⅓ DRIED OR OILS.

      

| 4½ LB* | 2 LB* | ½ LB* | 1 LB* | 2¼ LB* | ⅓ LB* |
|---|---|---|---|---|---|
| FRESH OR DEHYDRATED | FRESH OR DEHYDRATED | FRESH OR RAW | FRESH OR RAW | FRESH OR DEHYDRATED | FRESH OR RAW |
| BEEF, ORGANS, CARTILAGE | LAMB AND ORGANS | MUTTON AND ORGANS | WHOLE CATFISH AND MACKEREL | PORK, ORGANS, CARTILAGE | BOER GOAT |

· PLUS 14 WHOLE DEHYDRATED EGGS* ·

---

### WHOLEPREY™ DIET
MEAT | ORGANS | CARTILAGE

IN HER INFINITE WISDOM, MOTHER NATURE MATCHED THE NUTRIENTS IN WHOLE PREY ANIMALS TO PERFECTLY MEET YOUR DOG'S DIETARY NEEDS

That's why ORIJEN features richly nourishing ratios of meat, organs and cartilage, plus whole fish and eggs, providing a concentrated source of virtually every nutrient your dog needs to thrive, naturally, without long lists of synthetic supplements — only zinc is added.

### RF NO RENDERED MEAT MEALS
MADE WITH FRESH, RAW OR DEHYDRATED ANIMAL INGREDIENTS

RENDERED MEAT MEALS ARE PROCESSED AT HIGH TEMPERATURES, TYPICALLY FROM INGREDIENTS UNFIT FOR HUMAN CONSUMPTION.

ORIJEN features FRESH, RAW or DEHYDRATED animal ingredients, minimally processed at lower temperatures from meat, fish and eggs that are deemed fit for human consumption prior to inclusion in our foods.

MADE IN OUR  KENTUCKY KITCHENS







Case 2:18-cv-01996-JPS   Filed 09/16/19   Page 3 of 3   Document 65-7