# EXHIBIT
# F-6

381     120



CERTIFIED BY
THE GLYCEMIC
RESEARCH INSTITUTE
WASHINGTON, DC
PET FOOD
OF THE YEAR
2009-2010

CERTIFIED BY
THE GLYCEMIC
RESEARCH INSTITUTE
WASHINGTON, DC
PET FOOD
OF THE YEAR
2010-2011

CERTIFIED BY
THE GLYCEMIC
RESEARCH INSTITUTE
WASHINGTON, DC
PET FOOD
OF THE YEAR
2011-2012



NO ADDED WATER
STEAM COOKED IN NATURAL JUICES

MADE IN CANADA

MADE IN CANADA

CANADA'S VAST AND UNSPOILED LANDS - OUR SOURCE OF INSPIRATION AND FRESH REGIONAL INGREDIENTS
LES VASTES CONTRÉES CANADIENNES NON POLLUÉES, NOTRE SOURCE D'INSPIRATION ET D'INGRÉDIENTS RÉGIONAUX FRAIS



# Orijen®
## NOURISH AS NATURE INTENDED

WHOLE PREY DIET
RÉGIME À BASE DE PROIES ENTIÈRES

**75** RED MEAT, FISH & EGG INGREDIENTS

**25** FRUITS, VEGETABLES AND BOTANICALS

**0** GRAIN, POTATO OR GMO

# Regional  RED

## BIOLOGICALLY APPROPRIATE™ DOG FOOD
### NOURRITURE POUR CHIENS ADAPTÉE AUX BESOINS PHYSIOLOGIQUES

MADE WITH ANGUS BEEF, WILD BOAR, RANCH-RAISED LAMB, HERITAGE PORK & FREE-RANGE BISON
RENFERME DE BŒUF, SANGLIER, AGNEAU, PORC DE RACE PATRIMONIAL, BISON ÉLEVÉS EN LIBERTÉ

*Delivered Fresh Daily* ♦ *Livré Frais tous les Jours*

75 25 0 WHOLE PREY DIET

RED

*Regional*

    

WHOLE PREY DIET
MEAT | ORGANS | CARTILAGE

*Regional* RED MEATS
DELIVERED FRESH DAILY

LOCAL FRUITS & VEGETABLES
DELIVERED FRESH DAILY

G LOW GLYCEMIC FORMULA
LOCAL LENTILS & CHICKPEAS

PROTEIN RICH
CARBOHYDRATE LIMITED | MAX. 25% NFE

CHAMPIONPETFOODS.COM

Champion Petfoods
Canada's Best Beloved

INGREDIENTS AND FOOD PRESERVED NATURALLY NO BHA, BHT OR ETHOXYQUIN ADDED | INGRÉDIENTS ET ALIMENTS CONSERVÉS DE FAÇON NATURELLE: SANS BHA, BHT OU ETHOXYQUINE

## NET WEIGHT | POIDS NET
## 13KG | 28.6LBS
FOR ALL BREEDS AND LIFE STAGES | POUR CHIENS DE TOUS ÂGES ET DE TOUTES RACES

 *Regional* RED

WHOLE PREY DIET 75 25 0

Case 2:18-cv-01996-JPS  Filed 09/16/19  Page 2 of 3  Document 67-6



## WHOLE PREY™ FOODS

All dogs are carnivores, designed to thrive on Whole Prey™ such as fish or fowl that perfectly match their nutrient needs. ORIJEN features all three Whole Prey™ elements — meats, select organs and cartilage to mirror your dog's natural diet, nourishing him as Mother Nature intended.

## NOURRITURE À BASE DE PROIES ENTIÈRES

Tous les chiens sont des carnivores et ont ainsi besoin de proies entières, comme du poisson ou de la volaille, pour combler complètement leurs besoins nutritionnels. Afin d'être à l'image du régime naturel, ORIJEN renferme les trois éléments qui composent une proie entière, soit de la viande, des organes et des cartilages.



## BIOLOGICALLY APPROPRIATE FOOD *from* FRESH REGIONAL INGREDIENTS

Here at Champion, our mission is clear and strong: we make BIOLOGICALLY APPROPRIATE™ Dog and Cat foods from FRESH REGIONAL INGREDIENTS. Our award-winning ORIJEN foods feature an unmatched variety of ranch-raised meats, cage-free poultry, nest-laid eggs, wild-caught fish and sun-ripened fruits & vegetables — all grown close to home by people we know and trust, and delivered to our kitchen doors FRESH EACH DAY, so they're bursting with flavor and goodness to nourish completely.

