# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SCOTT WEAVER,** individually and on behalf of all others similarly situated**,**<br><br>    **PLAINTIFF,**<br><br>v.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP,**<br><br>    **DEFENDANTS.** | Case No. 2:18-cv-01996-JPS |

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT AND LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO SUMMARY JUDGMENT

Plaintiff Scott Weaver, by and through counsel, respectfully moves this Honorable Court for oral argument on the pending motion for summary judgment and class certification and also permission to file limited supplemental briefing in support of his opposition to summary judgment on the issue of damages. Plaintiff's counsel conferred with Defense counsel and Defendants oppose this motion.

On November 27, 2019, Plaintiff's counsel was informed by the Court of its intention to exclude Dr. Krosnick under *Daubert.* This ruling is directly tied to a majority of the bases raised in Defendants' pending motion for summary judgment and opposition to class certification. As such, Plaintiff requests the opportunity to address at oral argument how exclusion of Dr. Krosnick should not result in summary judgment or denial of class certification. It is within the Court's discretion to hold oral argument on any motion and Plaintiff respectfully requests the Court exercise its discretion here.

Plaintiff also requests permission to file a five (5) page supplemental memorandum in opposition to summary judgment based on the exclusion on Dr. Krosnick. Under Wisconsin law, expert testimony is not required to prove damages under Plaintiff's statutory claim or intentional

543159.1

misrepresentation claim as a full refund and rescission are available. *Mueller v. Harry Kaufmann Motorcars, Inc.,* 2015 WI App 8, ¶ 30, 359 Wis. 2d 597, 616, 859 N.W.2d 451, 460; *see also Murillo v. Kohl's Corp.,* 197 F. Supp. 3d 1119, 1133 (E.D. Wis. 2016). The current briefing before the Court does not address this argument as the motion solely focused on the damages model provided by Dr. Krosnick.

Dated: December 3, 2019

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: s/ Rebecca A. Peterson
CHARLES N. NAUEN, #1031943
ROBERT K. SHELQUIST
REBECCA A. PETERSON
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: cnnauen@locklaw.com
      rkshelquist@locklaw.com
      rapeterson@locklaw.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON
KARLA M. GLUEK
RAINA C. BORRELLI
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
      kgluek@gustafsongluek.com
      rborrelli@gustafsongluek.com

ROBBINS LLP
KEVIN A. SEELY
STEVEN M. MCKANY
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com
      smckany@robbinsllp.com

CUNEO GILBERT & LADUCA, LLP
CHARLES LADUCA
KATHERINE VAN DYCK
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813
E-mail: kvandyck@cuneolaw.com
      charles@cuneolaw.com

LITE DEPALMA GREENBERG, LLC
JOSEPH DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
      scruzhodge@litedepalma.com

PETERSON LAW and MEDIATION, LLC
MARK A. PETERSON (1016259)
1433 N. Water Street, Suite 400
Milwaukee, WI 53202
Telephone: (414) 877-7312
E-mail: mark@markpetersonlaw.com

*Attorneys for Plaintiff*