UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SCOTT WEAVER, Individually and
on Behalf of All Others Similarly Situated,

    Plaintiff,

v.    Case No. 2:18-cv-1996-JPS

CHAMPION PETFOODS USA, INC. and
CHAMPION PETFOODS LP,

    Defendants.

**DEFENDANTS CHAMPION PETFOODS USA INC.'S AND
CHAMPION PETFOODS LP'S RENEWED MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 56 and Civil L. R. 7 and 56, Defendant Champion Petfoods USA, Inc. and Champion Petfoods LP (collectively, "Champion") hereby moves this Court for summary judgment, because the record in this matter demonstrates that there are no genuine disputes as to any material fact, and thus Champion is entitled to judgment as a matter of law. The bases for this motion are set forth in the accompanying Defendants Champion Petfoods USA Inc.'s and Champion Petfood LP's Memorandum of Law in Support of their Renewed Motion for Summary Judgment as to Plaintiff's Third Amended Complaint, Champion's Statement of Undisputed Material Facts, the Declarations of Gayan Hettiarachchi, Christopher Milam, Chinedu Ogbonna, Richard Raposo, and Dr. Robert H. Poppenga, DVM, PhD, DABVT and the exhibits thereof, the deposition testimony of Plaintiff Scott Weaver, Sean Callan, Kenneth Gilmurray, Erik Flakstad, Dr. Jon Krosnick, Travis Mays, Peter Muhlenfeld, Dr. Gary Pusillo, Jim Wagner, Colin

Weir, and the parties' Joint Stipulated Statement of Material Facts, as well as the file and record in this case and any additional argument the Court may consider.

Dated: February 18, 2020

Respectfully submitted,

By: *s/ Susan E. Lovern*
Susan E. Lovern, SBN 1025632
Derek J. Waterstreet, SBN 1090730
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue
Suite 1000
Milwaukee, Wisconsin 53202
Telephone: (414) 287-1286
Facsimile: (414) 238-6599
E-mail: slovern@vonbriesen.com
dwaterstreet@vonbriesen.com

*s/ David A. Coulson*
David A. Coulson
FL Bar No. 176222 (admitted to E.D. Wis.)
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0754
Facsimile: (305) 579-0717
Email: coulsond@gtlaw.com

Rick Shackelford
CA Bar No. 151262 (admitted to E.D. Wis.)
GREENBERG TRAURIG, LLP
1840 Century Park East, 19th Floor
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: shackelfordr@gtlaw.com

**Attorneys for Defendants**
**Champion Petfoods USA Inc. and**
**Champion Petfoods LP**