## NOURRITURE ADAPTÉE *aux* BESOINS PHYSIOLOGIQUES *et faite* D'INGRÉDIENTS RÉGIONAUX FRAIS

À Champion, nous sommes dotés d'une mission claire et ambitieuse : produire de la nourriture ADAPTÉE AUX BESOINS PHYSIOLOGIQUES des chiens et des chats et faite d'INGRÉDIENTS RÉGIONAUX FRAIS. Nos nourritures primées contiennent une variété inégalée de viandes provenant d'animaux élevés sur des ranchs, de volailles élevées en liberté, d'œufs pondus au nid, de poissons sauvages, ainsi que de fruits et légumes mûris au soleil, lesquels sont tous des produits des environs qui nous sont livrés FRAIS TOUS LES JOURS, débordants de saveurs et de bienfaits.

## AWARD-WINNING FOODS, AWARDING WINNING KITCHENS

We're passionate about the AUTHENTICITY of our foods. Our FRESH ingredients are raised in our region by people we know and trust, and we prepare ORIJEN ourselves, in our award-winning kitchens — so we know exactly what goes into each and every morsel. We wouldn't have it any other way. We believe you wouldn't either.

## NOURRITURES PRIMÉES, CUISINES PRIMÉES

Nous avons à cœur de produire des nourritures AUTHENTIQUES. Les ingrédients régionaux FRAIS que nous employons nous sont livrés par des gens de confiance. Nous préparons ORIJEN nous-mêmes, dans nos cuisines primées; nous savons donc exactement ce qui compose chaque morceau de nos nourritures.

Nous ne voudrions pas qu'il en soit autrement et vous non plus d'ailleurs!

Reinhard Muhlenfeld
Founder

---

### EN  ORIJEN REGIONAL RED
BIOLOGICALLY APPROPRIATE DOG FOOD

All dogs are evolved as carnivores, designed by Mother Nature to thrive on Whole Prey such as fowl or fish, and possessing a biological need for a diet rich and varied in fresh whole meats supplemented with smaller amounts of fruits, vegetables and grasses.

That's why Biologically Appropriate™ ORIJEN REGIONAL RED features unmatched inclusions of ranch-raised Black Angus beef, wild boar, lamb, heritage pork and bison — all ranched within our region and delivered FRESH EACH DAY, so they're brimming with goodness to nourish completely.

Loaded with the protein-packed animal ingredients (75%) your dog is evolved to eat, ORIJEN's low-glycemic formulation reduces unwanted carbohydrates to support healthy blood sugar levels and better mirror your dog's natural diet.

Prepared from Canada's best and freshest ingredients in our award-winning kitchens, ORIJEN keeps your dog happy, healthy and strong — read our ingredients and we think you'll agree!

### FR  ORIJEN REGIONAL RED
ALIMENT COMPLET POUR CHIENS

Par nature, tous les chiens sont des carnivores et ont besoin d'un régime varié et riche en viandes entières fraîches, composé de petites portions de fruits, de légumes et d'herbes.

C'est pourquoi ORIJEN, une nourriture adaptée aux besoins physiologiques, contient une quantité inégalée de bœuf Black Angus, de sanglier, d'agneau, de porc de race patrimoniale et de bison, tous provenant de la région et ORIJEN est d'offrir une alimentation complète à votre chien.

Regorgeant de viandes débordantes de protéines (75%), notre préparation à faible indice glycémique permet de limiter la quantité de glucides non nécessaire et favorise une condition physique optimale.

Préparé dans nos cuisines primées à partir des ingrédients les plus frais au Canada, ORIJEN REGIONAL RED est un moyen de garder votre chien heureux, sain et fort. Lisez la liste de nos ingrédients. Vous serez convaincu!

### INGREDIENTS

Boneless Angus beef, boneless wild boar, boneless lamb, beef liver, boneless pork, pork liver, whole herring, lamb liver, beef meal, lamb meal, herring meal, salmon meal, Pollock meal, beef tripe, fresh bison, lamb fat, whole egg, red lentils, chickpeas, green peas, yellow peas, green lentils, herring oil, pea fiber, yams, sun-cured alfalfa, pumpkin, butternut squash, spinach greens, carrots, Red Delicious apples, Bartlett pears, cranberries, blueberries, dried apricots, kelp, licorice root, angelica root, fenugreek, marigold flowers, sweet fennel, peppermint leaf, chamomile, dandelion, summer savory, rosemary, vitamin A supplement, vitamin D3 supplement, vitamin E supplement, niacin, riboflavin, folic acid, biotin, vitamin B12 supplement, zinc proteinate, iron proteinate, manganese proteinate, copper proteinate, selenium yeast, dried Enterococcus faecium fermentation product.

ORIJEN FEATURES RANCH-RAISED ANGUS BEEF, WILD BOAR, LAMB, HERITAGE PORK AND BISON. ORIJEN FOODS AND VEGETABLES THAT ARE DELIVERED TO OUR KITCHENS FRESH AND PRESERVATIVE-FREE EACH DAY.

### GUARANTEED ANALYSIS

| | | | |
|---|---|---|---|
| Crude protein (min.) | 38 % | *Omega-6 (min.) | 2.5 % |
| Crude fat (min.) | 18 % | *Omega-3 (min.) | 0.8 % |
| Crude fiber (max.) | 5 % | DHA (min.) | 0.3 % |
| Moisture (max.) | 10 % | *EPA (min.) | 0.3 % |
| Calcium (min/max) | 1.6/1.9 % | *Glucosamine (min.) | 600 mg/kg |
| Phosphorus (min/max) | 1.3/1.6 % | *Chondroitin sulfate (min.) | 250 mg/kg |

*not recognized as essential by the AAFCO dog food nutrient profiles

CALORIE CONTENT & DISTRIBUTION — ME (calculated metabolizable energy) 3990 kcal/kg (468 kcal per 250 ml cup) (120g). Calories distributed to support peak physical conditioning with 39% from protein, 19% from fruits and vegetables, and 42% from fat.

ORIJEN REGIONAL RED IS FORMULATED TO MEET THE NUTRITIONAL LEVELS ESTABLISHED BY THE AAFCO DOG FOOD NUTRIENT PROFILES FOR ALL LIFE STAGES.

### FR  COMPOSITION

Bœuf Angus frais désossé (6%), sanglier frais désossé (5%), agneau frais désossé (5%), foie de bœuf frais (5%), foie de porc frais (5%), hareng entier frais (5%), foie d'agneau frais (5%), bœuf déshydraté (4%), agneau déshydraté (4%), hareng déshydraté (4%), saumon déshydraté (4%), goberge déshydratée (4%), tripes de bœuf fraîches (3%), bison frais (3%), gras d'agneau (3%), œufs entiers frais (3%), lentilles roses, pois chiches, petit pois, pois jaunes, lentilles vertes, huile de hareng (2%), fibres de pois, igname, luzerne séchée au soleil, citrouille, courge musquée, feuilles d'épinards, carottes, pommes Red Delicious, poires Bartlett, canneberges, myrtilles (bleuets), abricots séchés, varech, racine de réglisse, racine d'angélique, fenugrec, fleurs de souci, fenouil doux, feuilles de menthe poivrée, camomille, pissenlit, sarriette, romarin.

ADDITIFS (par kg) : Additifs nutritionnels: vitamine A: 11 000 UI, vitamine D3: 2000 UI, E (fer): 40 mg, E2 (iode): 3 mg, E4 (cuivre): 13 mg, E5 (manganèse): 14 mg, E6 (zinc): 150 mg, E8 (Sélénium): 0.3 mg, Additifs zootechniques: Conserve de façon naturelle grâce à de la vitamine E.

### CONSTITUANTS ANALYTIQUES

| | | | |
|---|---|---|---|
| Protéines brutes | 38 % | Oméga-6 | 2.5 % |
| Matières grasses brutes | 18 % | Oméga-3 | 0.8 % |
| Cendres brutes | 9 % | DHA | 0.3 % |
| Fibres brutes | 5 % | EPA | 0.3 % |
| Calcium | 1.6 % | Glucosamine | 400 mg/kg |
| Phosphore | 1.3 % | Chondroïtine | 250 mg/kg |

MODE D'EMPLOI: voir tableau. Consommer dès l'ouverture.
VALEUR CALORIQUE: EM = 3990 kcal/kg ou 468 kcal par 250 ml ou 120g. 39% provenant de protéines et 42% de lipides et 19 de légumes et 421 des matières grasses.

PRODUIT AU CANADA PAR: CHAMPION PETFOODS LP, 9503-90 AVE MORINVILLE, ALBERTA, CANADA T8R 1K7, CC-NO CE 11, WWW.CHAMPIONPETFOODS.COM, IMPORTÉ PAR : MD TRACE 2, RUE DE L'EAU DE LA COUR 13 240 ZOULEIX ST., COS 77T...

---

### DE  ORIJEN REGIONAL RED
ALLEINFUTTERMITTEL FÜR HUNDE

| | |
|---|---|
| Rohprotein | 38 % |
| Rohfett | 18 % |
| Rohasche | 9 % |
| Rohfaser | 5 % |
| Kalzium / Phosphor | 1.6 / 1.3 % |
| Omega-6 / Omega-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Glucosamin | 400 mg/kg |
| Chondroitin | 250 mg/kg |

### ES  ORIJEN REGIONAL RED
ALIMENTO COMPLETO PARA PERROS

| | |
|---|---|
| Proteína | 38 % |
| Grasa bruta | 18 % |
| Cenizas brutas | 9 % |
| Fibra | 5 % |
| Calcio / Fósforo (P) | 1.6 / 1.3 % |
| DHA / EPA | 0.5 / 0.3 % |
| Glucosamina | 400 mg/kg |
| Condroitina | 250 mg/kg |

### SE  ORIJEN REGIONAL RED
KOMPLETT HELFODER FÖR HUNDAR

| | |
|---|---|
| Råprotein | 38 % |
| Fettinnehåll | 18 % |
| Råaska | 9 % |
| Fiber | 5 % |
| Kalcium / Fosfor (P) | 1.6 / 1.3 % |
| Omega-6 / Omega-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Glukosamin | 400 mg/kg |
| Kondroitin | 250 mg/kg |

### RU  ORIJEN REGIONAL RED
БИОЛОГИЧЕСКИ СООТВЕТСТВУЮЩИЙ КОРМ ДЛЯ СОБАК

| | |
|---|---|
| Протеин | 38 % |
| Жиры | 18 % |
| Зола | 9 % |
| Клетчатка | 5 % |
| Кальций / Фосфор | 1.6 / 1.3 % |
| Омега-6 / Омега-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Глюкозамин | 600 мг/кг |
| Хондроитин | 250 мг/кг |

### CZ  ORIJEN REGIONAL RED
ANALYTICKÉ SLOŽKY

| | |
|---|---|
| Hrubý protein | 38 % |
| Obsah tuků | 18 % |
| Hrubý popel | 9 % |
| Hrubá vláknina | 5 % |
| Vápník / Fosfor (P) | 1.6 / 1.3 % |
| Omega-6 / Omega-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Glukosamin | 400 mg/kg |
| Chondroitin | 250 mg/kg |

### HU  ORIJEN REGIONAL RED
TELJES ÉRTÉKŰ SZÁRAZELEDEL KUTYÁK RÉSZÉRE

ANALITIKAI ÖSSZETEVŐK

| | |
|---|---|
| Nyersfehérje | 38 % |
| Nyerszsír | 18 % |
| Nyershamu | 9 % |
| Nyersrost | 5 % |
| Kalcium / Foszfor | 1.6 / 1.3 % |
| Omega-6 / Omega-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Glükozamin | 400 mg/kg |
| Kondroitin | 250 mg/kg |

### PL  ORIJEN REGIONAL RED
SKŁADNIKI ANALITYCZNE

| | |
|---|---|
| Białko Surowe | 38 % |
| Olaje i Tłuszcze surowe | 18 % |
| Popiół surowy | 9 % |
| Włókno surowe | 5 % |
| Wapń / Fosfor | 1.6 / 1.3 % |
| Omega-6 / Omega-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Glukozamina | 600 mg/kg |
| Chondroityna | 250 mg/kg |

### GR  ORIJEN REGIONAL RED
ΠΛΗΡΗΣ ΤΡΟΦΗ ΓΙΑ ΕΝΗΛΙΚΟΥΣ ΣΚΥΛΟΥΣ

ΑΝΑΛΥΤΙΚΑ ΣΥΣΤΑΤΙΚΑ

| | |
|---|---|
| Πρωτεΐνες | 38 % |
| Έλαια / Λιπαρές Ουσίες | 18 % |
| Ανόργανες ύλες | 9 % |
| Ολικές Ινώδεις Ουσίες | 5 % |
| Ασβέστιο / Φώσφορος | 1.6 / 1.3 % |
| Ωμέγα-6 / Ωμέγα-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Γλυκοζαμίνη | 600 mg/kg |
| Χονδροϊτίνη | 250 mg/kg |

### ITA  ORIJEN REGIONAL RED
ALIMENTO COMPLETO PER CANE

COSTITUENTI ANALITICI

| | |
|---|---|
| Proteine | 38 % |
| Grassi greggi | 18 % |
| Ceneri gregge | 9 % |
| Fibra greggia | 5 % |
| Calcio / Fosforo | 1.6 / 1.3 % |
| Omega-6 / Omega-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Glucosamina | 400 mg/kg |
| Condroitina | 250 mg/kg |

### DK  ORIJEN REGIONAL RED
FULDFODER TIL HUNDE

ANALYSERET INDHOLD

| | |
|---|---|
| Protein | 38 % |
| Fedt | 18 % |
| Ra aske | 9 % |
| Rafibre | 5 % |
| Kalcium / Fosfor | 1.6 / 1.3 % |
| Omega-6 / Omega-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| Glucosamin | 400 mg/kg |
| Chondroitin sulfat | 250 mg/kg |

### CN  ORIJEN REGIONAL RED

| | |
|---|---|
| 粗蛋白质 | 38 % |
| 粗脂肪 | 18 % |
| 粗灰分 | 9 % |
| 粗纤维 | 5 % |
| 钙 / 磷 | 1.6 / 1.3 % |
| Omega-6 / Omega-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| 葡萄糖胺 | 400 mg/kg |
| 软骨素 | 250 mg/kg |

### JP  ORIJEN REGIONAL RED
オリジン レジオナルレッド 総合栄養食 (犬用ドライフード)

保証成分

| | |
|---|---|
| 粗タンパク質 | 38 % |
| 粗脂肪 | 18 % |
| 粗灰分 | 9 % |
| 粗繊維 | 5 % |
| カルシウム / リン | 1.6 / 1.3 % |
| オメガ-6 / オメガ-3 | 2.5 / 0.8 % |
| DHA / EPA | 0.5 / 0.3 % |
| グルコサミン | 400 mg/kg |
| コンドロイチン | 250 mg/kg |

### UA  REGIONAL RED

### ZA  REGIONAL RED

---

## DAILY RATION *and* FEEDING GUIDE



**24HR** — 1 CUP = 120G

| WEIGHT OF DOG | | ACTIVE | | LESS ACTIVE | |
|---|---|---|---|---|---|
| KG | LBS | GR/DAY | CUPS/DAY | GR/DAY | CUPS/DAY |
| 2 kg | 4 lb | 40 g | ⅓ c | 30 g | ¼ c |
| 5 kg | 11 lb | 80 g | ⅔ c | 65 g | ½ c |
| 10 kg | 22 lb | 150 g | 1¼ c | 120 g | 1 c |
| 20 kg | 44 lb | 240 g | 2 c | 190 g | 1½ c |
| 30 kg | 66 lb | 330 g | 2¾ c | 260 g | 2 c |
| 40 kg | 88 lb | 410 g | 3½ c | 330 g | 2¾ c |
| 50 kg | 110 lb | 480 g | 4 c | 390 g | 3¼ c |
| 60 kg | 132 lb | 570 g | 4¾ c | 390 g | 3¼ c |

REGIONAL RED 13KG

   

Champion Petfoods
CHAMPIONPETFOODS.COM

CONSUMER CARE (NORTH AMERICA)
TOLL FREE 1.877.939.0006

 f �facebook ✔ twitter



MADE IN CANADA



*Regional*
RED
WHOLE PREY DIET
75 25 0

Case 2:18-cv-01996-JPS   Filed 09/16/19   Page 3 of 3   Document 67-6