# EXHIBIT A

**In The Matter Of:**

*Scott Weaver vs*
*Champion Pet Foods USA, et al.*

---

*Videotaped Deposition of Scott Weaver*
*June 19, 2019*

---

## Verbatim Reporting, Limited

2 East Mifflin Street, Suite 102
Madison, Wisconsin 53703
www.Verbatim-Madison.com
Office@Verbatim-Madison.com
608.255.7700



"Excellence in Reporting Since 1988"

Page 3

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WISCONSIN
                      MILWAUKEE DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * *

        SCOTT WEAVER,

              Plaintiff,

     -vs-                    Case No. 2:18-cv-1996-IPS

        CHAMPION PETFOODS USA, INC.,
        and CHAMPION PETFOODS, LP,

              Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * *

              Videotaped Deposition of:

                      SCOTT WEAVER

                    Madison, Wisconsin

                    June 19, 2019




              Reporter:  Jessica Bolanos
```

1  VIDEOTAPED DEPOSITION OF
2  SCOTT WEAVER, called as a witness, taken at the
3  instance of the Defendants, under the provisions of
4  the Federal Rules of Civil Procedure, pursuant to
5  notice, before Jessica Bolanos, a notary public in
6  and for the State of Wisconsin, at the offices of
7  Verbatim Reporting, Limited, Two East Mifflin Street,
8  Suite 102, City of Madison, County of Dane, and State
9  of Wisconsin, on the 19th day of June, 2019,
10  commencing at 8:00 a.m.
11        A P P E A R A N C E S
12  REBECCA A. PETERSON, Attorney
   LOCKRIDGE GRINDAL NAUEN, PLLP
13     100 Washington Avenue South, Suite 2200,
       Minneapolis, Minnesota 55401, appearing on
14     behalf of the Plaintiff.
       rpeterson@locklaw.com 612-339-6900
15
16  ELISA H. BACA, Attorney
   DAVID A. COULSON, Attorney
17  GREENBURG TRAURIG
       333 Southeast 2nd Avenue, Suite 4400, Miami,
18     Florida 33131, appearing on behalf of the
       Defendants.
19     bacae@gtlaw.com 305-579-0549
       coulsond@gtlaw.com
20
21
22  Also Present:  Jon Hansen, CLVS, videographer
23
24
25

---

Page 2

1              I N D E X
2  WITNESS                              Page(s)
3  SCOTT WEAVER
   Examination by Ms. Baca                  5
4  Examination by Ms. Peterson            123
   Examination by Ms. Baca                132
5  Examination by Ms. Peterson            133
6
              E X H I B I T S
7
   No.     Description              Identified
8
   Exh. 1  Notice of deposition         6
9
   Exh. 2  Plaintiff's response to     44
10         interrogatories
11  Exh. 3  Second amended complaint    65
12  Exh. 4  Orijen Regional Red bag     72
           printout
13
   Exh. 5  Orijen Six Fish bag printout 75
14
   Exh. 6  Orijen Six Fish bag printout 79
15
   Exh. 7  Purina Pro Plan Focus bag   100
16         printout
17  Exh. 8  Orijen Regional Red bag    119
           printout
18
19  (Original exhibits attached to original transcript;
   copies provided to Attorney Baca and
20  Attorney Peterson.)
21
   (Original transcript filed with Attorney Baca; copies
22  provided to Attorney Baca and Attorney Peterson.)
23
24
25
```

Videotaped Deposition of SCOTT WEAVER, 6-19-19          Page 4

1   THE VIDEOGRAPHER: Good morning.
2   We're on the record. Today's date,
3   June 19th, 2019. The time is 8:00 a.m. This
4   deposition is being held at
5   2 East Mifflin Street, Suite 102, Madison,
6   Wisconsin. Caption of the case, Scott Weaver
7   versus Champion Petfoods USA, Inc., et al.,
8   United States District Court, Eastern
9   District of Wisconsin, Milwaukee Division.
10   Case number, 18CV1996JPS.
11   My name is Jon Hansen, CLVS,
12   videographer with Verbatim Reporting,
13   Madison, Wisconsin. At this time, if counsel
14   could please state their appearances for the
15   record, after which our reporter will swear
16   in the witness and we can proceed.
17   MS. BACA: Elisa Baca from
18   Greenberg Traurig on behalf of Defendants
19   Champion Petfoods.
20   MR. COULSON: David Coulson is also
21   in the deposition on behalf of
22   Champion Petfoods.
23   MS. PETERSON: Rebecca Peterson from
24   Lockridge Grindal Nauen on behalf of
25   Plaintiff Scott Weaver.

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 3 of 52   Document 151-1

1              SCOTT WEAVER,
2     called as a witness being first duly sworn in
3       the above case testified under oath as follows:
4                EXAMINATION
5  By Ms. Baca:
6  Q  Good morning, Mr. Weaver.
7  A  Good morning.
8  Q  Would you please state your name for the record.
9  A  Scott A. Weaver.
10 Q  Thank you.  And what is your address?
11 A  ▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮, Wisconsin ▮▮
12 Q  Thank you.  And your business address?
13 A  Same address.
14 Q  Okay.  Do you have any e-mail address that you
15     use?
16 A  Yes.
17 Q  And what is your e-mail address?
18 A  ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮
20 Q  Do you have any others that you use?
21 A  No.
22 Q  Okay.  And what is your date of birth?
23 A  5-10-57.
24 Q  Are you represented by counsel today?
25 A  Yes.

1  Q  And is your counsel Ms. Peterson?
2  A  Yes.
3  Q  Thank you.  I'd like to introduce what I'll mark
4     as Exhibit 1.
5            (Exhibit No. 1 marked for
6               identification.)
7  Q  Have you seen this before, Mr. Weaver?
8  A  Yes.
9  Q  Is that your name indicated on the document?
10 A  Yes.
11 Q  And does it indicate that you are to be present
12     here today for the deposition?
13 A  Yes.
14 Q  Thank you.  Have you ever been deposed before?
15 A  Never.
16 Q  All right.  Well, I'd like to go over some ground
17     rules for today, if you don't mind.
18        So if you don't understand something that I'm
19     asking you, please just ask me to clarify, and
20     I'll rephrase the question.
21 A  Okay.
22 Q  And if you can't hear me, please let me know, and
23     I'll just speak up and repeat myself.
24 A  Okay.
25 Q  And I will need you to please answer audibly today

1     so that the court reporter can hear what you're
2     saying and write things down correctly.  Please
3     don't respond with "nuh-uhs" or "uh-huhs."  We
4     need to respond with clear yeses or noes for the
5     court reporter.
6  A  Yes.
7  Q  Are you on any medications today that may impair
8     your memory or ability to recall or answer
9     truthfully?
10 A  No.
11 Q  So did you prepare for today at all?
12 A  Prepare for today?
13 Q  Yes.
14 A  Just understanding what I know.
15 Q  Okay.  And what did you do to prepare?  Did you
16     read anything?  Did you speak with anyone?
17 A  I read the article -- the paperwork that's been
18     sent to me by my attorneys and spoke with my
19     attorneys.  That's it.
20 Q  That --
21              MS. PETERSON: I'm going to object
22           as to going into any of the type of
23           conversation or content of any conversation
24           with myself and Weaver from attorney/client
25           privilege and instruct him not to answer as

1           to the fact of the communications between he
2           and I, please.
3              MS. BACA: Agreed.
4  Q  By "article," do you mean any news articles or --
5  A  No.
6  Q  -- online articles?
7  A  No.
8  Q  No?  Okay.  Are you referring to just the papers
9     that have been filed --
10 A  Just the papers --
11 Q  -- in the lawsuit?
12 A  -- that have been filed.
13 Q  Okay.  Great.  And about how long did you spend
14     reviewing these documents?
15 A  15 minutes.
16 Q  Okay.  So I'd like to ask you a little bit about
17     yourself.
18 A  Okay.
19 Q  Are you currently married?
20 A  Yes.
21 Q  Is this your first marriage?
22 A  Yes.  43 -- 44 years.
23 Q  Congratulations.  And what is your spouse's name?
24 A  Susan.
25 Q  What's her full legal name?

1  A  Susan Kay Weaver.
2  Q  And what is her date of birth?
3  A  3-31-57.
4  Q  And is she currently employed?
5  A  No.
6  Q  Okay.
7             MS. PETERSON: I'm also going to
8      put on record that I'm going to designate
9      this confidential as to specific information
10     as to --
11            MS. BACA: Okay.
12            MS. PETERSON: -- date of births,
13     etc. So we can review that once we get the
14     actual transcript, but until then, I would
15     like it deemed confidential.
16  Q  And is your wife a plaintiff in this lawsuit?
17  A  No.
18  Q  And why not?
19  A  She -- she's very emotional about this whole
20     situation.
21  Q  Of course.
22  A  And she did not feel comfortable. I'll be honest
23     with you.
24  Q  Okay.
25  A  So I'm -- I'm the spokesperson.

1  Q  Understood. And did your spouse buy
2      Champion's pet food, or did only you buy it?
3  A  No. We both did.
4  Q  Okay. And do you have any children?
5  A  Yes.
6  Q  How many children do you have?
7  A  Three sons.
8  Q  How old are they?
9  A  Wow, you're testing me. 44. He's a -- the
10     captain in the police force. I've got a
11     38-year-old that is a police officer, and then
12     ▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮
13  Q  Does anyone currently reside at your home besides
14     you and your spouse?
15  A  ▮▮▮▮▮▮▮▮▮▮.
16  Q  And where did you grow up, Mr. Weaver?
17  A  I actually grew up in Madison.
18  Q  And you've lived here your whole life?
19  A  No. We've lived in eight different houses from
20     Minnesota to New York to Oklahoma back to
21     Wisconsin.
22  Q  Okay. And how long have you currently resided in
23     Fitchburg?
24  A  Close to 20 years.
25  Q  Okay. Do you have any hobbies or interests

1      outside of your job?
2  A  Honestly, probably our dogs. We -- we -- our dogs
3      are therapy dogs. So we do hospital visits. My
4      wife does school. One of them is an AKC titled
5      literacy R.E.A.D. dog. That's what we do,
6      volunteer work.
7  Q  That's great. Thank you. And did you attend high
8      school, Mr. Weaver?
9  A  Yes.
10  Q  Where did you graduate?
11  A  From Logan -- Logan High School in La Crosse,
12     Wisconsin.
13  Q  Great. And did you attend a college or trade
14     school afterwards?
15  A  A little bit of trade school.
16  Q  And what did you study there?
17  A  Business.
18  Q  Okay. What is the name of the trade school you
19     attended?
20  A  WWTC.
21  Q  Did you receive a degree or certificate --
22  A  No.
23  Q  -- at all? No? Okay. I'd just like to go over a
24     little bit of some of the coursework that you
25     might have done in your schooling.

1  A  Okay.
2  Q  Did you take any courses in chemistry?
3  A  No.
4  Q  How about nutrition?
5  A  No.
6  Q  Biology?
7  A  No.
8  Q  Animal biology?
9  A  No.
10  Q  Toxicology?
11  A  No.
12  Q  Any other general science courses --
13  A  No.
14  Q  -- that you can recall?
15  A  Strictly business.
16  Q  Okay. In your business courses, did you take any
17     marketing classes?
18  A  Yes.
19  Q  Okay. How about advertising classes?
20  A  No.
21  Q  Okay. Did you attend any other types of college
22     or trade schools --
23  A  No.
24  Q  -- afterwards? No? Do you hold any other
25     degrees, certifications, licenses?

1  A  Nope.
2  Q  Okay. So I'd like to go over your employment
3  history, if you don't mind.
4  A  Okay.
5  Q  What was your first job after you finished your
6  trade school?
7  A  Started two days after high school.
8  Q  Okay. Tell me about that.
9  A  As a janitor in a grocery warehouse. Worked my
10  way up to VP of procurement, responsible for
11  $300 million worth of buying product.
12  Q  And what kind of product were you buying?
13  A  Non-foods; health and beauty care, general
14  merchandise for grocery stores. I tell people
15  that the grocery industry is a lot like the
16  military. You move, because there's a lot of
17  transitions. And that's -- that's why we moved so
18  much. I kept getting promoted, and the company
19  was acquired by another company, and then you'd
20  move with -- with them to go to their corporate
21  office.
22  Q  And can you describe just a little bit of your job
23  responsibilities in that role as VP of
24  procurement?
25  A  I had the staff of about 20 people, and then they

1  reported to me, and they were category managers
2  and turn buyers. So they would basically keep our
3  warehouse full so the stores had product to buy.
4  Q  And how long were you employed in this position?
5  A  Three years at the time.
6  Q  Okay. And after this position, what was your next
7  job?
8  A  I was the director of merchandising for Nash Finch
9  up in Minneapolis. Same basic responsibilities.
10  Q  Could you please spell that Nash -- is it Nash?
11  A  Nash, N-A-S-C-H -- or N-A-S-H, Finch, second word.
12  Q  Okay. And what is Nash Finch?
13  A  Nash Finch was a grocery wholesaler. They've been
14  acquired by Spartan Foods out of Grand Rapids. So
15  now they're called Spartan Nash. ▇▇▇▇
16  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17  ▇▇▇.
18  Q  Understood. After Nash Finch, where did you work
19  next?
20  A  Company in Racine, Wisconsin.
21  Q  And what company was that?
22  A  It was called Promotions Unlimited.
23  Q  And --
24  A  I was a VP of sales.
25  Q  And what did Promotions Unlimited sell?

1  A  Sold to mostly independent pharmacies around the
2  country. Family-owned business.
3  Q  And what was your role with Promotions Unlimited?
4  A  I was a VP of sales. I would travel the country
5  prospecting new customers, and then they had a lot
6  of shows at their facility, and I would drive
7  back -- I -- I was committed to our son and his
8  recovery process.
9  Q  Of course.
10  A  So I -- we moved back to Madison, bought a house
11  in the same neighborhood where we lived before so
12  he would be familiar with it, and then I took a
13  job in Racine, which is 112 miles. I would drive
14  in the morning and 112 miles home --
15  Q  Wow.
16  A  -- for eight and a half years.
17  Q  What a commitment. Did you have a job that
18  followed your role --
19  A  Oh, yeah.
20  Q  -- at Promotions Unlimited?
21  A  Oh, yeah. I had a lot of jobs in the same field.
22  Q  Okay.
23  A  After Promotions, I went to a company called
24  Echo Bridge, and we sold DVDs. And then after
25  that for about two and a half years, we saw the

1  writing on the wall about five years ago that DVDs
2  were dying, and we started up a company selling
3  cell phone chargers and cables.
4  Q  And is it a company that you own, Mr. Weaver?
5  A  No. I'm not an owner, but I'm in charge of sales
6  for my division.
7  Q  And what is the company called?
8  A  It's called MobilEssentials, the last part of my
9  e-mail address.
10  Q  Understood. So in your role there, you're selling
11  cell phone --
12  A  Accessories.
13  Q  -- accessories?
14  A  Chargers, cables, products -- similar products
15  across the country. I have responsibility for
16  probably 8,000 stores.
17  Q  And these 8,000 stores are located where?
18  A  All -- everywhere from Alaska, Hawaii, all of the
19  US.
20  Q  National?
21  A  National.
22  Q  And you work out of the home, Mr. Weaver?
23  A  Yes.
24  Q  Okay. So now we've talked about a variety of
25  sales positions that you have held and a variety

1    of companies. Have you ever been involved in the
2    sale of dog food?
3  A  Dog food? No.
4  Q  Okay. No marketing of dog food, nothing of the
5    sort?
6  A  Of dog food, no.
7  Q  Okay. Thank you. I'm just going to go over a
8    couple other training experiences that you might
9    have had.
10    Do you have any experiences in veterinary
11    medicine?
12  A  No.
13  Q  Okay. Have you received any training in pet
14    nutrition?
15  A  No.
16  Q  Have you received any training in veterinary
17    toxicology?
18  A  No.
19  Q  And do you have any medical training?
20  A  No.
21  Q  And you're not trained as a lawyer, correct?
22  A  As a lawyer? No.
23  Q  Okay. Have you ever owned your own business?
24  A  Yes.
25  Q  And what business was that?

1  A  I was an independent broker/rep selling general
2    merchandise.
3  Q  What was the name of your company?
4  A  Sons III, Roman numerals, LLC.
5  Q  What kind of general merchandise was that?
6  A  Everything from sheets to blankets to socks to
7    anything general merchandise-related for the
8    grocery industry.
9  Q  So your target audience were grocers?
10  A  Yes.
11  Q  Okay. And have you ever recommended pet food to
12    anyone?
13  A  Recommended pet foods? I don't think I -- maybe
14    in general conversation with people with friends
15    or whatever, but no.
16  Q  Okay. Nothing that you recall in particular?
17  A  No.
18  Q  Specific brands?
19  A  No.
20  Q  Okay. So in your role with MobilEssentials, do
21    you consider yourself to be pretty tech savvy?
22  A  No.
23  Q  No?
24  A  I mean, I'm computer literate. I can do e-mails.
25    I file everything that I have, but I'm not a tech

1    head.
2  Q  Okay.
3  A  And I'm not -- I am not a -- and what are they?
4    What do they call them? The -- all of the
5    different things that everybody's on nowadays,
6    I'm -- Twitter or all of those things, I don't do
7    them. I don't participate.
8  Q  Okay. You just anticipated --
9  A  My wife keeps telling me that I should, and I keep
10    telling her, "I don't want to get messed in with
11    that stuff." I mean, I don't have friends. I
12    don't like things. I don't do any of that. So --
13  Q  Okay. You anticipated my next question. We can
14    go through it quickly.
15    So you've never had a Facebook?
16  A  No.
17  Q  You've never had a Twitter?
18  A  No.
19  Q  And you've never had an Instagram?
20  A  No. Don't want to.
21  Q  Even if you don't have an account, have you ever
22    dabbled on the websites at all?
23  A  I may have linked to one not knowing that it was
24    a Twitter thinking I was doing a search for
25    something else.

1  Q  Understood.
2  A  Or a Facebook, yeah.
3  Q  Have you ever interacted with any posts on
4    websites like this about heavy metals?
5  A  No.
6  Q  How about BPA?
7  A  No.
8  Q  How about pentobarbital?
9  A  No.
10  Q  How about pet nutrition?
11  A  No.
12  Q  So you kind of mentioned or hinted at your wife
13    enjoys posting on social media and enjoys her
14    accounts. Has she ever shown you anything related
15    to heavy metals?
16  A  No.
17  Q  How about BPA?
18  A  No.
19  Q  How about pentobarbital?
20  A  No.
21  Q  How about pet nutrition?
22  A  We probably talked about nutrition because of the
23    dogs.
24  Q  Okay.
25  A  Not necessarily that it was on the internet, but,

1   you know, we -- we pay close attention to our
2   dogs.
3 Q Understood. Of course.
4 A And as far as my wife's account, I mean, she has,
5   like, 30 friends. She's very particular. She
6   doesn't -- you know, her brother -- her brother
7   has, I want to say, 2,600 that he follows
8   constantly and -- and my wife said, "I will never,
9   never do that. I don't want people to know my
10  political backgrounds or whatever." So --
11 Q Makes sense. Makes sense. All right. So would
12  you mind if we talked a little bit about the
13  dogs --
14 A Sure.
15 Q -- that are the subject of the complaint? All
16  right.
17     So let's just first start off by if you could
18  tell me the names of your dogs.
19 A We have a -- we've had many dogs through our life,
20  but the dogs that we had recently were Jack, Jill,
21  and Prince Harry.
22 Q Okay. And these are the three dogs that are
23  mentioned in the complaint?
24 A Mm-hmm.
25 Q Could you tell me what breed your dogs are.

1 A Purebred golden retrievers.
2 Q All three of them?
3 A All three of them.
4 Q All right. And about how old are your dogs? I
5   think some of them passed away.
6 A Jack and Jill were 10 -- excuse me, 11 and 10.
7 Q Okay.
8 A And then Prince Harry is eight. He's still with
9   us.
10 Q Could you tell me when Jack and Jill passed away.
11 A Jill actually passed last year. I think it was in
12  April, and Jack was in May. Within two and a half
13  weeks, we lost both of them to cancer.
14 Q So Jill was April 2018, and Jack was May 2018?
15 A Mm-hmm. Yes. Sorry.
16 Q Do you know what kind of cancer your dogs had?
17 A Honestly, I don't remember the name. I just know
18  that they had cancer. One had nasal cancer. The
19  other one -- Jill passed extremely suddenly, and
20  when we went to the vet at 1:30 in the morning,
21  she lasted about 20 minutes after convulsing at
22  our house, and she passed away. We were told that
23  it was -- her internal organs had basically
24  infested with cancer and blew up. So --
25 Q That's so sad. I'm so sorry.

1      So was it the veterinarian that told you
2   about the cancer for both dogs?
3 A Yes.
4 Q Okay. And did the vet perform some sort of
5   testing to figure this out?
6 A Honestly, I don't know what testing they did.
7   Jill, it was an ER vet. It was rather sudden.
8   She had played, had a good, hard day all day long.
9   She was struggling when we went to bed. We
10  thought she just kind of pulled a muscle in her
11  leg. We went upstairs, went to bed. She started
12  convulsing and threw up in the house.
13     I threw her in the car. We went to the vet.
14  It was probably a matter of 30 minutes,
15  40 minutes. They couldn't get blood pressure
16  because everything was going wacky and --
17 Q I'm sorry, Mr. Weaver. That's so scary.
18 A That's okay. She -- she was a very strong dog,
19  and she ended up passing away.
20         MS. PETERSON: If you would like --
21     do you want to take a break right now, or are
22     you okay?
23         THE WITNESS: No.
24         MS. PETERSON: I'm just -- and for
25     the record, I'm just going to put an

1      objection as to the relevance as to the
2   health, which we've put in the documents.
3   It's just going to be standing. So I'm not
4   going to be constantly be interrupting you
5   but I just -- for the record.
6         MS. BACA: Understood, Rebecca.
7 A Then we -- after she passed, we -- the vet was
8   going to, you know, do what they do with the dogs,
9   and we said no. I -- I carried her to the car,
10  and we slept with her that night in our bed. Then
11  I took her to the crematory.
12 Q I'm so sorry, Mr. Weaver. We do not need to go
13  into the specifics of this at all, but I
14  understand if you want to talk about it to honor
15  her memory today.
16 A Okay.
17 Q Would you like to talk about Prince Harry?
18 A Prince Harry is wonderful. He's an extremely
19  likeable dog. He's jumped into the role that Jill
20  had as a literacy dog at school. The kids love
21  her -- love him. They loved Jill. They still
22  talk about Jill. Kids run up to my wife and say
23  that they miss her and Jack because Jack did that
24  before that, but Prince Harry stepped right in,
25  and he's been doing a fantastic job.

1 He's a big golden retriever. We -- my wife
2 will tell people when they ask the name and we
3 say, "It's Prince Harry," and they start laughing
4 and they go, "Prince Harry?" And she said,
5 "Because he's just like Prince Harry." Well, it
6 was when Prince Harry was young. He was
7 flamboyant. He is all about Prince Harry, and
8 that's what he is.
9 We were just at the dog park last night with
10 two other dogs, a neighbor dog, and we were
11 running around, and that's just what he does. He
12 plays hard, and he's eight years old.
13 Q That's awesome. Can you explain to me a little
14 bit about what a literacy dog is. I've never
15 heard of that term.
16 A He -- a literacy or R.E.A.D. dog. They basically
17 go into the schools. They -- my wife has been
18 going to the same school for about nine years, and
19 it's a school that's in a -- it's a -- it's a very
20 diverse school base of kids. A lot of the kids
21 are very -- come from troubled homes and things.
22 It's not -- it's in -- I don't want to say the
23 hood. It's in a -- it's in a low economic area,
24 and that's what she loves to do with these kids,
25 and we do parties every -- for birthday parties.

1 We do birthday parties for the dogs. We do pizza
2 parties for the kids at Christmas. Some of the
3 kids in the school have never had a pizza from
4 Pizza Hut or on outside pizza.
5 Although, I remember when my wife, one of the
6 times she said, you know, "I need to have you
7 order these pizzas for the kids." So I -- I would
8 take care of that and get everything lined up for
9 her, and she said, "Oh, this one little boy was so
10 tickled. He wanted to meet the pizza driver
11 because he's never seen a pizza driver deliver
12 pizza. I'm just going, "It's hard to believe that
13 there are kids that don't experience some of these
14 things," but the kids, they would read to the dog
15 and pet them as they're reading because kids are
16 conscious of their reading ability and other kids
17 may laugh or snicker. Dogs won't laugh or
18 snicker. They're going to give you unconditional
19 love, and that's what he does.
20 Q Understood. That makes a lot of sense.
21 So tell me about your three dogs. When you
22 had them, were they indoor dogs, outdoor dogs?
23 How would you describe them?
24 A Our dogs are pampered. Okay? We have a metal --
25 metal wrought iron fence around our yard. They're

1 in our yard or on our leash with us when we walk.
2 Q Okay.
3 A Madison is very big for the farmer's market on
4 Saturdays. We would walk the farmer's market.
5 You cannot walk on the market. You walk outside
6 the square. And we would walk with the dogs to
7 socialize them, and we would have people lined up
8 taking pictures because you've got three beautiful
9 golden retrievers. People love to interact with
10 you. And that's -- it's -- we would draw crowd,
11 and we would do that all the time.
12 Q So your dogs were usually on leashes?
13 A Oh, yeah.
14 Q Okay. And where did you get your dogs? Were they
15 from a breeder?
16 A Yes.
17 Q Were there any relation between three dogs? Were
18 they siblings or --
19 A They -- they were -- I don't think parents were
20 the same. They were all the same breeder, but he
21 has several different dogs.
22 Q Okay. How would you describe Prince Harry's
23 health?
24 A Right now, excellent. We have not had any
25 problems with him.

1 Q That's great.
2 A That I know of.
3 Q That's great. So I know we discussed that the
4 veterinarian thought your two dogs passed from
5 cancer?
6 A Mm-hmm.
7 Q Was there any discussion with your veterinarians
8 about heavy metal poisoning?
9 A We've never discussed heavy metals, no.
10 Q Okay. Was there any discussion that your dogs
11 might have consumed pentobarbital?
12 A No.
13 Q How do you --
14 A Jack was actually diagnosed with cancer. He -- we
15 took him to the UW vet and everything, the vet
16 school, spent thousands of dollars to find out
17 what his problem was, and his -- his was a nasal
18 cancer, and it -- it grew inside his nose to the
19 point where it burst into his brain, and he was
20 bleeding through the nose for months.
21 Q That's terrifying. Did the UW vets have any
22 hypothesis or come to any conclusions about the
23 source of the cancer?
24 A No.
25 Q Okay.

1 A  We never discussed that. It was all about Jack,
2    what can we do to help him or keep him good.
3 Q  Absolutely. So let's transition to discuss your
4    dog's eating habits and their foods.
5        Did your three dogs ever eat any dog food
6    before eating Champion dog food or was Champion
7    the first food they were ever introduced to?
8 A  No, they had a food before we went to Champion,
9    and we were recommended by a breeder to go to
10   Champion. So we switched, and I honestly couldn't
11   tell you the name of the food.
12 Q  Okay. So let me try to break that down. They
13    were on a pet food before Champion?
14 A  Well, when they were puppies, they were on a pet
15    food that's specifically for puppies.
16 Q  Do you recall the brand name of the puppy diet?
17 A  I do not.
18 Q  Were all three on the same --
19 A  Yes.
20 Q  -- type of puppy diet?
21 A  Yes.
22 Q  Okay. Was there a particular reason you put your
23    dogs on the puppy diet? Did somebody recommend
24    it?
25 A  Yeah. The breeders that -- when you get a puppy,

1    you always put them on puppy food to start their
2    life. It has different nutrient -- nutrients, I
3    believe, than regular dog food. I don't know that
4    much about it.
5 Q  Did you conduct any research into the puppy food,
6    or was it just word of mouth?
7 A  It was from the breeder telling us what's the
8    recommended thing. So we did it.
9 Q  Okay. Did you know anything specific about the
10   nutritional value or just that it was aimed for
11   puppies?
12 A  Just aimed for puppies and that it would help them
13   grow.
14 Q  Did you know anything about the levels of heavy
15   metals in the puppy food?
16 A  No.
17 Q  Did you know anything about the levels of BPA in
18   the puppy food?
19 A  No. If I knew anything about those levels, I
20   would never give them to one of my puppies, dogs,
21   any animal.
22 Q  Understood. So why did you switch from the puppy
23   diets over to Champion dog food?
24 A  Because they were not puppies any longer. So now
25   you start giving them adult food.

1 Q  So in your search to find an adult food for your
2    dogs, was there something specific that led you to
3    Champion's pet food?
4 A  My wife did a little bit of research on different
5    brands of dog food, and then through
6    recommendations of a breeder, they mentioned the
7    Six Fish, and that -- that it would be good for
8    their coats and excellent for them, and we did,
9    like I said, a little bit of research, and we
10   thought, "Well, geez. If it's six different fish
11   in there, a reputable company. The bags are
12   vacuum sealed so that it's fresh" -- when we would
13   go to our store to buy pet food -- if you go over
14   to Mounds, which is in town here, they put little
15   circles on all the bags of pet food. Okay? And
16   the little circle denotes when they received the
17   product so that they could rotate properly. Okay?
18       When we would go in to buy our pet food, I
19   would go in. We would look at the stack of pet
20   food, and my wife would make me move every bag to
21   find the bags in the back to give them the
22   freshest pet food. And if a bag was -- the seal
23   was broke -- because in the early years when it
24   was produced in Canada, the bags were vacuum
25   sealed and was like a brick. And you picked it up

1    and you went, "This is fresh," because there's no
2    air in it to let anything get into it. So we
3    would make sure that that bag was sealed properly
4    and was hard as a rock. And if it wasn't, that
5    would go back in the pile and let somebody else
6    buy that pet food, and then we would take it home.
7        If we -- there were specific times of the
8    year, we were told, that they were having trouble
9    with getting all of the fish that are in there,
10   and sometimes our Mounds that we bought at would
11   be out. We would literally drive around Madison
12   to all of the Mounds stores to find one that we
13   would be able to purchase the exact same brand
14   because my wife was very particular, and she would
15   not change foods, because when you change foods,
16   it can upset dogs' stomachs. So she would not do
17   that.
18       We were also on the -- Mounds has a program
19   where you get a loyalty card for pet food. Okay?
20   So there's a little envelope, and I -- we don't
21   have any of the envelopes anymore because you have
22   to submit them to them, but you get an envelope --
23   a little envelope, and it's got squares on it.
24   When you buy a bag of dog food of specific brands,
25   of which Six Fish was on there, you would clip off

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 10 of 52   Document 151-1

1   the UPC, take your receipt, staple it to the UPC.
2   They would put their sticker on it saying that you
3   bought it at Mounds, and then you put it in this
4   envelope, and then you would log when you bought
5   it, da, da, da.
6          And then after you bought 12 bags, you took
7   in that envelope with all of my receipts and the
8   UPC codes, give them to the clerk, grab another
9   bag, which at the time, I think it was $106 or
10  $108 bag. So we did not buy cheap food. And then
11  they would give me that 12th bag free. And when
12  you're going through a big bag of dog food at a
13  hundred bucks every three weeks, it was well worth
14  saving your receipts.
15 Q  Okay. So let's try to go back to the original
16  question. Your wife conducted some research when
17  she was looking for a dog food, correct?
18 A  A little bit of research, yes.
19 Q  Okay. And what specifically was she looking for?
20  What qualities in a dog food did she want?
21 A  She was just looking -- I think she was looking at
22  fat ratios or whatever. She didn't want the dogs
23  to get fat.
24 Q  So caloric content?
25 A  Yeah.

1  Q  Okay. What are any qualities or characteristics
2   that you specifically were looking for in the dog
3   food?
4  A  No, not really, other than Jack was -- he was not
5   on the Six Fish. He was on the -- I think it was
6   bison or something like that, more beef because he
7   was allergic to fish, and he would get hot spots.
8   So we couldn't give him fish or poultry. That was
9   the only thing that we looked at.
10 Q  Okay. So in addition to your wife's internet
11  research, you mentioned that you received a
12  recommendation from the breeder to get on Champion
13  dog food?
14 A  From a breeder. Not from our breeder, but from
15  another breeder that she had talked with.
16 Q  Okay. And what -- if you recall anything, what
17  did that breeder say?
18 A  Just that it was excellent food, that it was --
19  Six Fish was good for their coats. And then when
20  we looked at the price and we went, "Well, it's
21  over a hundred bucks. Not many bags over a
22  hundred bucks. It's got to be good." You know,
23  you just kind of say that to yourself, and it's
24  not like buying Old Roy at Walmart, you know? But
25  those dogs probably live long too.

1  Q  Understood. So how old were your dogs when you
2   switched them off puppy food to Champion?
3  A  Probably a year, little over a year.
4  Q  Can you tell me about how you did the transition.
5  A  We mixed puppy food with the regular food, and you
6   mix it 50/50 to get their stomach used to it, and
7   then we flipped them over totally.
8  Q  Okay. How long do you think that transition took?
9  A  Probably -- maybe a week, week and a half.
10 Q  Okay.
11 A  We have a feeding station for all three dogs. We
12  had it custom made so that they can eat standing
13  up, you know, so that they're not leaning over
14  eating a dish on the floor. So it's a high
15  feeding station at their chin level. All three
16  dogs would come in. I would put a scoop into each
17  dish, and they would eat together.
18 Q  Great. So the internet research that led you to
19  Champion, only your wife conducted it; you didn't
20  do any --
21 A  No.
22 Q  -- searches on your own?
23 A  I -- no.
24 Q  Did you recall what websites that she visited?
25 A  I have no idea.

1  Q  Okay. Are you aware of Champion's website at all?
2  A  No.
3  Q  Have you ever visited it?
4  A  I don't think I have, no.
5  Q  Okay. There's a Champion's website. Have you
6   visited the championpetfoods.com?
7  A  I honestly don't remember ever visiting it, no.
8  Q  Okay. How about the Acana website?
9  A  I think I did just yesterday.
10 Q  You did? What did you --
11 A  Yeah, and --
12 Q  -- look for at --
13 A  I don't think I looked at Champion. I think I
14  looked at Acana and Orijen or whatever.
15 Q  And what did you look for on the Acana website?
16 A  I just wanted to see the pictures of the bags so
17  that I would see -- familiarize myself with the
18  picture of the bags. That's all I looked at.
19 Q  Okay. And where -- what jogged your memory?
20 A  Well, preparing for today. You know, I wanted to
21  make sure I had all of my information in my head.
22 Q  Which bags on the websites specifically jumped out
23  at you?
24 A  Six Fish.
25 Q  The Six Fish?

1  A  Because it's what we -- that one and that other
2     beef, bison, whatever it was.
3  Q  Understood. Was there anything else you looked at
4     either on Acana or Orijen website?
5  A  No.
6  Q  Are you aware that Champion has a white paper?
7  A  I couldn't tell you what a white paper is.
8  Q  Understood.
9  A  What is white paper?
10 Q  We can talk about that after the deposition.
11 A  Oh, so it's negative? Okay.
12 Q  No, not necessarily, sir. Not at all.
13 A  Okay.
14          MR. COULSON: Yeah, the way this
15     works is the lawyer gets to ask the
16     questions, and you're supposed to answer.
17          THE WITNESS: Yeah.
18 Q  It's a little unfair. I understand.
19     Have you ever heard of a -- a Clean Label
20     Project?
21 A  No.
22 Q  Okay. Have you ever come across any websites,
23     articles, blogs on the internet that were against
24     Champion or said some negative things --
25 A  No.

1  Q  -- about Champion?
2  A  No. I don't search blogs. The only thing I do on
3     my computer is if I don't have an address for a
4     store, I say, "Stop & Shop in Massachusetts -- in
5     Chelsea, Massachusetts. Here's the address. Give
6     me the phone number." That's what I do.
7  Q  Understood. Has your wife ever shown you anything
8     of this sort?
9  A  No.
10 Q  Okay. I'm just going to run through a couple pet
11     food blogs. Tell me if you've visited these
12     websites or heard -- or heard of them.
13 A  Okay.
14 Q  The Truth About Pet Foods?
15 A  No.
16 Q  Petfoodindustry.com?
17 A  No.
18 Q  Dogfoodadvisor.com?
19 A  No.
20 Q  Chagrinfallspetclinic.com?
21 A  No.
22 Q  How about your veterinarian? Does your
23     veterinarian have a website that you visited?
24 A  I never did, no.
25 Q  Okay. And has your wife shown you anything on

1     these websites?
2  A  No.
3          MS. BACA: Okay. All right. I'd
4     like to take a quick break, if you don't
5     mind --
6          THE WITNESS: Sure.
7          MS. BACA: -- just to kind of
8     re-collect my thoughts.
9          THE WITNESS: Okay.
10          MS. BACA: All right.
11          THE VIDEOGRAPHER: Going off the
12     record at 8:38.
13          (Recess taken.)
14          THE VIDEOGRAPHER: We're back on
15     the record at 8:47.
16 Q  Mr. Weaver, when were your dogs born?
17 A  January -- exact birth dates, they would -- well,
18     he was 11. So 11 years ago last -- he was born
19     in -- I want to say March, and Jill was right
20     about the same time, but she was a year younger.
21 Q  So was Jack born in 2008?
22 A  '8? No. It would be 2007, and then Jill would
23     have been 2008.
24 Q  And when was Prince Harry born?
25 A  2010.

1  Q  How old were your dogs when you bought them from
2     the breeder?
3  A  Eight weeks, I think we get them.
4  Q  Okay. So you purchased your dogs -- Jack first,
5     Jill about a year later, and two years after that,
6     Harry?
7  A  Mm-hmm.
8  Q  Do any of your dogs have any offspring?
9  A  No. One of the stipulations with the breeder is
10     you're not allowed to -- you're not allowed to
11     breed. I don't -- I don't stay in touch -- or we
12     don't stay in touch with people that would have
13     had offspring, the brothers and sisters, no. I'm
14     sure there are, but I don't know.
15 Q  Who is your breeder?
16          THE WITNESS: Bless you.
17          MS. PETERSON: Thank you.
18 A  Dichi.
19 Q  Could you please spell that.
20 A  D-I-C-H-I.
21 Q  And where is Dichi located?
22 A  Portage, Wisconsin.
23 Q  What are the names of the veterinarians that saw
24     your dogs when they started getting sick?
25 A  Jesse Sondel and then -- that was our vet, and

1  then the UW vet, I can't tell you what his name
2  is. We only saw him twice.
3 Q Have your three dogs visited any other vets
4  besides those two?
5 A Now, Prince -- we switched our vet to
6  Odyssey Clinic, which is a mile from our house.
7  And our vet, Jesse Sondel, was -- he does all of
8  the -- all of the -- I don't want to call it
9  prenatal. I -- it -- for the puppies. He's --
10  he's for our breeder. He does all of the
11  artificial insemination and all of that stuff. So
12  he works really close with our breeder.
13 Q Has Jesse ever recommended pet food for you?
14 A No.
15 Q Have you ever asked Jesse for his opinion on pet
16  food?
17 A I don't believe so, no.
18 Q How about the UW veterinarians?
19 A No.
20 Q Have they ever recommended pet food?
21 A No.
22 Q Have you asked them anything about --
23 A No.
24 Q -- Champion's dog food?
25 A No.

1 Q Had Odyssey Clinic given any recommendations for
2  dog food?
3 A No.
4 Q Besides the recommendation of your breeder, were
5  any other factors important to you when you
6  decided to buy Orijen?
7 A We would look at the label and try to decipher
8  through the chemical names what was in it, of
9  course, and we would look at the crude fat,
10  whatever, things like that just to see -- make
11  sure that we were giving them good, healthy food.
12  You know, I was kind of -- you know, when you
13  asked the questions about the chemicals earlier if
14  I knew what -- honestly, I don't search that
15  stuff, but it kind of -- it brought me back to the
16  memory of the commercial that was on TV recently
17  about water and when they had the water store in a
18  big city and they had people come in, and the
19  guy's going, "This water is really good. It's got
20  an acceptable amount of lead in it." And people
21  are going, "Well, I'm not going to drink that."
22  "Well, this one's got a little bit less, but it's
23  still" -- when you look at things for your dogs or
24  for yourself, if you don't know what's in there,
25  you're not going to not buy it. You know, you --

1  you're buying it because, one, we felt that it was
2  a premium -- a high premium dog food because of
3  the packaging, because of the cost, because of
4  what it says on the package being -- you know,
5  that it's made fresh basically. You get the
6  opinion that it's fresh and all good, not anything
7  else in it. So --
8 Q The information that you read was only on the
9  Champion packaging, correct?
10 A Yes.
11 Q Have you ever read any Champion brochures?
12 A I don't believe so, no. I don't think I've ever
13  seen a Champion brochure.
14 Q Have you ever read any other print materials from
15  Champion?
16 A No.
17 Q Have you ever attended a dog food trade show?
18 A Dog food trade show? No.
19 Q Okay. How many times approximately do you think
20  you've visited the Acana or Orijen website?
21 A Once, twice at the very most.
22 Q And when did you visit those?
23 A Just recently. Like I said, I -- I was just on it
24  yesterday.
25 Q Okay. So which Champion dog food diets did you

1  purchase for your dogs?
2 A Six Fish. Two of them were on that, and then Jack
3  was on -- I want to -- I get confused if it was
4  bison or it was a beef -- it was a meat, because
5  we couldn't do poultry or fish for him. So we
6  went to another.
7  MS. BACA: I'd like to mark this as
8  Exhibit 2.
9  (Exhibit No. 2 marked for
10  identification.)
11 Q Mr. Weaver, do you recognize this document?
12 A Yes.
13 Q Could you please familiarize yourself with it, and
14  when you're ready, please turn to page 6. If you
15  could turn your attention to the last sentence
16  above the word Interrogatory Number 6. Does that
17  refresh your memory as to which diets you
18  purchased for your dogs?
19 A Where was it? Up here? Oh, yep. That's it.
20 Q Could you please read it for the record.
21 A "The Orijen Six Fish and Orijen Regional Red.
22 Q Do you recall purchasing any other Champion dog
23  food diets beside those two you just mentioned?
24 A No.
25 Q Did you purchase any Acana diets?

1  A  Acana? No.
2  Q  So in total, to confirm, how many Champion dog
3      food diets did you purchase?
4  A  Names or how many bags? How many -- just those
5      two.
6  Q  How many diets.
7  A  Those two.
8  Q  Okay. When did you begin purchasing your Champion
9      dog food?
10 A  Probably a year -- like I said, after they were a
11     puppy, that's when we began getting them into
12     adult food.
13 Q  So you purchased Jack in 2007, correct?
14 A  Yes.
15 Q  Did you begin purchasing Champion dog food
16     in 2007?
17 A  No. As I said earlier, you feed them puppy for a
18     year. Then you feed them adult food. You wean
19     them into adult food.
20 Q  Okay. So approximately what year do you think he
21     began --
22 A  Approximately 2008.
23 Q  Okay. And do you recall when you stopped
24     purchasing Champion dog food?
25 A  When they were -- both died of cancer.

1  Q  Approximately what --
2  A  Last year.
3  Q  -- month and year?
4  A  Last year, May. We threw it all away, and we
5      bought new food.
6  Q  May of 2018?
7  A  Yes.
8  Q  So you stated that you threw away all of the dog
9      food in May of 2018?
10 A  Correct.
11 Q  How did you transition Prince Harry to the next
12     food that he started eating?
13 A  We would have transitioned by giving him a little
14     bit of the other food and this new food that we
15     switched him to --
16 Q  Okay.
17 A  -- for less than a week.
18 Q  I'd like to discuss how frequently you purchased
19     Champion dog food. How many bags did you buy per
20     month?
21 A  At least one bag of each per month. Probably
22     every three weeks.
23 Q  When you say, "one bag of each," do you mean one
24     bag of Six Fish?
25 A  Six Fish and one of the Regional Red. We would

1      buy the smaller bag of the Regional Red because we
2      only had one dog on that one. And you can't
3      combine the receipts. You have to have of the one
4      brand to get your free bag. So --
5  Q  You're talking about the Mounds loyalty program?
6  A  Yes.
7  Q  Okay. Do you recall how small the Regional Red
8      bag was, how many pounds it was?
9  A  I don't recall the weight. It was next level
10     down. We would buy the big bag of Orijen, and the
11     next bag down was the Regional Red.
12 Q  Okay. How did you find out that Jack had a fish
13     allergy?
14 A  He was itching.
15 Q  Did you take him to the vet?
16 A  Yes.
17 Q  What did the vet tell you?
18 A  He -- he actually did an allergy -- what are they
19     called? A blood marker or whatever, and told us
20     that he was allergic to poultry and allergic to
21     fish. So then we put him on a more strict diet of
22     beef, bison.
23 Q  Did the veterinarian recommend the beef and bison?
24 A  He didn't recommend the food, no. He just told us
25     not to feed him a fish base or poultry.

1  Q  Do you recall around what year it was that you
2      figured this out?
3  A  Probably that 2008. Sometime in late 2008.
4  Q  If you began purchasing Champion dog food in 2008
5      and later that year you found out that Jack was
6      allergic, approximately how long do you expect
7      that Jack was eating Champion's Orijen Six Fish?
8  A  Six Fish? Probably less than a year. Eight
9      months.
10 Q  How did you transition Jack from Six Fish to
11     Regional Red?
12 A  Gave him a little bit of the Six and then a full
13     cup of the Regional Red.
14 Q  How long did that take?
15 A  Not -- a week maybe.
16 Q  Okay.
17 A  You're not as concerned when you're transitioning
18     from a food to a different food as you are with
19     puppy to the different food.
20 Q  Understood. How much did you spend on your larger
21     Six Fish bag?
22 A  I want to say it was 108 bucks.
23 Q  And how much did the Regional Red cost?
24 A  I'm going to guess 84.
25 Q  How many times do you think you were able to get a

1   free bag from the Mounds loyalty program?
2 A If you did the math of three every three weeks, I
3   would say -- and you had to buy 12. 36 weeks.
4   Three times 12. 36 weeks.
5 Q So you think every 36 weeks, you received one free
6   bag?
7 A Free bag.
8 Q How many times a day did you feed your dogs?
9 A Twice.
10 Q And about what time of day?
11 A Every day. Every morning at 7:00 and at 4:00 in
12   the afternoon.
13 Q What was the amount that you fed your dogs?
14 A A full cup.
15 Q During the time period that your dogs ate
16   Champion's dog food, did they exclusively eat
17   Champion's dog food?
18 A Yes.
19 Q Did you ever feed them human foods?
20 A No.
21 Q How about treats?
22 A They would have had treats. Specific -- specific
23   holistic treats, little teeny treats that --
24   training treats. We're very particular. They
25   would not get rawhide because there's a lot of

1   arsenic in foreign rawhide that comes over. So we
2   would never buy rawhide for them.
3 Q Do you remember brand of the holistic treats?
4 A No, I don't.
5 Q Were there any other treats beside the holistic
6   treats?
7 A No.
8 Q How often did you feed them treats?
9 A When they were rewarded. When they would go
10   outside to go to the bathroom, and they got a
11   treat when they came in. She would take some with
12   when she goes to school. So -- to keep them
13   motivated so that, "I'm going to do good so that I
14   can have a treat."
15 Q All right.
16 A When we walked them on the square, we would have
17   some treats.
18 Q To confirm, once your dogs started consuming --
19   besides Jack, when Jill and Harry started
20   consuming the Six Fish, did they ever alternate
21   any of their diets?
22 A No. And we had containers -- separate containers
23   in that feeding station. It had a lid that opened
24   up, and we had separate containers that -- the
25   Six Fish was in here, and other one was in here,

1   the Red.
2 Q What were the containers made of?
3 A Plastic.
4 Q Did you store your dog food in anything else --
5 A No.
6 Q -- besides the plastic?
7 A Or the bag that they were in because they were --
8   the plastic is not big enough to hold the whole
9   bag. So then we would roll down the bag, seal it,
10   and put it in next to it.
11 Q What's your understanding for why Champion's
12   prices are set at what they're set at?
13 A Because of the quality and the expense that they
14   go through to make what we perceived as being
15   quality dog food.
16 Q What's the total amount you estimate you spent on
17   Champion's dog food?
18 A Wow.
19 Q You can ballpark it.
20        MS. PETERSON: Objection, calls for
21   speculation, but you can answer.
22 A Well, I mean, it's a calculation. Again, if you
23   figure 108 dollars times 12 times -- and then you
24   have to add in a couple extra -- probably 1,2-,
25   $1,400 for the Six Fish a year.

1 Q Mm-hmm.
2 A And the other one was probably 200, 300 hundred
3   less than that. So probably $2,500 times eight
4   years. What's that? 20 grand?
5 Q Where did you buy your Champion's dog food?
6 A Mounds Pet Food in Fitchburg. And like I
7   mentioned earlier, when they would run out, we
8   would have to find another Mounds to buy it at.
9 Q Would you only purchase at Mounds?
10 A Yes, because of the loyalty program. I -- if you
11   can save a hundred bucks, it's worth it.
12 Q Is Mounds a small chain?
13 A They're a regional -- I want to say they have six
14   or eight stores.
15 Q Okay. And you never bought the dog food directly
16   from Champion, correct?
17 A No.
18 Q Did you ever do any internet purchases of --
19 A No.
20 Q -- Champion dog food? Is Mounds only a brick and
21   mortar store? You can't purchase online?
22 A I honestly don't know. I've never -- we've never
23   purchased online from them. They may have one. I
24   don't know.
25 Q Did Mounds ever put Champion dog food on sale?

1  A  No, because of the loyalty program. And I
2      know they will special order things, Mounds does,
3      for it, because we special ordered custom leather
4      collars and leads for all three of them.
5  Q  Who in your household would purchase the Champion
6      dog food?
7  A  Either Susan or myself.
8  Q  Okay.
9  A  Usually we're always together because you can take
10     dogs in the store. The dogs go in. They meet
11     people. So we would take all three in at the same
12     time, make it an event.
13 Q  Do you have any friends or anyone else you know
14     that also buys Champion dog food?
15 A  No.
16 Q  Okay. Do you recall approximately how much the
17     puppy food was?
18 A  Price?
19 Q  Yes.
20 A  I -- no, it would be a guess -- a total guess if I
21     guessed at it.
22 Q  Okay. So when you stopped purchasing Champion dog
23     food around May 2018, when did you -- you started
24     making the switch to another dog food for -- for
25     Prince Harry, correct?

1  A  Mm-hmm.
2  Q  And what dog food was that?
3  A  We switched to Purina Focus Large Breed.
4  Q  If I'm correct, there's a couple different lines
5      that Purina has. Was there a specific one that
6      you remember? Is it for sports or health or
7      sensitive --
8  A  Pre -- no, it was Purina Focus Large Breed.
9  Q  And why did you pick this food?
10 A  I would say because we researched a little bit to
11     find out what was a good food, and I think she may
12     have talked to a breeder in Massachusetts.
13 Q  Do you recall what the breeder said?
14 A  I think she recommended it.
15 Q  Do you recall anything specific that she said?
16 A  No.
17 Q  Have you or your wife ever talked to a Mounds
18     employee about the dog foods that you have bought?
19 A  As far as what?
20 Q  Have you asked them their opinion on --
21 A  No.
22 Q  -- Champion dog food?
23 A  The only thing we would have asked is, "Okay.
24     You're out of it. When are you getting it in?"
25     If they couldn't tell us, search the other stores.

1      They would tell us, "It's in Sun Prairie, or it's
2      in Middleton," and I would call up and say, "Hold
3      a bag for me so I can come over and pick it up."
4  Q  Okay. Have you talked to a Mounds employee about
5      the Purina Focus?
6  A  No. The employees are pretty much young kids.
7      They don't know anything.
8  Q  Did the Mounds employees talk to you about Orijen?
9  A  No.
10 Q  Okay. When you said your wife did some research
11     into the Purina Pro Plan Focus, what
12     considerations were going into the research?
13 A  I'm sure she just looked at the ingredients to see
14     if what she knew of whether it was good food for
15     them.
16 Q  What makes a good food?
17 A  Looking at the nutritional guidelines that are on
18     the package.
19 Q  Are you familiar with AAFCO?
20 A  No.
21 Q  When you look at nutritional guidelines, do you
22     only look at what the bag is telling you?
23 A  Yes. 60 percent of the things of the ingredients
24     you can't understand anyhow.
25 Q  How much does your Purina food cost?

1  A  Six -- 68, I think it is.
2  Q  $68?
3  A  Yeah.
4  Q  What size bag are you buying?
5  A  42, I think it is. 42 pounds.
6  Q  What is the main ingredient or protein source in
7      the Purina food?
8  A  I couldn't tell you right now.
9  Q  Do you recall if it's a chicken based diet, beef
10     based?
11 A  I would say it's more beef than it's chicken.
12 Q  Can you describe the food to me? Is it a dry
13     kibble?
14 A  Yes. About that big.
15 Q  Okay. Is the food grain-free?
16 A  I believe it is.
17 Q  Was that a factor in your decision?
18 A  I think it is, yes.
19 Q  And why?
20 A  Just that we wanted more protein for them so they
21     could be stronger, and in our opinion, when you
22     see grain, you think it's just filler.
23 Q  Why did you stop buying Champion dog food?
24 A  We had two dogs that died of cancer, and it cost
25     me thousands of dollars.

1 Q Did you believe that the food was the source of
2    your dog's illness?
3 A Yes.
4 Q Why?
5 A Because that's not in our line. We talked with
6    the breeder. He insisted he didn't have cancer in
7    his line, and he's -- basically, we kind of said,
8    "It's got to be something they're eating. Throw
9    that dog food away and get something different."
10 Q Did the veterinarians ever mention the foods as a
11   cause?
12 A No.
13 Q Did you ask the veterinarians?
14 A I don't know if we did or not, to be honest with
15   you. We were going through a tough time at that
16   time.
17 Q Were tests ever run on the dog food?
18 A No.
19 Q Did you search whether Purina's dog food has heavy
20   metals in it?
21 A No. I wouldn't think anybody would ever put heavy
22   metals in dog food.
23 Q Are you aware of a lawsuit in the Northern
24   District of California called Lucido versus Nestle
25   Purina?

1 A No.
2 Q Did you know that that lawsuit was suing Purina
3    because that has some heavy metals in the dog
4    food?
5 A No, I did not.
6        MS. PETERSON: Objection,
7    irrelevant.
8 Q Did you research whether Purina had BPA in its dog
9    food?
10 A No.
11 Q Did you research whether Purina has pentobarbital
12   in its food?
13 A No. Why would anybody put that in a dog food?
14 Q Besides your breeder's recommendation, were there
15   any other recommendations or considerations that
16   led you to Purina?
17 A No.
18 Q How do you believe the Purina differs from the
19   Champion dog food?
20 A We believe it's not going to make them sick and
21   die of cancer.
22 Q And why do you believe this?
23 A Because we had two dogs die of cancer, and they
24   were eating that food specifically for their whole
25   life basically other than puppy.

1 Q Why do you believe that Purina is different?
2 A Because we had to give another -- I'm not going to
3    give Orijen an opportunity to kill another dog.
4    So we changed just like anybody would do.
5 Q Have you compared the nutritional value of the
6    Purina food to the Orijen?
7 A No.
8 Q Do you know if the label on the Purina food
9    mentioned anything about heavy metals?
10 A I couldn't tell you.
11 Q Do you know if the Purina label mentioned anything
12   about BPA?
13 A I couldn't tell you.
14 Q Was there anything on the packaging of the Purina
15   that led you to purchase it?
16 A Just the -- looking at the ingredients on the
17   packaging and the reading the recommendations.
18 Q Is Prince Harry eating anything else besides the
19   Purina right now?
20 A No.
21 Q How about the treats?
22 A The same treat.
23 Q Do you ever cook at home for Prince Harry?
24 A Cook for the dog? No. And we don't do any raw.
25   We would never do any raw or anything like that,

1    other types of food, no.
2 Q Why not?
3        MS. PETERSON: Objection,
4    relevancy.
5 Q You can still answer the question.
6 A Because we don't cook for the dogs. I mean, it's
7    hard enough to cook for us.
8 Q Okay.
9 A Now, if they had a to-go restaurant for a dog, my
10   wife would probably say, "Hey, get a to-go dinner
11   for the -- Prince Harry."
12 Q So you mentioned your feeding station was custom
13   built?
14 A Mm-hmm.
15 Q The cylinder tubes, I imagine, that holds the
16   kibble, is that made of plastic?
17 A The bin that we put the kibble in, the less -- the
18   two smaller bins are underneath in there. Yes.
19 Q And when it comes out in the bowl --
20 A No.
21 Q What's the bowl made of?
22 A No. They're in bins. They've got a lid on it.
23   We have a metal scoop, and we scoop it into their
24   stainless dish.
25 Q Okay.

1 A And my wife washes their dishes every night. I
2 look at her. I say, "You know they're dogs?" She
3 said, "They won't like to eat out of that."
4 "Okay." So she puts the dishes in the dish
5 washer, and she runs it every night and cleans it
6 for them.
7 Q That's great. Have you ever experienced any of
8 the following issues in any of your Orijen diets
9 that you have purchased? You can just answer yes
10 or no.
11     Any plastic ear tags?
12 A No.
13 Q Any chunks of plastic pieces?
14 A No.
15 Q Any piece of metal?
16 A No.
17 Q Any hair?
18 A I -- if I did, I would say it was golden hair, but
19     I -- no.
20 Q Any mold?
21 A No. We --
22          MS. PETERSON: Objection, relevance
23     as to -- these issues were not in our
24     complaint, but you can go ahead and answer.
25 Q Any mice?

1 A Mice? No.
2 Q Any insects?
3 A No.
4 Q How about a spray bottle?
5 A No.
6 Q A glove?
7 A No.
8 Q Any other foreign objects?
9 A No.
10 Q Have you ever heard of anyone else who had a
11 foreign object in their dog food?
12 A No. If I had a foreign object in the dog food, I
13 would question the reliability of the
14 manufacturer, and I would stop buying from them.
15 Q But this never happened to you?
16 A Never happened to me.
17 Q Off the top of your head when you're looking at
18 the Champion Orijen bags, were there any
19 statements on the bags that stood out to you when
20 you went to buy it?
21 A Just that it was made of -- I thought, "Six Fish.
22 These Six Fish, and it's fresh daily." We were
23 going, "Wow, that's why it's so expensive. Okay.
24 It's got to be good for them."
25     So on the back of the label -- can I ask a

1 question? Does it specifically say that heavy
2 metals are in them? I mean, any breeder -- or any
3 dog food, does it specifically say, "Ingredients"
4 contains heavy metal," or do they hide it in
5 another term.
6 Q Sorry I --
7 A Or do you not want to answer?
8 Q I have to ask the questions today.
9 A Okay. That's fine.
10 Q Do you believe heavy metals were added as an
11 ingredient in Champion dog food?
12 A I don't know how - if they're added, if they're
13 not added, but you keep asking about BPA,
14 phenobarbital (sic), and heavy metals; and I don't
15 understand why that question would arise. Why
16 would anybody put that in any food for a pet?
17 Q Can you review the complaints before they were
18 filed, Mr. Weaver?
19 A Yes.
20 Q And do you recall that you're suing because you
21 believe heavy metals, BPA, and pentobarbital are
22 in the food?
23 A Yes.
24 Q So how do you believe the heavy metals get into
25 the food?

1 A I -- I have no idea. I'm not a chemist. I'm not
2 at your plant.
3 Q How do you believe the BPA gets into the food?
4 A Same answer.
5 Q And how do you believe the pentobarbital gets in
6 the food?
7 A Same answer.
8 Q Why did you think heavy metals, BPA, or
9 pentobarbital is in the food?
10 A There's -- because that's -- I understand it's got
11 to be something that's causing the cancer.
12 Q How did you first hear about heavy metals being in
13 the food?
14          MS. PETERSON: Objection to the
15     point of it getting into attorney/client
16     privilege as to certain -- yeah, as to
17     discussions about the case and the nature of
18     this case, but go ahead and answer.
19 A I -- honestly, I can't recall why.
20 Q So -- okay. What is pentobarbital? What's your
21     understanding?
22 A A euthanasia drug, something. I don't know. I'm
23     not a chemist.
24 Q Understood. All right. Let's look at some of the
25     bags that you purchased, some images of the

1  packaging. I'm going to --
2           MR. COULSON: Probably a good time
3  for a break.
4           MS. BACA: You want to do a break?
5  Okay. We're going to take a break. Is that
6  all right?
7           THE WITNESS: Take a break.
8           MS. BACA: Thank you.
9           THE VIDEOGRAPHER: Going off the
10 record at 9:22.
11          (Recess taken.)
12          THE VIDEOGRAPHER: We're back on
13 the record at 9:29.
14 Q  I'd like to introduce another exhibit. This will
15 be Exhibit 3.
16          (Exhibit No. 3 marked for
17          identification.)
18 Q  Please take your time to look over the document.
19 And please let me know when you're ready.
20 A  Okay.
21 Q  Now that you have reviewed all 75 pages of the
22 second amended complaint, does this appear to be
23 an accurate copy?
24 A  Yes.
25          MS. PETERSON: Objection to the

1          narrative.
2          Go ahead.
3  Q  Did you review the original complaint before it
4  was filed?
5  A  Yes.
6  Q  Did you review the first amended complaint before
7  it was filed?
8  A  Yes.
9  Q  And did you review the second amended complaint
10 before it was filed?
11 A  (No audible response.)
12 Q  I'd like to just go over the purchase dates with
13 you just because I might have misunderstood you.
14 If you could please turn to page 10 of the second
15 amended complaint to paragraph 20. I'm going to
16 read the second sentence. Please let me know if
17 I've read it correctly.
18     "Plaintiff Weaver purchased the contaminated
19 dog foods approximately once a month on average
20 between approximately January 2007 and
21 October 2017 generally from Mounds Pet Food Store
22 in Fitchburg, Wisconsin."
23 A  What page are you reading from?
24 Q  I'm on page 10 in paragraph 20.
25 A  Oh, down here? Okay.

1  Q  Did I read that sentence correctly?
2  A  Correctly. This October date, I think, is wrong.
3  Q  So when we -- when we were discussing earlier, did
4  you mean to say that you began purchasing the pet
5  food in 2007, or what is the correct date?
6  A  The end date would have been 2018, not 2017. It
7  would have been Oct -- it wouldn't have been
8  October. It would have been either April or May
9  '18.
10 Q  Okay. Can we go back to Exhibit 2. And if you
11 could turn to page 5, please. I'm going to read
12 the last sentence of the response to interrogatory
13 number 4, which says, "Subject to the foregoing
14 objections, Plaintiff states that he fed Champion
15 dog food to his dogs beginning in January 2007
16 until approximately October 2017."
17     Did I read that correctly?
18 A  You read it correctly, and I previously said that
19 I think it was April or May of 2018.
20 Q  Can you please turn to page 13 of the
21 interrogatories.
22 A  This document?
23 Q  Yes. Is that your signature, Mr. Weaver?
24 A  Yes, it is.
25 Q  Attesting to the truth of the answers --

1  A  Yes, it is.
2  Q  -- within here?
3     Why do you now think that the end date of
4  your purchases were incorrect?
5  A  Because it was after they died, and I must have
6  put down the wrong date.
7  Q  So what -- were you a member of the class that is
8  in the Central -- the original class from the
9  Central District of California case that's now the
10 Reitman case?
11 A  I honestly don't know.
12 Q  Okay.
13          MS. PETERSON: I would say put the
14 complaint in front of him, and he'll see. He
15 -- he's not a lawyer. He's not going to --
16          MS. BACA: Mm-hmm --
17          MS. PETERSON: -- probably
18 understand that question.
19 Q  So are you testifying today, Mr. Weaver, that the
20 sworn information in your interrogatory answers
21 were incorrect?
22 A  I'm saying that the date I may have been mistaken
23 on, correct.
24 Q  What was the exact date that you last purchased
25 Champion dog food?

Case 2:18-cv-01996-JPS    Filed 03/03/20    Page 19 of 52    Document 151-1

1 A   I'm going to say April/May 2018.
2          MS. PETERSON: Objection, asked and
3      answer, and he said he's unclear.
4 Q   So, Mr. Weaver, we've -- we would like to get some
5      information from Mounds Pet Food, and one of the
6      things that they've asked for us to confirm
7      whether it was your purchases were the last four
8      digits of your credit card. Could you provide
9      those to us, and we will mark this as
10     confidential?
11 A   Of my credit card? Sure.
12 Q   Yes.
13          MR. COULSON: Yeah. We can do that
14     through Counsel.
15          MS. BACA: Through Counsel.
16          MS. PETERSON: Yeah, that's fine.
17          MR. COULSON: And it could be his
18     wife's credit card for all we know. Whatever
19     credit cards were used to make the purchase
20     at Mounds. Mounds requires last four digits
21     to search in their system.
22          MS. PETERSON: Well, and they're
23     likely a joined account, credit cards. And I
24     will say that both counsel cannot be taking
25     the deposition here.

1 Q   Mr. Weaver, what led you to hiring counsel to file
2      this lawsuit?
3 A   When we started searching after the dog -- the
4      dogs died or thereabout before that when they died
5      of the cancer, we started looking online and saw
6      an action. So then we contacted them.
7 Q   You started looking for what specifically? What
8      searches were you looking for?
9 A   Looking for the food to see if there was searches
10     on bad food possibly for Champion Orijen Six Fish.
11 Q   Okay. And --
12 A   And Regional Red.
13 Q   And these searches led you to Ms. Peterson?
14 A   Yes.
15 Q   Beside your online searches, were there any other
16     word of mouth or any other information?
17 A   No.
18 Q   Okay. All right. I'd like to intro -- do you
19     remember the date that you brought Jill to the
20     emergency room because of her cancer?
21 A   The exact date, I couldn't -- April -- I can get
22     it for you. I can't recall the exact date.
23 Q   Okay. That's all right. All right. I'd like to
24     mark an exhibit as Exhibit 4. This is an image of
25     the Regional Red dog food that you had purchased

1          MR. COULSON: I'm not asking
2      questions. I'm just trying to --
3          MS. PETERSON: You're directing her
4      with questions.
5 Q   Mr. Weaver, are you purchasing your Purina dog
6      food also at Mounds?
7 A   No.
8 Q   Where are you --
9 A   Not always. I shouldn't say that. Sometimes we
10     do; sometimes we don't.
11 Q   When you are not purchasing the Purina at Mounds,
12     were you purchasing it?
13 A   PetSmart.
14 Q   Are you purchasing at a brick and mortar PetSmart
15     or online?
16 A   Brick and mortar.
17 Q   Are those only two locations?
18 A   Yes.
19 Q   Which PetSmart location are you purchasing from?
20 A   West Madison.
21 Q   Is that the only PetSmart that you have gone to?
22 A   Yes.
23 Q   Are you going to only the Mounds Fitchburg, or are
24     you going to several different Mounds stores?
25 A   That's the only store that I go to now.

1      for Prince Harry. I have images the size of the
2      bag, but if for any reason you cannot read it, I
3      have larger printouts. So please let me know if
4      you would like a larger copy.
5          (Exhibit No. 4 marked for
6          identification.)
7 A   That was a misstatement. This was for Jack. It
8      was not for Prince Harry.
9 Q   Oh, thank you. Thank you for correcting that.
10     There you go, Mr. Weaver. Does this bag look
11     similar to the bags you purchased?
12 A   Yep.
13 Q   I'd like to direct your attention to the top left
14     front of the bag. It's going to be in a red
15     rectangle, and there's a statement there that says
16     "Nourish as nature intended." Do you see that?
17 A   Mm-hmm.
18 Q   What does that phrase mean to you?
19 A   That it's natural food, and it's good, nutritional
20     food for the dog.
21 Q   Is this something that you read before you
22     purchased the dog food?
23 A   I would say that I read the front of the bag. Did
24     I read each word and memorize it? No, but --
25 Q   Do you have any basis to dispute that the dog

1      food -- the Orijen Regional Red is not nutritious?

2   A  That it's not nutritious?

3   Q  Mm-hmm.

4   A  I -- from looking at this, it looks like it's a

5      hundred percent nutrition.

6   Q  Okay. Now going down the front, let's move down a

7      little bit towards the middle. Do you see the

8      statement here that says, "Made with regional

9      ingredients delivered fresh or raw daily"?

10  A  Yes.

11  Q  What does the phrase "raw" mean to you?

12  A  That the product was fresh and raw before it was

13      produced into the dog food, whatever they do to

14      produce it into dog food.

15  Q  And when a meat is raw, does that include putting

16      a meat on ice to keep it raw?

17  A  I would hope they would refrigerate it.

18  Q  Okay. And how about the word "fresh"? What makes

19      something fresh?

20  A  That it's not been sitting around and getting

21      moldy and stale.

22  Q  Did you read the phrase that the ingredients are

23      delivered fresh or raw before you purposed the dog

24      food?

25  A  Yes.

1   Q  Was this important to you?

2   A  That it was fresh, yes.

3   Q  Why?

4   A  Because I don't want to feed my -- I mean, if

5      we're buying bags that are sealed so that there's

6      no air in it, we're concerned that other things

7      can get in it.

8   Q  Okay. So continuing on the front of the bag,

9      let's direct our attention now to a logo on the

10      right that says "FD." Do you see that?

11  A  FD?

12  Q  A little bit higher. Right there.

13  A  Okay. I don't see FD anywhere.

14          MS. PETERSON: Yeah, I don't see

15      that.

16  Q  It's a black icon on the right in a hexagon-type

17      shape.

18  A  These guys here?

19  Q  Yes.

20  A  Okay. Okay.

21  Q  All right. So I'm going to read underneath it.

22      It says, "Freeze dried tripe infused for natural

23      flavor."

24      Did I read that correctly?

25  A  Yes.

1   Q  And do you recall seeing on the bag that freezing

2      processes were used in the making of this dog

3      food?

4   A  I do not recall that, no.

5   Q  Okay. Would the fact that freezing was used,

6      would that be a problem for you?

7   A  Wouldn't be a problem for me, no.

8   Q  Okay. I'm going to introduce another exhibit.

9      It's going to be the other dog food. So this will

10      be Exhibit 5.

11          (Exhibit No. 5 marked for

12          identification.)

13  Q  Here you go, Mr. --

14          MS. PETERSON: I just want to see

15      what exhibit number this is. Sorry. I just

16      want to mark these for myself.

17  Q  Does this look like the bags you purchased for

18      your dogs?

19  A  Yep.

20  Q  Can you please turn your attention to the second

21      page, which is an image of the back of the bag.

22      If you can direct your attention about

23      three-fourths of the way down, you'll see some

24      little cartoon images of different fish. Do you

25      see where I'm pointing to?

1   A  Yes.

2   Q  Okay. And I'm going to read a phrase. It says,

3      "This 13-pound package of Orijen is made with over

4      11 pounds of fresh, raw, or dehydrated fish

5      ingredients." Did I read that correctly?

6   A  Yes.

7   Q  And does the -- the word "raw" mean anything

8      different in the context of fish to you?

9   A  No.

10  Q  Okay. Does Champion represent anywhere that a

11      hundred percent of its ingredients are fresh?

12          MS. PETERSON: Objection, calls for

13      speculation.

14  A  It doesn't say that, no.

15  Q  Okay. Does it say anywhere that a hundred percent

16      of these ingredients are raw?

17  A  It does not say that a hundred percent of the

18      ingredients are raw.

19  Q  Okay. So now let's move our -- our attention a

20      little bit lower down on the bottom left little

21      square. It says, "Whole prey diet." Do you see

22      that?

23  A  Yes.

24  Q  And underneath that, it says, "Fish, organs, and

25      cartilage." Did I read that correctly?

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 21 of 52   Document 151-1

1 A  Yep.

2 Q  Did you review the concept of whole prey? Did you

3     see that before you purchased the dog food?

4 A  I wouldn't have gotten that precise, no. I looked

5     at things like "biologically appropriate dog food"

6     and that it's fresh and, I mean, all the little

7     niche words, "kitchens." So I think of a person

8     with a little chef's hat on in a kitchen, not --

9     not a factory slopping whatever through it. So --

10 Q  Do you have any reason to think that the food or

11    the ingredients to make the Orijen food were not

12    fresh?

13 A  Do I have? No. It's telling me that everything

14    is fresh.

15 Q  Do you believe otherwise?

16 A  I didn't believe otherwise, no.

17 Q  How about now after your experience purchasing

18    it --

19 A  Yes.

20 Q  -- for ten years?

21 A  Now even after listening to you talk about

22    13 pounds and 11 pounds of fresh -- okay. In my

23    mind, what's the other two pounds? You know,

24    so --

25 Q  So why don't you think the food is fresh?

1 A  Because it's -- first of all, you've got two

2     pounds of something that's not fresh in there, and

3     I didn't even notice that on the package before.

4 Q  Okay.

5              MS. PETERSON: Objection to the

6     point also that Six Fish pack -- packaging

7     changed throughout the years, and he bought

8     the pet food for over ten years. So this may

9     not be the exact package that he saw when

10    purchasing the food.

11             THE WITNESS: That is true, because

12    this is more of an updated package. I'm sure

13    it is.

14 Q  Okay. Let's turn to the front of this bag. Right

15    in the dead middle, it says, "Biologically

16    appropriate." How do you define biologically

17    appropriate?

18 A  Means that it's good, healthy food for my dogs.

19    It's made with only six fish. I was told that

20    there are specific times of the year that they

21    can't even get all six fish, so they stop

22    producing it.

23 Q  Is there any reason for you to think that the food

24    is not biologically appropriate?

25 A  No, because it's telling me that it is, and I

1     trusted them.

2 Q  Do you believe otherwise at this moment?

3 A  At this moment, yes.

4 Q  Why?

5 A  Because I feel that it created the cancer that

6     killed my two dogs.

7 Q  Do you have any reason to believe it created the

8     cancer other than your own gut opinion?

9 A  I have not got actual medical proof, no.

10 Q  Okay. I'm going to introduce an exhibit, 6.

11             (Exhibit No. 6 marked for

12             identification.)

13 Q  Does this look like another iteration of the

14    Six Fish diets that you purchased?

15 A  Yes.

16 Q  Okay. So I'd like to -- where's my -- did I --

17             MS. PETERSON: Exhibit 6? Is that

18    what's on the --

19             MS. BACA: Did I accidentally give

20    you my copy? It's marked at the --

21             MS. PETERSON: Oh, yeah. Did she

22    give you two?

23             THE WITNESS: No.

24             MS. PETERSON: If you need this,

25    you can have it. I just -- I can share with

1     him, but I did already write "6" on the

2     corner.

3             MS. BACA: That's all right. I'll

4     give it back to you. I'm sorry. I must have

5     lost my copy.

6 Q  Okay. I'd like to correct your attention to the

7     second page, please. At the very top, it says,

8     "Biologically appropriate food." Do you see that?

9 A  Yes.

10 Q  And does it say, "Here at Champion, our mission is

11    clear and strong. We make biologically

12    appropriate dog and cat foods."

13    Did I read that correctly?

14 A  That's what it says.

15 Q  Okay. Is there any reason to think that this

16    mission was not accomplished at Champion dog food?

17 A  Since the death of my two dogs, in my opinion,

18    there is.

19 Q  Okay.

20 A  And this the actual back of the package? I would

21    have never -- never read that much information in

22    my life. So --

23 Q  Okay. Let's go back to what was marked as

24    Exhibit 4, which is the Regional Red. And let's

25    go back to the five little icon logos on the --

1  A   Yes.
2  Q   -- bottom. Do you see the one all the way on the
3       far left that says "BA"?
4  A   Yes.
5  Q   And underneath it, it says, "Biologically
6       appropriate. Protein-rich, carbohydrate limited."
7       Did I read that correctly?
8  A   Yes.
9  Q   And did you review this phrase before purchasing?
10 A   I would say, no, I didn't get into that fine
11      print, no.
12 Q   Was food that was high in protein and low in carb
13      something that you were interested in purchasing?
14 A   We looked for protein. Carbs doesn't bother me.
15      "Biologically appropriate" is the click word that
16      made me think that this is good, nutritional food.
17 Q   Okay. How about the ingredient panel on the
18      second page? Did you also review the ingredients
19      before you bought the food?
20 A   I reviewed it, but I wouldn't have -- no, you -- I
21      don't -- any chemical names -- this don't have any
22      chemicals in it. So I don't know -- you know, I
23      reviewed the ingredients, yes.
24 Q   Sorry. Can you clarify. What doesn't have
25      chemicals in it?

1  A   Well, I guess I -- the way food is nowadays and
2       pet food, they have other things that are in the
3       mix that I don't understand how they get in there.
4       So if this is exactly what's in the bag, that's
5       what you're telling me is exactly in the bag.
6  Q   Can you please clarify whether you read the
7       ingredient panel before purchasing the food?
8  A   I wouldn't have read it totally, no.
9  Q   Okay. And I -- I know I asked you earlier, but
10      you said -- to confirm, you're not aware of the
11      American Association of Feed Control Officials,
12      which stands for the AAFCO?
13 A   No. I don't know who that is. Never heard of it.
14 Q   Are you familiar with any definitions or defined
15      terms for ingredients or on packaging?
16 A   No.
17 Q   Okay. Did you read below the ingredient panel the
18      guaranteed analysis discussing the percentages of
19      fat and protein?
20 A   We would have looked at that, yes.
21 Q   And how about underneath that, caloric content?
22 A   Probably not getting down into that.
23 Q   Okay. So let's go back to Exhibit 5, which is the
24      Six Fish. What does the phrase -- when is
25      something regional?

1  A   When it's made within a certain geographical
2       region, and the product or ingredients are sourced
3       regionally.
4  Q   Is New England regional to you?
5  A   New England? Yes.
6            MS. PETERSON: Just to clarify, are
7       you saying to Wisconsin or to
8       DogStar Kitchens?
9  Q   Okay. Let's ask both. Is New England regional to
10      Wisconsin?
11 A   Regional to Wisconsin? No.
12 Q   Is it regional to Champion's DogStar Kitchen in
13      Kentucky?
14 A   I would say, no, because it's -- Kentucky isn't in
15      the same region as New England.
16 Q   And at your first gut, you did say that it was
17      regional. Why did you think at first it was
18      regional?
19 A   Because it's a region of the country.
20 Q   Okay. So does it meet your definition of
21      regional?
22 A   It's a -- New England is a region of the country.
23      Yes, my definition would be that it's a region of
24      the country.
25 Q   Okay. Let's read a sentence on the front of this

1       bag. It's in a -- a black area underneath this
2       red rectangle. It says, "New England's vast
3       Atlantic waters are source of inspirational -- or
4       a source of inspiration, excuse me, and fresh,
5       regional fish."
6  A   Okay.
7  Q   Did you read that before you bought the bag?
8  A   We knew that it was sourced in New England and the
9       fish were from that area, yes.
10 Q   And did you take issue with the fact that it was
11      sourced in New England?
12 A   No.
13 Q   Did you like that it was sourced in New England?
14 A   Yes.
15 Q   Why?
16 A   Because it's fresh. That's where the fish are.
17      If they came to me and said, "We sourced our fish
18      in Kentucky next to our kitchen," I would say,
19      "You got carp or something in there. You don't
20      have fresh New England fish."
21 Q   That makes sense. Is the Atlantic, in your
22      opinion, the most regional ocean to the Kentucky
23      kitchen?
24 A   I suppose it would be. It's closest.
25 Q   Okay. So let's turn to the back of the bag. On

1 the top right-hand side, you're going to see three
2 little icons, and I'm looking for one that kind of
3 looks like a little house.
4 A  Okay.
5 Q  Underneath it, it says, "Never outsourced." Do
6 you see where I'm looking at?
7 A  Yes.
8 Q  Okay. I'm going to read a sentence now. It says,
9 "Prepared exclusively in our DogStar Kitchens. We
10 don't make foods for other companies, and we don't
11 allow our foods to be made by anyone else."
12       Did I read that correctly?
13 A  You read it correctly.
14 Q  Did you review this area of the bag before you
15 bought the food?
16 A  Probably not.
17 Q  Okay. And what does the concept of "never
18 outsourced" mean to you?
19 A  It means that they make it themselves, and they
20 don't make it -- have somebody else make it for
21 them in a big mill somewhere.
22 Q  Do you think this phrase applies to the finished
23 food product?
24 A  Yes.
25 Q  Is the fact that the food is not outsourced

1 important to you?
2 A  I want the people that say they're producing it
3 produce it, yes.
4 Q  Do you have any reason to believe that Champion
5 did outsource its food product?
6 A  I have no idea. Doesn't say that on their
7 packaging.
8 Q  Okay. Let's move now to -- a little bit to the
9 left. I'm looking at the last sentence of a
10 larger paragraph here on the top.
11 A  Okay.
12 Q  And it says that, "Prepared exclusively in our
13 Kentucky DogStar Kitchens. Award-winning Orijen
14 is guaranteed to keep your dog healthy, happy, and
15 strong." Did you review that before purposing?
16 A  I'm sure I would have read that.
17 Q  And does "happy, healthy, strong" mean something
18 to you, or is it important to you at all?
19 A  Of course.
20 Q  So let's go down now to the very bottom. It's
21 going to be to the right of that whole price
22 section we already talked about.
23 A  Okay.
24 Q  And it's a little rectangle here that starts with
25 a logo, RF.

1 A  Yep.
2 Q  So I'm going to read a sentence now. It says,
3 "Orijen features fresh, raw, or dehydrated fish
4 ingredients minimally processed at lower
5 temperatures from wild-caught fish that are deemed
6 fit for human consumption prior to inclusion in
7 our foods." Did I read that correctly?
8 A  Yes.
9 Q  Did you read that paragraph before you purchased
10 the dog food?
11 A  I would have probably read the bigger lettering,
12 maybe not down to that smaller print.
13 Q  Okay. Is Champion -- had Champion anywhere
14 implied that its finished kibble is fit for humans
15 to eat?
16            MS. PETERSON: Objection. Not at
17     issue in this case.
18 A  If I would have read this, it says, "Fit for --
19 deemed fit for human consumption." It doesn't say
20 finished -- correct.
21 Q  It's talking about the fish; is that what you're
22 saying?
23 A  Correct, but your still looking at it and saying,
24 "Geez, this is good stuff. It's fit for humans.
25 Q  Does the bag -- now that I think we've gone over a

1 lot of square footage of this bag, is the bag
2 saying anywhere that the food is heavy metal-free?
3 A  I don't see that on here, no.
4 Q  Is the bag saying anywhere that it's BPA-free?
5 A  No.
6 Q  Does the bag anywhere say that it is toxin-free?
7 A  No.
8 Q  Okay.
9 A  In my opinion, fresh sourced product wouldn't have
10 all that stuff in it, but I'm not a biologist.
11 Q  Are you aware that heavy metals occur naturally in
12 our environment?
13 A  Yes.
14 Q  And how did you learn that?
15 A  Just -- I don't know. Reading it somewhere.
16 Q  So if you agree that heavy metals occur naturally,
17 is your -- is it your opinion that Champion's food
18 is still natural?
19 A  I thought it was natural, and that's the way I --
20 that's why we bought this product for our dogs.
21 Q  In your lawsuit, are you saying that Champion has
22 added metals to its dog food?
23 A  I guess my whole thing is that if a producer is
24 saying that it's biologically sourced and that
25 it's appropriate for my dog, that they would have

1  done testing to prove that it's not in there. I'm
2  not saying that -- you know, all I know is if it's
3  in there, I'm not saying that somebody
4  intentionally did it, but they should have done
5  testing to say, "Whoa, wait a minute. We can't
6  put this in there. This has got this -- a level
7  of this in there," anything that shouldn't in
8  there.
9  Q  Are you aware that Champion does routine testing
10    of their ingredients?
11  A  Oh, I would assume they would.
12  Q  Okay. In your opinion, is there a level or amount
13    of the molecules of heavy metals that would be
14    okay for your dog or still make the food
15    biologically appropriate?
16  A  No.
17  Q  Why not, if you think it's naturally occurring?
18  A  I'm going to go back to that same commercial that
19    I said before on the water. I mean, if you tell
20    somebody that it's got lead in it, they're not
21    going to drink it. They're going to say, "I don't
22    want water with lead in it."
23        If you told me, "Here, have this can of
24    Diet Coke, but it's got heavy metals in it," it
25    might only have two pieces or it might have 50.

1  Are you going to drink it? No. I'd switch to
2  Pepsi, even though I hate Pepsi.
3  Q  But what if Pepsi also had lead in it?
4  A  Then I would say be silly and drink water like my
5    wife wants me to.
6  Q  So is it your understanding that Champion's adding
7    BPA to its food?
8  A  Like I said before, I'm not saying that anybody is
9    adding it, but if they did testing and it was
10    sourced and found in it, they should have
11    logically said, "How can I get this out of this
12    food," not just let it go through the line.
13  Q  How do you think the BPA gets in there? What's
14    your understanding?
15        MS. PETERSON: Objection, calls for
16    speculation and expert opinion.
17  A  I have no idea how their -- what their facility
18    looks like. In my opinion from reading this, it's
19    a sanitary Kentucky kitchen with little chefs
20    preparing my dog's food.
21  Q  In your opinion, would there be a level or amount
22    of BPA molecules that would still make the food
23    biologically appropriate?
24  A  No.
25  Q  Is your position that there should be not even one

1  part per billion of BPA in the food?
2  A  Correct.
3  Q  And is it your position that there should be not
4    even one molecule of heavy metals in your food?
5  A  Correct.
6  Q  And when I say "heavy metals," I want to make sure
7    that you and I are on the same page. I'm talking
8    about the four that are at issue in the complaint,
9    which are arsenic, cadmium, and lead. Is that
10    your understanding --
11  A  Yes.
12  Q  -- as you answer these questions?
13  A  Yes.
14  Q  Thank you. Are you aware of any scientific
15    guidelines or standards for heavy metals in dog
16    food?
17  A  No.
18  Q  Have you read any European Union standards
19    regarding heavy metals in dog food?
20  A  I thought in one of these documents, it mentioned
21    European something in it, but other than that, no.
22  Q  That's correct. It is in your complaint.
23        What is your goal by bringing this lawsuit?
24    What do you hope Champion will do?
25  A  Be honest with the consumers and state what's in

1  the product --
2  Q  How would --
3  A  -- correctly.
4  Q  -- they do that?
5  A  Well, put a stamp on that says, "May contain heavy
6    metals. May contain BPA. May contain this." Let
7    the consumer look at it and say, (descriptive
8    noise), I'm not buying it."
9  Q  If the disclosure were on the Champion's
10    packaging, would that have made a difference to
11    you?
12  A  It would have to be placed in a logical spot.
13    More than likely they would have put it in small
14    print in the back corner where somebody would look
15    at it and go, "Oh, I didn't read that." That's
16    the way people do it.
17  Q  When did you first become aware that Champion pet
18    food might contain pentobarbital?
19  A  When we started discussing the case with our
20    counsel.
21  Q  You don't need to tell me what you discussed with
22    counsel. Okay?
23        Why do you think pentobarbital is bad for
24    your dog?
25  A  Because it's not an appropriate biologically thing

1    for my dogs or for me as a person; and again, I
2    feed my dogs what we think is the best.
3 Q  Is it your understanding that pentobarbital is
4    present in every Champion pet food diet?
5 A  I haven't -- I have no information about all your
6    other pet food. I'm only concerned about the two
7    that I fed my dogs.
8 Q  Do you believe that pentobarbital was in the
9    Six Fish and the Regional Red?
10 A Yes.
11 Q What are your views on the FDA?
12 A The FDA? I would say the FDA is --
13            MS. PETERSON: Objection,
14    relevancy, but go ahead.
15 A I would say the FDA is a good body that should be
16    sourcing -- or -- identifying problem areas.
17 Q If the FDA made a decision that a food doesn't
18    need to be recalled, would you trust that
19    decision?
20 A If the DFA says it doesn't need to be recalled?
21    No, probably not. I would want to do more check
22    into it.
23 Q What additional checking into it would you do?
24 A I would probably go on the internet, start
25    sourcing and seeing what other people are saying

1    about it.
2 Q  Whose opinion would you value over the FDA?
3 A  Other organizations, professionals. I would want
4    to see what people say.
5 Q  Could you name some organizations?
6 A  No.
7 Q  Could you name some professionals?
8 A  No.
9 Q  If a highly sophisticated instrument could not
10    detect the presence of the pentobarbital, would
11    you think that that food is safe?
12            MS. PETERSON: Objection.
13 A If they told me it wasn't in there, then I would
14    agree with them, but I don't know what a highly
15    sensitive instrument is, no.
16 Q Do your dogs have any chew toys?
17 A Chew toys? Yes.
18 Q What are they made out of?
19            MS. PETERSON: Objection,
20    relevancy.
21            Go ahead and answer.
22 A I would say if you looked at them, they're -- the
23    majority of them are made out of rope or material
24    with squeakers inside them.
25 Q Is that material plastic?

1 A  The squeaker would be plastic, but it's inside the
2    toy, and if the toy is compromised, they get
3    thrown in the trash.
4 Q  What is the outside of the toy that has the
5    squeaker in it?
6 A  Cloth and rope. Firehose-type rope. We don't --
7    we don't do rawhide. We don't do rubber, things
8    like that.
9 Q  So your dog bowl is made out of stainless steel?
10 A Correct.
11 Q What is your scooper?
12 A Stainless steel.
13 Q Okay.
14 A And they get washed regularly, as I mentioned
15    earlier.
16            MS. BACA: Okay. Let's take a
17    break, if you don't mind. Is that all right?
18            MS. PETERSON: Sure. Five minutes?
19            MS. BACA: Yeah.
20            THE VIDEOGRAPHER: Going off the
21    record at 10:12.
22            (Recess taken.)
23            THE VIDEOGRAPHER: We're back on
24    the record at 10:22.
25 Q Mr. Weaver, could you explain -- or you got

1    confirmation while we were on break. Could you
2    please tell us the date that Jill passed.
3 A  Jill passed on April 30th at 1:45 in the morning.
4    Jack passed at -- on May 24th at 1:00 in the
5    afternoon.
6 Q  Did you switch off of -- your dogs off of Orijen
7    after the April death of your dog?
8 A  That's what I believe was the date, was April or
9    May.
10 Q I know I asked you the names of some of your
11    veterinarians, but could you provide me with the
12    name of the ER hospital that you took Jill to that
13    night?
14 A I think it's called Emergency -- ER. It's on the
15    Beltline here.
16 Q If you could tell us where it's located, that
17    would be helpful.
18            MS. PETERSON: We can provide that
19    to you later --
20            THE WITNESS: Yeah.
21            MS. PETERSON: -- so he doesn't
22    have to sit on Google. The address, that is.
23            MS. BACA: Thank you.
24 A It's a brand -- well, now it's brand new. It was
25    an old facility. It's been there for 40 years,

1    but they just built this beautiful,
2    state-of-the-art facility.
3  Q  Were there ever any indications in Jill that she
4    had elevated levels of lead in her blood?
5  A  No.
6  Q  Were there any indications she had elevated levels
7    of mercury in her blood?
8  A  No.
9          MS. PETERSON: Objection, calls for
10       an expert opinion, but go ahead and answer.
11 Q  Have you gotten any --
12 A  We never got tested, no.
13 Q  Have you done blood work on -- on Jill?
14 A  Oh, yeah. They've had blood work, but I don't
15   know if they get it down to metals or anything
16   like that.
17 Q  Did you do any biopsies of tissues or anything
18   that might have looked at heavy metals?
19 A  No.
20 Q  How about for Jack? Were there any blood work
21   done that might have shown that he had elevated
22   levels of --
23 A  I don't recall seeing anything with elevated
24   levels of metals.
25 Q  Metals? And how about Jack's biopsies or tissue

1    samples?
2  A  No. They had blood work done, but typically it's
3    for, you know, whatever they look for, markers.
4  Q  Have you done additional blood work, testing for
5    Prince Harry after his two siblings passed?
6  A  No, but that's a good point. Maybe we should do
7    that.
8  Q  How would you describe Prince Harry's health?
9  A  Very healthy, 80 pounds, beautiful dog.
10 Q  Have you recently taken Prince Harry to the vet?
11 A  He does his normal checkups, yes.
12 Q  Is it an annual checkup?
13 A  Yes.
14 Q  Earlier you told me that you would not feed your
15   dogs raw food. Why not?
16 A  One, I just -- we just have always looked at
17   it -- even we were just at the Mounds store the
18   other day, and they had the -- the refrigerator or
19   whatever with the raw, and we both looked at it
20   and go, "That's just disgusting, you know, having
21   those raw bones, even," and they had bones with
22   infused -- whatever they put inside them. No.
23   No, I would never do that.
24 Q  So in your mind, the only alternative was dry
25   kibble?

1  A  Yes. Well, you can do canned food, but I'm not
2    into cans.
3  Q  Why did you choose not to do canned food?
4  A  Probably cost looking at and it just -- the
5    kibble -- do you have dogs?
6  Q  I had a dog that passed?
7  A  Okay. Kibble -- when you get good kibble and
8    they're eating it, when you're picking up after
9    three dogs in the backyard, it's good to pick up
10   firm pickups, not mushy from the canned moist --
11   it's totally different.
12 Q  Understood.
13 A  And we -- we're pet people. So even doing picking
14   up, we pick up -- we have biodegradable bags that
15   we pick up. I've got a metal can in the backyard
16   that we put it in, and then we throw it away each
17   weak. And when we pick it up, we always pick up
18   and go, "Oh, it looks good. Oh, this one doesn't
19   look good. It's kind of slimy." We know those
20   things to look for. So --
21 Q  While your dogs were consuming Orijen, did you
22   feel like they're -- their fecal was okay?
23 A  Yep.
24 Q  And by "okay," I mean firm.
25 A  Firm, yeah.

1  Q  Nothing out of the ordinary? Did Jill or Jack
2    have any other illnesses before they passed before
3    their final --
4  A  No.
5  Q  Okay.
6  A  And they had -- even to the point of because of --
7    they're therapy dogs, they all get their eyes
8    tested. It's a free service, and that's -- at the
9    vet, the ER vet. They have a specialist that
10   comes in and checks all the therapy dogs in
11   Madison for their eyes. So they would go in for
12   that as well.
13 Q  Is Prince Harry doing that too?
14 A  Yes.
15 Q  You said his health now is healthy, but has he
16   always been a healthy --
17 A  Always.
18 Q  -- dog?
19 A  Yep.
20 Q  Okay. I'm going to enter another exhibit. This
21   will be Exhibit 7.
22        (Exhibit No. 7 marked for
23        identification.)
24 Q  Does this look like the bag that you are
25   purchasing now for Prince Harry?

1 A Yes.
2         MS. PETERSON: I'm going to object
3     to this line of questioning for relevancy,
4     but you can go ahead and answer.
5 Q Did you review the ingredient panel that's on the
6     second page of this document before you purchased
7     the dog food?
8 A Probably the same as we did for the first one,
9     yes.
10 Q Do these ingredients look like the ingredients
11     that are in Prince Harry's food right now?
12 A I'm taking you at your word.
13 Q Okay.
14 A I don't have the bag in front of me.
15 Q Were you aware -- or are you aware that Champion
16     has two facilities where they produce their dog
17     food; one in Canada and one in Kentucky?
18 A I was under the understanding that Canada was not
19     producing anymore, that it was moved to -- to the
20     United States.
21 Q To see if I understand you correctly, is it your
22     understanding that the food that Champion is
23     circulating now within the U.S. is only made in
24     Kentucky?
25 A In my understanding, correct.

1 Q Okay.
2 A And they -- they stopped doing the vacuum sealing.
3 Q When did you become aware that the dog food being
4     sold in the U.S. moved from being produced in
5     Canada to -- to Kentucky?
6 A I couldn't tell you the exact date.
7 Q Did you become aware of a difference in the
8     sealing of the bags during the time that you were
9     purchasing the Orijen?
10 A Yes. They stopped doing the vac sealing.
11 Q Around when? Do you remember?
12 A No, I don't recall. Just a couple years ago. I
13     don't know.
14 Q If I could ballpark it, do you feel like you went
15     through a few years of purchasing where it wasn't
16     vacuum sealed?
17 A I would say a few years.
18 Q Okay. Did the fact that it was no longer vacuum
19     sealed affect your purchasing decision or
20     anything?
21 A A little. A little, but she was set on that food.
22     So we didn't want to make a change.
23 Q Okay.
24 A I don't -- honestly, I don't think there's another
25     pet food in the store that's vac sealed like that.

1 Q Okay. Earlier, you mentioned that you hoped that
2     Champion could put a disclosure on its bag. What
3     would you want it to say?
4 A I'm just saying that you should talk about
5     testing, and if -- if you guys find any product
6     that's manmade, environmental in your food that's
7     not good for an animal and you state that it's fit
8     for human consumption, well, you certainly
9     wouldn't be putting it in human food. So that's
10     my whole feeling on it. I mean, be -- be upfront
11     and truthful, but first of all, don't -- if you
12     test, when you said they test regularly, and you
13     find it, find out what the source is and eliminate
14     the source so that it's not in there.
15 Q Is it your understanding that human foods don't
16     have heavy metals or other contaminants?
17 A That's my understanding.
18 Q Human -- all types of human food?
19 A I'm not saying -- I'm not saying all. I -- I
20     don't know of any heavy metal in food. You know,
21     or -- or water, whatever.
22 Q You mentioned lead in water?
23 A From that commercial that I saw on TV.
24 Q Do you think --
25 A Which is --

1 Q -- the commercial's fake?
2 A Do I think the commercial's fake? No. No. And
3     I'll be honest with you, in Madison, they have
4     wells that they have to shut down because they
5     have things that are in the wells. So they shut
6     them down when it's in there, or they tell people
7     in the community, you know, to boil your water or
8     silly things like, when we go out to dinner, if
9     we're eating in Madison and we have water, we
10     asked for lemons because lemons will help -- the
11     acid in the lemon will help clean out the water.
12 Q At what point do you think that an advisory goes
13     out that says, "Boil your water, or the water is
14     no longer safe"?
15 A When it's contaminated.
16 Q And at what point does something become
17     contaminated?
18 A When --
19         MS. PETERSON: Objection, calls for
20     expert opinion.
21 A When people -- in my opinion when people start
22     getting sick and they have problems.
23 Q Do you think that --
24 A Kind of like in Michigan with the problem with the
25     lead that was in the water. Flint, I guess that

1    was.

2  Q  Does just one molecule of a substance make

3      something --

4  A  I don't know what the level is. I'm not a

5      biologist.

6  Q  Okay. How did you first learn about the issues of

7      heavy metals in the dog food? When did it first

8      come to your attention?

9  A  When --

10              MS. PETERSON: Objection, asked and

11        answered.

12  A  Before. We've answered that a couple times.

13      So --

14  Q  Okay. When did you first learn about BPA?

15  A  The same.

16  Q  And what's the same?

17  A  Same answer as we answered before. When --

18  Q  Could you repeat it for me.

19  A  When we sourced -- after we started checking to

20      see if there was a problem with the dog food and

21      we ended up --

22  Q  Finding Ms. Peterson?

23  A  Yes.

24  Q  Could you give me about a month or a year around

25      the time that was?

1  A  I would probably say it was maybe January-ish when

2      Jack was diagnosed with cancer.

3  Q  January of what year?

4  A  Last year, 2018.

5              MS. PETERSON: I will put on record

6        it was April of 2018.

7              THE WITNESS: April?

8              MS. BACA: Thank you.

9              MR. COULSON: What was April?

10              MS. PETERSON: When he first

11        contacted us.

12              MR. COULSON: When was Jack

13        diagnosed with --

14              THE WITNESS: January.

15  Q  Jack was diagnosed in January of 2018 and passed

16      in May of 2018?

17  A  Correct.

18  Q  Okay. Was Ms. Peterson the first lawyer that you

19      reached out to?

20  A  Yes.

21  Q  And when was the first time you met or spoke with

22      her?

23  A  I couldn't give you the exact date.

24  Q  Okay. And I assume you have an agreement that you

25      have signed with her to hire her as your counsel?

1  A  Yes. I've never hired an attorney in my life

2      other than this, ever.

3  Q  Do you recall that the second amended complaint

4      has some test results in a chart within it?

5  A  If you say so, yes.

6  Q  Okay. Let's -- let's bring out the second amended

7      complaint, which is --

8  A  The big one?

9  Q  Yes, the big one. I am referring to pages 4

10      through 6.

11  A  Okay.

12  Q  Did you ever see the test results that formed this

13      chart?

14  A  No, I don't think so. I haven't seen this.

15  Q  Do you have any awareness of what lab came to

16      these conclusions?

17  A  Other than if it's listed in here. I don't

18      recall.

19  Q  Okay. Have you ever been charged with a crime

20      before?

21  A  No.

22  Q  Have you ever been a plaintiff in another lawsuit?

23  A  No.

24  Q  Have you ever been a defendant in another lawsuit?

25  A  No.

1  Q  Have you ever been in a bankruptcy suit?

2  A  No.

3  Q  A foreclosure?

4  A  No.

5  Q  How about small claims?

6  A  We actually have a small claims right now.

7  Q  Could you tell me about it.

8  A  A gentleman was starting the -- a neighbor's car.

9      My wife and I were out in our backyard, and I was

10      hauling bark, putting it in my landscaping taking

11      a break, and I was sitting on our patio furniture,

12      and I looked up, and I saw the guy back out of

13      their driveway, and he backed right into my truck.

14      And he hit the truck so hard that the truck rocked

15      back and forth. I went, "Did he just hit that

16      truck?" The guy got out, looked at my car, and

17      drove away.

18          And I said, "Oh" -- and I got up, and I ran

19      over there, and I said to the little lady that

20      lives in the house, I said, "Who is the guy in the

21      red truck?" And she goes, "Oh, that's Marvin. He

22      does my starting for my car when it doesn't

23      start." I said, "Call Marvin. He just hit my

24      truck." And she goes, "Oh, okay. I'll call him,"

25      and then I called the police.

1  And she told Marvin, "You better get back
2  here. The cops are coming." Well, they gave him
3  a ticket for hit and run and damage to property.
4  So then he kept telling me, "I'll fix it. I'll
5  pay first time. Get me an estimate." I said,
6  "Okay. I'll get an estimate." And I said, "I
7  know three shops that do reputable work. I'll get
8  the cheapest one for you, $1,453," and Marvin
9  said, "No." He said, "Get me two more estimates."
10  I said, "Marvin, don't do this to me." I
11  said, "I don't have time to mess around with
12  this." I got two more estimates. I sent them to
13  him. He came back and said, "I can't do anything
14  until my court case is heard in Fitchburg," and I
15  said, "First of all, that doesn't have any bearing
16  on making restitution for the damage that you
17  agreed to pay in front of the police officer," and
18  he said, "No, I can't do it."
19  Well, then his past -- that date passed, and
20  I called him up, and I said, "Okay. Your court
21  date's passed." And he goes, "No, the City
22  attorney was out because she's on maternity
23  leave." So we got an extension. So I called the
24  City attorney, and I said, "Does one thing have
25  anything to do with the other?" And he goes,

1  "Absolutely not. He should make restitution.
2  That'll help in his case."
3  And I texted him and said, "Marvin, you need
4  to make restitution now before you go to your next
5  case so you can prove to them, 'Here, I settled up
6  with Mr. Weaver. I apologized, blah, blah,
7  blah.'" And he sent me back a few explic --
8  explicit texts back and said, "I'm waiting until
9  the case -- the court case."
10  So then I said, "Fine. I'll start a small
11  claims action." So I started a small claims
12  action. And that's proceeding right now, and we
13  had to have it served to him like you do, and so
14  we went to the Dane County Police. They went and
15  served him, and I called the lady because I said,
16  "Can you tell me when you served him?" She said,
17  "8:52 in the morning today." I said, "Yeah, I got
18  a text at 8:58, "You" -- in capital letters, "You
19  are a dickhead." So that's my -- my extent of the
20  legal process. So now I'm waiting.
21  Q Have you hired a counsel to help in that?
22  A No. No, I wouldn't.
23  Q Have you been in any other small claims issues?
24  A No.
25  Q Have you been in any matters with insurance

1  companies?
2  A No.
3  Q Have you ever been a class representative before?
4  A A what?
5  Q A class representative before.
6  A No.
7  Q This was your first time?
8  A Yes.
9  Q Do you know someone who has been a class
10  representative before?
11  A No.
12  Q How did you become aware that a class action is a
13  method that you could use?
14  A We just -- again, we've stated it several times
15  this morning that when we started looking into the
16  pet food, we saw this action.
17  Q Okay.
18  A And we contacted them.
19  Q Is that your extent with the legal field?
20  A Yeah.
21  Q Okay.
22  A My stepfather was an attorney.
23  Q Okay.
24  A But he passed 30 years ago.
25  Q Do you have any other lawyers in your family?

1  A No.
2  Q What do you understand your role to be in this
3  class action lawsuit?
4  A Providing information and following up on this
5  to -- to find out what happened so that it doesn't
6  happen to other people.
7  Q And do you understand that you are supposed to act
8  to represent people that are similarly situated as
9  you?
10  A Yes.
11  Q Do you feel like you have any duties towards the
12  other people in your class?
13  A Sure. I mean, it -- they're pet owners that loved
14  their pets. I'm a pet owner that loved my pet,
15  and if I can prevent someone else's heartache, I
16  would do it in a heartbeat.
17  Q What do you understand your claims to be against
18  Champion?
19  A I understand the claims to be that there's product
20  in here that shouldn't be in the food that causes
21  the problem that my dogs had.
22  Q And what are you asking for?
23  A I --
24        MS. PETERSON: Objection, vague.
25  Q What are you hoping that the outcome of your

1 lawsuit is?
2 A I'm hoping that the outcome of my lawsuit is that
3    they realize the wrong that they've done, and they
4    correct the wrong that they've done and clearly
5    label the package better. I mean, we've reviewed
6    all of these packages, and all of them say
7    "Biologically sourced, kitchens, this, that."
8    This is all good stuff. Then prove it. Do it.
9    And if you've -- if you tested it, and it's not,
10   then fix it.
11 Q How can you prove that it is?
12 A Well, if they've done testing, prove that you have
13   done testing, that there was nothing in it. If
14   they're testing proves that there was, so be it.
15   Fix it.
16 Q How do you purport to fix it? Are you talking
17   changing sourcing?
18 A They have to change --
19            MS. PETERSON: Objection.
20 A They have to change how the -- either how they're
21   sourcing or how they're testing the food before.
22   They've got to do something.
23 Q Do you believe Champion misled you into purchasing
24   the dog good?
25 A I believe after reading all of the advertising

1    that's on their package and what we've known about
2    the product and now what we feel about the
3    product, I believe that's correct.
4 Q Have you been keeping track of what has happened
5    in related lawsuits against Champion?
6 A No.
7 Q No? Are you aware of other lawsuits brought
8    against other pet food manufacturers?
9 A No. I don't --
10 Q What do you do in this case to monitor what's
11   going on? Is there anything you do in particular?
12 A Just talk with Rebecca.
13 Q Mm-hmm. Are you prepared to be responsible to
14   cover court costs if that arises?
15 A I would do whatever I needed to do.
16 Q Have you talked to anyone about this lawsuit?
17 A No.
18 Q Outside of Rebecca?
19 A No.
20 Q How about your wife?
21 A Oh, my wife, of course.
22 Q Any other friends or family you've spoken to?
23 A No.
24 Q Anyone at the pet stores?
25 A Nope.

1 Q So before you had Jack, Jill, and Prince Harry,
2    have you had other dogs?
3 A Yes.
4 Q How many other dogs?
5 A Two other dogs that we had; Jesse, who was a
6    golden retriever. Jesse lived to 19 -- 17 years
7    old. We had Lady, who was a purebred
8    Cocker Spaniel. I believe she was 15, and then I
9    had a cat -- we had a cat, and our cat lived to
10   22. Yeah. No, we -- we pamper our pets.
11 Q What did you feed Jesse and Lady?
12 A Jesse and Lady probably would have just gotten a
13   regular, old dog food. That was when we were
14   young and we had three small children, limited
15   income. Now, my income has changed dramatically,
16   and we spare nothing for our dogs. In fact, we're
17   going on vacation to Mackinac Island, and it's a
18   dog friendly resort, and we're taking the dogs
19   with us. We take them everywhere.
20       My -- I brought a brand New Jeep Grand
21   Cherokee. My backseat has been lifted up once.
22   It's folded down always. We have two blankets,
23   and the dogs ride with us everywhere. I have
24   drool all -- all over the windows and pet fur all
25   over, even though I vacuum.

1 Q Do you know the -- the cause of Jesse's death?
2 A The cause? Nasal cancer. It had spread --
3            MS. PETERSON: She said Jesse.
4 A Oh, Jesse? No, Jesse, old age. 17, that's old.
5 Q Do you know the cause of Lady's death?
6 A I would say old age, 15.
7 Q Okay. Do you currently have other dogs besides
8    Prince Harry?
9 A Right now we have Madison.
10 Q And what breed is Madison?
11 A A golden retriever.
12 Q How old is Madison?
13 A Madison is one year old.
14 Q Did you just recently get Madison?
15 A We got her one year ago -- well, one year less
16   eight weeks.
17 Q Did you get her from the same breeder?
18 A No.
19 Q Which breeder did you get her from?
20 A We went to Nautilus out of Plymouth,
21   Massachusetts.
22 Q How did you hear about this new breeder?
23 A My wife source -- sources breeders all the time.
24   She loved goldens, and we've looked at all the
25   breeders around here, found this one. Madison's

1    grandpa is the number one golden in the country,
2    and we paid dearly for her. Paid three times what
3    we paid for the other ones from the other breeder.
4  Q Is there a reason you didn't want to use the same
5    breeder?
6  A What's that?
7  Q Was there a reason you didn't want to use the same
8    breeder as the others?
9  A Just -- we just decided to use a different
10   breeder.
11 Q Okay. What is Madison eating?
12 A Same food.
13 Q The --
14 A The Pro Plan.
15 Q Purina Pro Plan? And before that, do you recall?
16 A Puppy food.
17 Q Do you recall the brand of the puppy food?
18 A No.
19 Q I'm guessing it was -- I think it was Purina
20   Pro Plan Focus Puppy Food. In fact, it was. I
21   know it was. It's a much smaller kibble.
22            MS. BACA: Okay. Can we take a
23   break?
24            MS. PETERSON: Mm-hmm.
25            MS. BACA: All right. I think

1    we're just about done.
2            MR. COULSON: Take a little bit
3    longer, at least ten minutes. We just want
4    to check notes and stuff, but we're
5    99 percent --
6            MS. BACA: Like I said, we're done.
7            MR. COULSON: -- finished probably.
8            MS. PETERSON: Okay. I won't
9    even -- okay. So 10 minutes -- okay.
10            THE VIDEOGRAPHER: Going off the
11   record at 10:48.
12            (Recess taken.)
13            THE VIDEOGRAPHER: We're back on
14   the record at 11:01.
15 Q Mr. Weaver, I just want to ask you a couple of
16   questions about that lead and water commercial
17   that you have brought up a couple times.
18 A Okay.
19 Q When did you see that?
20 A It's probably been on the last two years,
21   three years.
22 Q What channel is that on?
23            MS. PETERSON: Objection.
24 A I couldn't tell you what channel.
25 Q Like, what time of night? What are you watching

1    that this comes on regularly?
2            MS. PETERSON: Objection,
3    relevance.
4  A Honestly, I don't -- I couldn't tell you what
5    channel it was on. It's just a commercial. And
6    it's actually -- I think it's for Brita or one of
7    those water companies, I think. I honestly
8    couldn't tell you.
9  Q Okay.
10 A I guess they didn't get their point across other
11   than the fact that lead is not good for anybody in
12   any type.
13 Q Okay. So you think that it's a -- a water filter
14   company's commercial?
15 A I think it was.
16 Q Okay. And this was -- you saw it two years ago,
17   or you've been seeing it regularly for the last
18   two years?
19 A I haven't seen it recently. So maybe they stopped
20   it.
21 Q Okay. All right. I want to bring out one more
22   bag that I did not introduce yet into -- this will
23   be Exhibit 8.
24            (Exhibit No. 8 marked for
25            identification.)

1            MS. BACA: Sorry. Can I take this
2    off?
3            THE REPORTER: Yeah. It peels off
4    easy.
5  Q Mr. Weaver, does this look like some of the diet
6    bags of Regional Red that you would have bought
7    for Jack?
8  A Yes.
9  Q Okay. And based on this bag, it looks like it was
10   made in Canada, correct?
11 A Yep.
12            MS. PETERSON: I think you're
13   looking at the other one.
14            THE WITNESS: I was just trying
15   to --
16            MS. PETERSON: Oh, I'm sorry.
17   Yeah.
18            THE WITNESS: -- compare the two.
19 Q So besides the difference in the vacuum -- the
20   vacuum sealed bag, were there any other
21   differences that you might have noticed or that
22   affected you?
23 A Didn't notice at the time, no.
24 Q Did your dog have any issue transitioning from the
25   food that was produced in Canada to the food that

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 32 of 52   Document 151-1

1      was produced in Kentucky?
2  A   No.
3  Q   At any point in time did Jill or Prince Harry eat
4      the Regional Red?
5  A   No.
6  Q   They only ate Six Fish?
7  A   Six Fish.
8  Q   Okay.
9  A   Jill had a real flowing coat, and that's -- so we
10     attributed it to the Six Fish.
11 Q   When we were going over some of the different
12     statements and areas of the bags earlier, you
13     mentioned that you read the ingredient panel and
14     the guaranteed analysis, correct?
15 A   I --
16            MS. PETERSON: Objection, misstates
17     the testimony -- the exact testimony. He
18     said he -- he read some of the ingredient
19     panel.
20 Q   Mr. Weaver, did you read some of the ingredient
21     panel?
22 A   Yes.
23 Q   And why did that draw your attention more than
24     other areas of the bag?
25 A   To see what the percentages were in the food

1      versus trying to understand what this whole thing
2      is. That's ridiculous.
3  Q   Do you see the guarantee analysis on our
4      Exhibit 8? It's on the right-hand side.
5  A   Yes.
6  Q   It's a square. What about the guaranteed analysis
7      was important to you?
8  A   I would be looking at what the percentages are to
9      make sure that it wasn't heavy weighted one way or
10     the other, and the omegas for -- for their coats.
11 Q   Can you explain what "heavy weighted one way or
12     another" means?
13 A   Well, it's pretty much even, and there's
14     nothing -- like the crude fiber. We have specific
15     levels that we were looking for and the fat so
16     that it wasn't too fat for them, because we didn't
17     want them to gain weight.
18 Q   Okay. So we talked about some of your hobbies
19     earlier. You mentioned your dogs are your
20     hobbies?
21 A   Mm-hmm.
22 Q   Do you have any other hobbies? Do you hunt?
23 A   No.
24 Q   Do you fish?
25 A   No. We boat.

1  Q   Anything else?
2  A   We have a pontoon boat. We take the dogs on the
3      pontoon when we go out.
4  Q   Where do you go? Like, a lake?
5  A   Yeah. There's lakes around here. Yes.
6  Q   All right. Are there any answers you've given me
7      today that you would like to change?
8  A   (No audible response.)
9            MS. BACA: Okay. At this time I'm
10     done with my questions, Rebecca.
11           MS. PETERSON: Okay. I have a few
12     that I just want to --
13           MS. BACA: Sure.
14           MS. PETERSON: -- clean up. And
15     that -- it goes to the --
16            EXAMINATION
17 By Ms. Peterson:
18 Q   Mr. Weaver, I know that last winter into the
19     spring was a hard time, and it was a while ago,
20     but I believe you are -- you testified earlier
21     that you were uncertain on the last date you
22     bought Orijen dog food, but you thought it was
23     either in April or May; is that correct?
24 A   Correct.
25 Q   Okay. And if I refresh your memory that the first

1      time you contacted me regarding seeing the lawsuit
2      in California, it was in April of 2018?
3  A   Correct.
4  Q   Okay. And at that point, we then added you to the
5      amended complaint that we filed in California as a
6      named class rep. Do you recall that?
7  A   Yes.
8  Q   Okay. And that was filed on April 19th, 2018.
9      And you would not have purchased Orijen pet food
10     products after you contacted me, correct?
11 A   Correct.
12 Q   Okay.
13 A   I specifically remember even the bags in the -- in
14     the feeding station that we threw them away
15     because we were -- at first I -- I think I may
16     have said, "Should we donate them to the
17     Humane Society," and Sue said, "Why?" I said,
18     "Okay. Throw them away." So I threw them away.
19 Q   Okay. And just -- I want to talk to you a little
20     bit about AAFCO, which has been raised a couple
21     times. That's -- AAFCO's nothing that you as a
22     consumer understand what it is, correct?
23 A   I have no idea, no.
24 Q   And you've never seen the actual AAFCO official
25     publication --

1 A No.
2 Q -- available or referenced? Okay. And then just
3   a couple things on the labels. I'm going to give
4   you exhibit -- I'm just going to stay with the
5   Kentucky food for now, and so Exhibits 4 and 5,
6   which are the regional and Six Fish. And I
7   just -- I want to -- she asked you a question, and
8   I think there was maybe a little bit
9   miscommunication between the two. She asked, you
10  know: Is there anything that would make you think
11  that this food is not nutritional, and I believe
12  you were looking specifically at the label. And
13  so if the label had the disclosure, which you
14  think it should have, which says, "Has a risk of
15  heavy metals," would that affect your opinion that
16  this -- that Six Fish or Regional Red, Exhibit 4
17  or 5, have the same nutritional value as you
18  thought when you bought it?
19 A If it stated that --
20 Q Mm-hmm.
21 A -- on there, I wouldn't have bought it.
22 Q Okay. And the same, if it had a disclosure that
23  it had a risk of BPA, would you --
24 A That's the same. I wouldn't have bought it.
25 Q And if it had a label that had the risk of

1 A No.
2 Q And for heavy metals, and you testified no, and
3   for toxins, and you testified no, correct?
4 A Correct.
5 Q Would you say that these labels, however, imply
6   that it's free of metals, BPA --
7          MS. BACA: Objection.
8 Q -- and toxins?
9          MS. BACA: Calls for --
10 A I would say, again, they're telling me that it's
11  biologically appropriate, that it's naturally
12  sourced. I assume that they would have done
13  testing or it wouldn't contain things that would
14  harm my pets.
15 Q Including heavy metals?
16 A Absolutely.
17 Q Including BPA?
18 A Absolutely.
19          MS. PETERSON: Objection.
20 Q Including pentobarbital?
21 A Absolutely.
22 Q And then let's go to label 5 -- or Exhibit 5,
23  which is the Six Fish label. She would -- did --
24  you had some conversation today about the term
25  "regional" specifically limited to the fish. Do

1   pentobarbital, would you --
2 A Wouldn't have bought it.
3 Q Because that affects the nutritional value?
4 A Correct.
5 Q Do you -- is it your understanding, you know, they
6   were -- they asked you what was your -- your
7   understanding of biologically appropriate. Do you
8   think biologically appropriate means that the pet
9   food has heavy metals in it?
10 A No.
11 Q Do you think biologically appropriate portrays to
12  you as a consumer that it has BPA in it?
13 A No.
14 Q Or that it has a risk of BPA?
15 A No.
16 Q Do you think biologically appropriate relates to
17  you as a consumer that there is a risk of
18  pentobarbital?
19 A No.
20 Q And then at one point, I believe there was a
21  question where you were asked anywhere on this
22  food label -- either label -- do they -- do they
23  state that they're free of BPA?
24 A Right.
25 Q And you said that -- you testified no?

1   you recall that?
2 A Mm-hmm.
3 Q Okay.
4 A Yes.
5 Q So you'll -- on these pet food bags, you'll see
6   that the term "regional" is used, especially if
7   you look at, for instance, Regional Red, correct?
8 A Yes.
9 Q So you understand in Six Fish and both
10  Regional Red that there are ingredients beyond the
11  fish coming from New England, correct?
12 A Correct.
13 Q And so would you think that kibble made with
14  regional ingredients, whether it be vegetables,
15  those vegetables would be coming from the region
16  close to the Kentucky DogStar?
17 A Where it's --
18          MS. BACA: Objection.
19 A -- produced, correct.
20 Q And so would you think regional ingredients would
21  come from California?
22 A No.
23          MS. BACA: Objection.
24 A No.
25 Q Would you think regional would come from India?

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 34 of 52   Document 151-1

Scott Weaver vs
Champion Pet Foods USA, et al.

Videotaped Deposition of Scott Weaver
June 19, 2019

Videotaped Deposition of SCOTT WEAVER, 6-19-19          Page 129

Videotaped Deposition of SCOTT WEAVER, 6-19-19          Page 131

1 A  No.
2           MS. BACA: Objection.
3 Q  Would you think regional ingredients would come
4     from China?
5           MS. BACA: Objection.
6 A  No.
7 Q  Would you think regional ingredients would come
8     from Ohio?
9           MS. BACA: Objection.
10 A  No. I would say -- think it was more Kentucky, if
11    that's where it's produced.
12 Q  Okay. Would you think -- and then finally, she
13    asked you about the term "never outsourced." Do
14    you remember that?
15 A  Yeah.
16 Q  Okay. Would it be your understanding if meal was
17    made that was included in either Regional Red or
18    Six Fish by a third party is -- is not outsourced
19    by Champion?
20 A  No. If it's a third party, it's outsourced.
21 Q  And would you agree that ingredients that have
22    pentobarbital would be fit for human consumption?
23 A  No.
24 Q  Do you understand -- do you know that
25    pentobarbital is a regulated barbiturate --

1     is regional, whether it be in its name or that it
2     says "fresh and regional"?
3 A  Yes.
4           MS. BACA: Objection.
5 Q  And is that something you relied on in making the
6     decision to purchase this product?
7 A  Yes.
8           MS. BACA: Objection.
9 A  They did all the click words, "Trusted pet lovers,
10    cherished dog, healthy." Of course, we thought
11    all was good.
12 Q  Would you have purchased this Regional Red if you
13    knew that the tallow and meal were coming --
14           MS. BACA: Objection.
15 Q  -- from the same supplier that made the meal and
16    tallow for Gravy Train?
17 A  No.
18 Q  And you know what Gravy Train is, correct?
19 A  Yeah.
20 Q  Is $0.99 can?
21 A  Yeah.
22 Q  So you would not think that a $90-plus bag would
23    use the same supplier --
24           MS. BACA: Objection.
25 Q  -- as a $0.99 can?

1           MS. BACA: Objection.
2 Q  -- by the FDA?
3 A  I didn't know it, but, okay.
4 Q  And then the -- would you think that if you look
5     on these -- both these exhibits and they talk
6     about fresh, you see that certain times they do
7     say, "Delivered daily"?
8 A  Yep.
9 Q  So would you think that fresh means that they were
10    delivered daily and used in the food that day?
11 A  Yes.
12 Q  Okay. And so whether it comes in refrigerated or
13    not, it's that they -- would you think fresh fish
14    would be fish that's caught in the ocean by their
15    supplier and not used for five months and later?
16           MS. BACA: Objection.
17 A  That's not fresh, no.
18 Q  Even though it's refrigerated?
19           MS. BACA: Objection.
20 Q  Okay. And then if you look on the second page of
21    Exhibit 4, please.
22    Did you look at the back of this bag and see
23    the emphasis on "trust" and "trusted"?
24 A  Of course.
25 Q  And did you also consider the claim that this food

1 A  Correct.
2           MS. PETERSON: That is all I have.
3           MS. BACA: I have a follow-up
4     question.
5           MS. PETERSON: Sure.
6           EXAMINATION
7 By Ms. Baca:
8 Q  Mr. Weaver, if you can look at exhibit -- is it 5?
9           MS. PETERSON: Sorry.  5 -- or 5.
10 Q  Exhibit 4 and Exhibit --
11           MS. PETERSON: So that's 4 and 5 --
12           THE WITNESS: 4 and 5?
13           MS. PETERSON: -- are the DogStar.
14 Q  Could you please take your time and read the
15    ingredient -- the ingredient list, the entire
16    list, please. Did you finish the Six Fish
17    ingredient list?
18 A  Mm-hmm.
19 Q  Okay. So you read the ingredient list for the
20    DogStar Six Fish package.
21 A  Yes.
22 Q  Did you see anywhere on there the ingredient of a
23    fish meal or a meat meal?
24 A  I don't recall seeing it on here, no.
25 Q  Please take your time. Let me know if you see it.

1  A  I don't see meal on here.
2  Q  Thank you. Could you please read the ingredient
3     list on the Regional Red from DogStar.
4  A  Okay.
5  Q  Is there meat meal in there?
6  A  I don't see that in here either.
7           MS. BACA: Okay. Thank you.
8           MS. PETERSON: Just one follow-up.
9           EXAMINATION
10  By Ms. Peterson:
11  Q  Are you aware under AAFCO if they have to use the
12     word "meal" or if there's other terms they can
13     use?
14           MS. BACA: Objection.
15  A  I'm not aware. I know I -- If it's called
16     something else, I don't know what else it would be
17     called.
18  Q  Correct. So you wouldn't know if de-boned mutton
19     or de-boned lamb or de-boned beef would --
20           MS. BACA: Objection.
21  A  No, I wouldn't know that. It doesn't say, "meal,"
22     and that's what the question asked me.
23           MS. BACA: Okay. Thank you.
24           MS. PETERSON: That's it.
25           MS. BACA: All right.

Page 134

1           THE VIDEOGRAPHER: Off the record
2     at 11:19.
3           (Adjourning at 11:19 a.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 135

1  STATE OF WISCONSIN)
                    )SS
2  COUNTY OF DANE    )
3     I, JESSICA BOLANOS, a Notary Public in and for the
4  State of Wisconsin, do hereby certify that the
5  foregoing videotaped deposition was taken before me
6  at the offices of Verbatim Reporting, Limited, Two
7  East Mifflin Street, Suite 102, City of Madison,
8  County of Dane, and State of Wisconsin, on the 19th
9  day of June 2019; that it was taken at the request of
10  the Defendants upon verbal interrogatories; that it
11  was taken in shorthand by me, a competent court
12  reporter and disinterested person, approved by all
13  parties in interest and thereafter converted to
14  typewriting using computer-aided transcription; that
15  said deposition is a true record of the deponent's
16  testimony; that the appearances were as shown on
17  Page 3 of the deposition; that the deposition was
18  taken pursuant to notice; that said SCOTT WEAVER
19  before examination was sworn by me to testify to the
20  truth, the whole truth, and nothing but the truth
21  relative to said cause.   Dated June 21, 2019.
22
23           Jessica Bolanos
24           Notary Public, State of Wisconsin
25

**$**

**$0.99 (2)**
131:20,25
**$1,400 (1)**
51:25
**$1,453 (1)**
109:8
**$106 (1)**
33:9
**$108 (1)**
33:10
**$2,500 (1)**
52:3
**$300 (1)**
13:11
**$68 (1)**
56:2
**$90-plus (1)**
131:22

**A**

**AAFCO (5)**
55:19;82:12;124:20,
24;133:11
**AAFCO's (1)**
124:21
**ability (2)**
7:8;26:16
**able (2)**
32:13;48:25
**above (2)**
5:3;44:16
**Absolutely (5)**
29:3;110:1;127:16,
18,21
**Acana (7)**
36:8,14,15;37:4;
43:20;44:25;45:1
**acceptable (1)**
42:20
**Accessories (2)**
16:12,13
**accident (1)**
14:16
**accidentally (1)**
79:19
**accomplished (1)**
80:16
**account (3)**
19:21;21:4;69:23
**accounts (1)**
20:14
**accurate (1)**
65:23
**acid (1)**
104:11
**acquired (2)**
13:19;14:14
**across (3)**
16:15;37:22;119:10

**act (1)**
112:7
**action (6)**
71:6;110:11,12;
111:12,16;112:3
**actual (4)**
9:14;79:9;80:20;
124:24
**actually (6)**
10:17;22:11;28:14;
47:18;108:6;119:6
**add (1)**
51:24
**added (5)**
63:10,12,13;88:22;
124:4
**adding (2)**
90:6,9
**addition (1)**
34:10
**additional (2)**
93:23;98:4
**address (9)**
5:10,12,13,14,17;
16:9;38:3,5;96:22
**Adjourning (1)**
134:3
**adult (5)**
30:25;31:1;45:12,18,
19
**advertising (2)**
12:19;113:25
**advisory (1)**
104:12
**affect (2)**
102:19;125:15
**affected (1)**
120:22
**affects (1)**
126:3
**afternoon (2)**
49:12;96:5
**afterwards (2)**
11:14;12:24
**Again (4)**
51:22;93:1;111:14;
127:10
**against (4)**
37:23;112:17;114:5,
8
**age (2)**
116:4,6
**ago (7)**
16:1;39:18;102:12;
111:24;116:15;119:16;
123:19
**agree (3)**
88:16;94:14;129:21
**Agreed (2)**
8:3;109:17
**agreement (1)**
106:24
**ahead (7)**

61:24;64:18;66:2;
93:14;94:21;97:10;
101:4
**aimed (2)**
30:10,12
**air (2)**
32:2;74:6
**AKC (1)**
11:4
**al (1)**
4:7
**Alaska (1)**
16:18
**allergic (4)**
34:7;47:20,20;48:6
**allergy (2)**
47:13,18
**allow (1)**
85:11
**allowed (2)**
40:10,10
**alternate (1)**
50:20
**alternative (1)**
98:24
**Although (1)**
26:5
**always (8)**
30:1;53:9;70:9;
98:16;99:17;100:16,
17;115:22
**amended (7)**
65:22;66:6,9,15;
107:3,6;124:5
**American (1)**
82:11
**amount (5)**
42:20;49:13;51:16;
89:12;90:21
**analysis (4)**
82:18;121:14;122:3,
6
**Animal (3)**
12:8;30:21;103:7
**annual (1)**
98:12
**answered (3)**
105:11,12,17
**anticipated (2)**
19:8,13
**anymore (2)**
32:21;101:19
**apologized (1)**
110:6
**appear (1)**
65:22
**appearances (1)**
4:14
**applies (1)**
85:22
**appropriate (17)**
77:5;78:16,17,24;
80:8,12;81:6,15;88:25;

89:15;90:23;92:25;
126:7,8,11,16;127:11
**approximately (9)**
43:19;45:20,22;46:1;
48:6;53:16;66:19,20;
67:16
**April (14)**
22:12,14;67:8,19;
71:21;96:3,7,8;106:6,7,
9;123:23;124:2,8
**April/May (1)**
69:1
**area (4)**
25:23;84:1,9;85:14
**areas (3)**
93:16;121:12,24
**arise (1)**
63:15
**arises (1)**
114:14
**around (12)**
15:1;25:11;26:25;
32:11;48:1;53:23;
73:20;102:11;105:24;
109:11;116:25;123:5
**arsenic (2)**
50:1;91:9
**article (2)**
7:17;8:4
**articles (3)**
8:4,6;37:23
**artificial (1)**
41:11
**Association (1)**
82:11
**assume (3)**
89:11;106:24;127:12
**ate (2)**
49:15;121:6
**Atlantic (2)**
84:3,21
**attend (3)**
11:7,13;12:21
**attended (2)**
11:19;43:17
**attention (10)**
21:1;44:15;72:13;
74:9;75:20,22;76:19;
80:6;105:8;121:23
**Attesting (1)**
67:25
**attorney (4)**
107:1;109:22,24;
111:22
**attorney/client (2)**
7:24;64:15
**attorneys (2)**
7:18,19
**attributed (1)**
121:10
**audible (2)**
66:11;123:8
**audibly (1)**

6:25
**audience (1)**
18:9
**available (1)**
125:2
**average (1)**
66:19
**Award-winning (1)**
86:13
**aware (16)**
36:1;37:6;57:23;
82:10;88:11;89:9;
91:14;92:17;101:15,
15;102:3,7;111:12;
114:7;133:11,15
**awareness (1)**
107:15
**away (12)**
22:5,10,22;23:19;
46:4,8;57:9;99:16;
108:17;124:14,18,18
**awesome (1)**
25:13

**B**

**BA (1)**
81:3
**Baca (47)**
4:17,17;5:5;8:3;
9:11;24:6;39:3,7,10;
44:7;65:4,8;68:16;
69:15;79:19;80:3;
95:16,19;96:23;106:8;
117:22,25;118:6;
120:1;123:9,13;127:7,
9;128:18,23;129:2,5,9;
130:1,16,19;131:4,8,
14,24;132:3,7;133:7,
14,20,23,25
**back (30)**
10:20;14:16;15:7,10;
31:21;32:5;33:15;
39:14;42:15;62:25;
65:12;67:10;75:21;
80:4,20,23,25;82:23;
84:25;89:18;92:14;
95:23;108:12,15;
109:1,13;110:7,8;
118:13;130:22
**backed (1)**
108:13
**backgrounds (1)**
21:10
**backseat (1)**
115:21
**backyard (3)**
99:9,15;108:9
**bad (2)**
71:10;92:23
**bag (54)**
31:20,22;32:3,24;
33:9,10,11,12;46:21,

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 37 of 52   Document 151-1

23,24;47:1,4,8,10,11;
48:21;49:1,6,7;51:7,9,
9;55:3,22;56:4;72:2,
10,14,23;74:8;75:1,21;
78:14;82:4,5;84:1,7,
25;85:14;87:25;88:1,1,
4,6;100:24;101:14;
103:2;119:22;120:9,
20;121:24;130:22;
131:22
**bags (23)**
31:11,15,21,24;33:6;
34:21;36:16,18,22;
45:4;46:19;62:18,19;
64:25;72:11;74:5;
75:17;99:14;102:8;
120:6;121:12;124:13;
128:5
**ballpark (2)**
51:19;102:14
**bankruptcy (1)**
108:1
**barbiturate (1)**
129:25
**bark (1)**
108:10
**base (2)**
25:20;47:25
**based (3)**
56:9,10;120:9
**basic (1)**
14:9
**basically (6)**
14:2;22:23;25:16;
43:5;57:7;58:25
**basis (1)**
72:25
**bathroom (1)**
50:10
**bearing (1)**
109:15
**beautiful (3)**
27:8;97:1;98:9
**beauty (1)**
13:13
**become (5)**
92:17;102:3,7;
104:16;111:12
**bed (3)**
23:9,11;24:10
**beef (8)**
34:6;37:2;44:4;
47:22,23;56:9,11;
133:19
**began (4)**
45:11,21;48:4;67:4
**begin (2)**
45:8,15
**beginning (1)**
67:15
**behalf (3)**
4:18,21,24
**below (1)**

82:17
**Beltline (1)**
96:15
**beside (3)**
44:23;50:5;71:15
**besides (9)**
10:13;41:4;42:4;
50:19;51:6;58:14;
59:18;116:7;120:19
**best (1)**
93:2
**better (2)**
109:1;113:5
**beyond (1)**
128:10
**big (10)**
25:1;27:3;33:12;
42:18;47:10;51:8;
56:14;85:21;107:8,9
**bigger (1)**
87:11
**billion (1)**
91:1
**bin (1)**
60:17
**bins (2)**
60:18,22
**biodegradable (1)**
99:14
**biologically (18)**
77:5;78:15,16,24;
80:8,11;81:5,15;88:24;
89:15;90:23;92:25;
113:7;126:7,8,11,16;
127:11
**biologist (2)**
88:10;105:5
**Biology (2)**
12:6,8
**biopsies (2)**
97:17,25
**birth (3)**
5:22;9:2;39:17
**birthday (2)**
25:25;26:1
**births (1)**
9:12
**bison (5)**
34:6;37:2;44:4;
47:22,23
**bit (20)**
8:16;11:15,24;13:22;
21:12;25:14;31:4,9;
33:18;42:22;46:14;
48:12;54:10;73:7;
74:12;76:20;86:8;
118:2;124:20;125:8
**black (2)**
74:16;84:1
**blah (2)**
110:6,6
**blah' (1)**
110:7

**blankets (2)**
18:6;115:22
**bleeding (1)**
28:20
**Bless (1)**
40:16
**blew (1)**
22:24
**blogs (3)**
37:23;38:2,11
**blood (9)**
23:15;47:19;97:4,7,
13,14,20;98:2,4
**boat (2)**
122:25;123:2
**body (1)**
93:15
**boil (2)**
104:7,13
**bones (2)**
98:21,21
**born (4)**
39:16,18,21,24
**both (9)**
10:3;22:13;23:2;
45:25;69:24;83:9;
98:19;128:9;130:5
**bother (1)**
81:14
**bottle (1)**
62:4
**bottom (3)**
76:20;81:2;86:20
**bought (20)**
15:10;32:10;33:3,4,
6;40:1;46:5;52:15;
54:18;78:7;81:19;84:7;
85:15;88:20;120:6;
123:22;125:18,21,24;
126:2
**bowl (3)**
60:19,21;95:9
**boy (1)**
26:9
**BPA (21)**
20:6,17;30:17;58:8;
59:12;63:13,21;64:3,8;
90:7,13,22;91:1;92:6;
105:14;125:23;126:12,
14,23;127:6,17
**BPA-free (1)**
88:4
**brain (1)**
28:19
**brand (8)**
29:16;32:13;47:4;
50:3;96:24,24;115:20;
117:17
**brands (3)**
18:18;31:5;32:24
**break (11)**
23:21;29:12;39:4;
65:3,4,5,7;95:17;96:1;

108:11;117:23
**breed (5)**
21:25;40:11;54:3,8;
116:10
**breeder (27)**
27:15,20;29:9;30:7;
31:6;34:12,14,14,15,
17;40:2,9,15;41:10,12;
42:4;54:12,13;57:6;
63:2;116:17,19,22;
117:3,5,8,10
**breeders (3)**
29:25;116:23,25
**breeder's (1)**
58:14
**brick (4)**
31:25;52:20;70:14,
16
**Bridge (1)**
15:24
**bring (2)**
107:6;119:21
**bringing (1)**
91:23
**Brita (1)**
119:6
**brochure (1)**
43:13
**brochures (1)**
43:11
**broke (1)**
31:23
**broker/rep (1)**
18:1
**brother (2)**
21:6,6
**brothers (1)**
40:13
**brought (5)**
42:15;71:19;114:7;
115:20;118:17
**bucks (5)**
33:13;34:21,22;
48:22;52:11
**built (2)**
60:13;97:1
**burst (1)**
28:19
**business (7)**
5:12;11:17;12:15,16;
15:2;17:23,25
**buy (18)**
10:1,2;14:3;31:13,
18;32:6,24;33:10;42:6,
25;46:19;47:1,10;49:3;
50:2;52:5,8;62:20
**buyers (1)**
14:2
**buying (9)**
13:11,12;34:24;43:1;
56:4,23;62:14;74:5;
92:8
**buys (1)**

53:14

**C**

**cables (2)**
16:3,14
**cadmium (1)**
91:9
**calculation (1)**
51:22
**California (5)**
57:24;68:9;124:2,5;
128:21
**call (5)**
19:4;41:8;55:2;
108:23,24
**called (15)**
5:2;14:15,22;15:23;
16:7,8;47:19;57:24;
96:14;108:25;109:20,
23;110:15;133:15,17
**calls (6)**
51:20;76:12;90:15;
97:9;104:19;127:9
**caloric (2)**
33:24;82:21
**came (5)**
14:16;50:11;84:17;
107:15;109:13
**can (53)**
4:16;7:1;9:13;12:14;
13:22;18:24;19:13;
25:13;29:2;32:16;35:4,
12;37:10;50:14;51:19,
21;52:11;53:9;55:3;
56:12;60:5;61:9,24;
62:25;63:17;67:10,20;
69:13;71:21;74:7;
75:20,22;79:25,25;
81:24;82:6;89:23;
90:11;96:18;99:1,15;
101:4;110:5,16;
112:15;113:11;117:22;
120:1;122:11;131:20,
25;132:8;133:12
**Canada (6)**
31:24;101:17,18;
102:5;120:10,25
**cancer (22)**
22:13,16,18,18,24;
23:2;28:5,14,18,23;
45:25;56:24;57:6;
58:21,23;64:11;71:5,
20;79:5,8;106:2;116:2
**canned (3)**
99:1,3,10
**cans (1)**
99:2
**capital (1)**
110:18
**captain (1)**
10:10
**Caption (1)**

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 38 of 52   Document 151-1

4:6
**car (5)**
23:13;24:9;108:8,16,
22
**carb (1)**
81:12
**carbohydrate (1)**
81:6
**Carbs (1)**
81:14
**card (4)**
32:19;69:8,11,18
**cards (2)**
69:19,23
**care (2)**
13:13;26:8
**carp (1)**
84:19
**carried (1)**
24:9
**cartilage (1)**
76:25
**cartoon (1)**
75:24
**case (15)**
4:6,10;5:3;64:17,18;
68:9,10;87:17;92:19;
109:14;110:2,5,9,9;
114:10
**cat (4)**
80:12;115:9,9,9
**category (1)**
14:1
**caught (1)**
130:14
**cause (4)**
57:11;116:1,2,5
**causes (1)**
112:20
**causing (1)**
64:11
**cell (2)**
16:3,11
**Central (2)**
68:8,9
**certain (3)**
64:16;83:1;130:6
**certainly (1)**
103:8
**certificate (1)**
11:21
**certifications (1)**
12:25
**Chagrinfallspetcliniccom (1)**
38:20
**chain (1)**
52:12
**Champion (60)**
4:7,19,22;29:6,6,8,
10,13;30:23;34:12;
35:2,19;36:13;37:6,24;
38:1;43:9,11,13,15,25;
44:22;45:2,8,15,24;

46:19;48:4;52:16,20,
25;53:5,14,22;54:22;
56:23;58:19;62:18;
63:11;67:14;68:25;
71:10;76:10;80:10,16;
86:4;87:13,13;88:21;
89:9;91:24;92:17;93:4;
101:15,22;103:2;
112:18;113:23;114:5;
129:19
**championpetfoodscom (1)**
36:6
**Champion's (15)**
10:2;31:3;36:1,5;
41:24;48:7;49:16,17;
51:11,17;52:5;83:12;
88:17;90:6;92:9
**change (6)**
32:15,15;102:22;
113:18,20;123:7
**changed (3)**
59:4;78:7;115:15
**changing (1)**
113:17
**channel (3)**
118:22,24;119:5
**characteristics (1)**
34:1
**charge (1)**
16:5
**charged (1)**
107:19
**chargers (2)**
16:3,14
**chart (2)**
107:4,13
**cheap (1)**
33:10
**cheapest (1)**
109:8
**check (2)**
93:21;118:4
**checking (2)**
93:23;105:19
**checks (1)**
100:10
**checkup (1)**
98:12
**checkups (1)**
98:11
**chefs (1)**
90:19
**chef's (1)**
77:8
**Chelsea (1)**
38:5
**chemical (2)**
42:8;81:21
**chemicals (3)**
42:13;81:22,25
**chemist (2)**
64:1,23
**chemistry (1)**

12:2
**cherished (1)**
131:10
**Cherokee (1)**
115:21
**chew (2)**
94:16,17
**chicken (2)**
56:9,11
**children (3)**
10:4,6;115:14
**chin (1)**
35:15
**China (1)**
129:4
**choose (1)**
99:3
**Christmas (1)**
26:2
**chunks (1)**
61:13
**circle (1)**
31:16
**circles (1)**
31:15
**circulating (1)**
101:23
**city (3)**
42:18;109:21,24
**claim (1)**
130:25
**claims (7)**
108:5,6;110:11,11,
23;112:17,19
**clarify (4)**
6:19;81:24;82:6;
83:6
**class (9)**
68:7,8;111:3,5,9,12;
112:3,12;124:6
**classes (2)**
12:17,19
**Clean (3)**
37:19;104:11;123:14
**cleans (1)**
61:5
**clear (2)**
7:4;80:11
**clearly (1)**
113:4
**clerk (1)**
33:8
**click (2)**
81:15;131:9
**Clinic (2)**
41:6;42:1
**clip (1)**
32:25
**Close (4)**
10:24;21:1;41:12;
128:16
**closest (1)**
84:24

**Cloth (1)**
95:6
**CLVS (1)**
4:11
**coat (1)**
121:9
**coats (3)**
31:8;34:19;122:10
**Cocker (1)**
115:8
**codes (1)**
33:8
**Coke (1)**
89:24
**collars (1)**
53:4
**college (2)**
11:13;12:21
**combine (1)**
47:3
**comfortable (1)**
9:22
**coming (4)**
109:2;128:11,15;
131:13
**commercial (6)**
42:16;89:18;103:23;
118:16;119:5,14
**commercial's (2)**
104:1,2
**commitment (1)**
15:17
**committed (1)**
15:7
**communications (1)**
8:1
**community (1)**
104:7
**companies (4)**
17:1;85:10;111:1;
119:7
**company (10)**
13:18,19;14:20,21;
15:23;16:2,4,7;18:3;
31:11
**company's (1)**
119:14
**compare (1)**
120:18
**compared (1)**
59:5
**complaint (14)**
21:15,23;61:24;
65:22;66:3,6,9,15;
68:14;91:8,22;107:3,7;
124:5
**complaints (1)**
63:17
**compromised (1)**
95:2
**computer (2)**
18:24;38:3
**concept (2)**

77:2;85:17
**concerned (3)**
48:17;74:6;93:6
**conclusions (2)**
28:22;107:16
**conduct (1)**
30:5
**conducted (2)**
33:16;35:19
**confidential (3)**
9:9,15;69:10
**confirm (4)**
45:2;50:18;69:6;
82:10
**confirmation (1)**
96:1
**confused (1)**
44:3
**Congratulations (1)**
8:23
**conscious (1)**
26:16
**consider (2)**
18:21;130:25
**considerations (2)**
55:12;58:15
**constantly (2)**
21:8;24:4
**consumed (1)**
28:11
**consumer (4)**
92:7;124:22;126:12,
17
**consumers (1)**
91:25
**consuming (3)**
50:18,20;99:21
**consumption (4)**
87:6,19;103:8;
129:22
**contacted (5)**
71:6;106:11;111:18;
124:1,10
**contain (5)**
92:5,6,6,18;127:13
**containers (4)**
50:22,22,24;51:2
**contains (1)**
63:4
**contaminants (1)**
103:16
**contaminated (3)**
66:18;104:15,17
**content (3)**
7:23;33:24;82:21
**context (1)**
76:8
**continuing (1)**
74:8
**Control (1)**
82:11
**conversation (4)**
7:23,23;18:14;

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 39 of 52   Document 151-1

127:24

**convulsing (2)**
22:21;23:12

**cook (4)**
59:23,24;60:6,7

**cops (1)**
109:2

**copy (4)**
65:23;72:4;79:20;
80:5

**corner (2)**
80:2;92:14

**corporate (1)**
13:20

**correcting (1)**
72:9

**correctly (16)**
7:2;66:17;67:1,2,17,
18;74:24;76:5,25;
80:13;81:7;85:12,13;
87:7;92:3;101:21

**cost (5)**
43:3;48:23;55:25;
56:24;99:4

**costs (1)**
114:14

**COULSON (11)**
4:20,20;37:14;65:2;
69:13,17;70:1;106:9,
12;118:2,7

**counsel (11)**
4:13;5:24;6:1;69:14,
15,24;71:1;92:20,22;
106:25;110:21

**country (7)**
15:2,4;16:15;83:19,
22,24;117:1

**County (1)**
110:14

**couple (9)**
17:8;38:10;51:24;
54:4;102:12;105:12;
118:15,17;124:20;
125:3

**course (8)**
9:21;15:9;21:3;42:9;
86:19;114:21;130:24;
131:10

**courses (3)**
12:2,12,16

**coursework (1)**
11:24

**Court (7)**
4:8;7:1,5;109:14,20;
110:9;114:14

**cover (1)**
114:14

**created (2)**
79:5,7

**credit (5)**
69:8,11,18,19,23

**crematory (1)**
24:11

**crime (1)**
107:19

**Crosse (1)**
11:11

**crowd (1)**
27:10

**crude (2)**
42:9;122:14

**cup (2)**
48:13;49:14

**currently (5)**
8:19;9:4;10:13,22;
116:7

**custom (3)**
35:12;53:3;60:12

**customers (1)**
15:5

**cylinder (1)**
60:15

# D

**da (3)**
33:5,5,5

**dabbled (1)**
19:22

**daily (4)**
62:22;73:9;130:7,10

**damage (2)**
109:3,16

**Dane (1)**
110:14

**date (20)**
4:2;5:22;9:2,12;67:2,
5,6;68:3,6,22,24;71:19,
21,22;96:2,8;102:6;
106:23;109:19;123:21

**dates (2)**
39:17;66:12

**date's (1)**
109:21

**David (1)**
4:20

**day (7)**
23:8,8;49:8,10,11;
98:18;130:10

**days (1)**
13:7

**dead (1)**
78:15

**dearly (1)**
117:2

**death (4)**
80:17;96:7;116:1,5

**de-boned (1)**
133:18,19,19

**decided (2)**
42:6;117:9

**decipher (1)**
42:7

**decision (5)**
56:17;93:17,19;
102:19;131:6

**deemed (3)**
9:15;87:5,19

**defendant (1)**
107:24

**Defendants (1)**
4:18

**define (1)**
78:16

**defined (1)**
82:14

**definition (2)**
83:20,23

**definitions (1)**
82:14

**degree (1)**
11:21

**degrees (1)**
12:25

**dehydrated (2)**
76:4;87:3

**deliver (1)**
26:11

**delivered (4)**
73:9,23;130:7,10

**denotes (1)**
31:16

**deposed (1)**
6:14

**deposition (5)**
4:4,21;6:12;37:10;
69:25

**describe (5)**
13:22;26:23;27:22;
56:12;98:8

**descriptive (1)**
92:7

**designate (1)**
9:8

**detect (1)**
94:10

**DFA (1)**
93:20

**diagnosed (4)**
28:14;106:2,13,15

**Dichi (2)**
40:18,21

**D-I-C-H-I (1)**
40:20

**dickhead (1)**
110:19

**die (2)**
58:21,23

**died (5)**
45:25;56:24;68:5;
71:4,4

**diet (9)**
29:16,20,23;47:21;
56:9;76:21;89:24;93:4;
120:5

**diets (10)**
30:23;43:25;44:17,
23,25;45:3,6;50:21;
61:8;79:14

**difference (3)**
92:10;102:7;120:19

**differences (1)**
120:21

**different (17)**
10:19;19:5;27:21;
30:2;31:4,10;48:18,19;
54:4;57:9;59:1;70:24;
75:24;76:8;99:11;
117:9;121:11

**differs (1)**
58:18

**digits (2)**
69:8,20

**dinner (2)**
60:10;104:8

**direct (3)**
72:13;74:9;75:22

**directing (1)**
70:3

**directly (1)**
52:15

**director (1)**
14:8

**disabled (2)**
10:12,15

**disclosure (4)**
92:9;103:2;125:13,
22

**discuss (2)**
29:3;46:18

**discussed (4)**
28:3,9;29:1;92:21

**discussing (3)**
67:3;82:18;92:19

**discussion (2)**
28:7,10

**discussions (1)**
64:17

**disgusting (1)**
98:20

**dish (4)**
35:14,17;60:24;61:4

**dishes (2)**
61:1,4

**dispute (1)**
72:25

**District (4)**
4:8,9;57:24;68:9

**diverse (1)**
25:20

**Division (2)**
4:9;16:6

**document (5)**
6:9;44:11;65:18;
67:22;101:6

**documents (3)**
8:14;24:2;91:20

**dog (113)**
11:5;17:2,3,4,6;
23:18;24:19,20;25:9,
10,14,16;26:14;29:5,6;
30:3,23;31:5;32:24;

33:12,17,20;34:2,13;
41:24;42:2;43:2,17,18,
25;44:22;45:2,9,15,24;
46:8,19;47:2;48:4;
49:16,17;51:4,15,17;
52:5,15,20,25;53:6,14,
22,24;54:2,18,22;
56:23;57:9,17,19,22;
58:3,8,13,19;59:3,24;
60:9;62:11,12;63:3,11;
66:19;67:15;68:25;
70:5;71:3,25;72:20,22,
25;73:13,14,23;75:2,9;
77:3,5;80:12,16;86:14;
87:10;88:22,25;89:14;
91:15,19;92:24;95:9;
96:7;98:9;99:6;100:18;
101:7,16;102:3;105:7,
20;113:24;115:13,18;
120:24;123:22;131:10

**Dogfoodadvisorcom (1)**
38:18

**dogs (85)**
11:2,2,3;20:23;21:2,
13,18,19,20,22,25;
22:4,16;23:2;24:8;
25:10;26:1,17,21,22,
22,24;27:6,12,14,17,
21;28:4,10;29:5,23;
30:20;31:2;33:22;
34:25;35:1,11,16;
39:16;40:1,4,8,24;
41:3;42:23;44:1,18;
49:8,13,15;50:18;
53:10,10;56:24;58:23;
60:6;61:2;67:15;71:4;
75:18;78:18;79:6;
80:17;88:20;93:1,2,7;
94:16;96:6;98:15;99:5,
9,21;100:7,10;112:21;
115:2,4,5,16,18,23;
116:7;122:19;123:2

**dogs' (1)**
32:16

**dog's (3)**
29:4;57:2;90:20

**DogStar (8)**
83:8,12;85:9;86:13;
128:16;132:13,20;
133:3

**dollars (3)**
28:16;51:23;56:25

**donate (1)**
124:16

**done (15)**
11:25;89:1,4;97:13,
21;98:2,4;113:3,4,12,
13;118:1,6;123:10;
127:12

**down (18)**
7:2;29:12;47:10,11;
51:9;66:25;68:6;73:6,
6;75:23;76:20;82:22;

Case 2:18-cv-01996-JPS    Filed 03/03/20    Page 40 of 52    Document 151-1

86:20;87:12;97:15;
104:4,6;115:22
dramatically (1)
115:15
draw (2)
27:10;121:23
dried (1)
74:22
drink (4)
42:21;89:21;90:1,4
Drive (4)
5:11;15:6,13;32:11
driver (2)
26:10,11
driveway (1)
108:13
drool (1)
115:24
drove (1)
108:17
drug (1)
64:22
dry (2)
56:12;98:24
duly (1)
5:2
During (2)
49:15;102:8
duties (1)
112:11
DVDs (2)
15:24;16:1
dying (1)
16:2

**E**

ear (1)
61:11
earlier (11)
42:13;45:17;52:7;
67:3;82:9;95:15;98:14;
103:1;121:12;122:19;
123:20
early (1)
31:23
East (1)
4:5
Eastern (1)
4:8
easy (1)
120:4
eat (7)
29:5;35:12,17;49:16;
61:3;87:15;121:3
eating (11)
29:4,6;35:14;46:12;
48:7;57:8;58:24;59:18;
99:8;104:9;117:11
Echo (1)
15:24
economic (1)
25:23

eight (9)
10:19;15:16;22:8;
25:12;40:3;48:8;52:3,
14;116:16
either (8)
37:4;53:7;67:8;
113:20;123:23;126:22;
129:17;133:6
elevated (4)
97:4,6,21,23
eliminate (1)
103:13
Elisa (1)
4:17
else (13)
19:25;32:5;37:3;
43:7;51:4;53:13;59:18;
62:10;85:11,20;123:1;
133:16,16
else's (1)
112:15
e-mail (3)
5:14,17;16:9
e-mails (1)
18:24
emergency (2)
71:20;96:14
emotional (1)
9:19
emphasis (1)
130:23
employed (2)
9:4;14:4
employee (2)
54:18;55:4
employees (2)
55:6,8
employment (1)
13:2
end (2)
67:6;68:3
ended (2)
23:19;105:21
England (10)
83:4,5,9,15,22;84:8,
11,13,20;128:11
England's (1)
84:2
enjoys (2)
20:13,13
enough (2)
51:8;60:7
enter (1)
100:20
entire (1)
132:15
envelope (5)
32:20,22,23;33:4,7
envelopes (1)
32:21
environment (1)
88:12
environmental (1)

103:6
ER (4)
23:7;96:12,14;100:9
especially (1)
128:6
essentials (1)
5:18
E-S-S-E-N-T-I-A-L-S (1)
5:19
estimate (3)
51:16;109:5,6
estimates (2)
109:9,12
et (1)
4:7
etc (1)
9:13
European (2)
91:18,21
euthanasia (1)
64:22
Even (16)
19:21;77:21;78:3,21;
90:2,25;91:4;98:17,21;
99:13;100:6;115:25;
118:9;122:13;124:13;
130:18
event (1)
53:12
everybody's (1)
19:5
everywhere (3)
16:18;115:19,23
exact (9)
32:13;39:17;68:24;
71:21,22;78:9;102:6;
106:23;121:17
exactly (2)
82:4,5
EXAMINATION (3)
5:4;123:16;132:6;
133:9
excellent (3)
27:24;31:8;34:18
exclusively (3)
49:16;85:9;86:12
excuse (2)
22:6;84:4
Exhibit (33)
6:4,5;44:8,9;65:14,
15,16;67:10;71:24,24;
72:5;75:8,10,11,15;
79:10,11,17;80:24;
82:23;100:20,21,22;
119:23,24;122:4;
125:4,16;127:22;
130:21;132:8,10,10
Exhibits (2)
125:5;130:5
expect (1)
48:6
expense (1)
51:13

expensive (1)
62:23
experience (2)
26:13;77:17
experienced (1)
61:7
experiences (2)
17:8,10
expert (3)
90:16;97:10;104:20
explain (3)
25:13;95:25;122:11
explic (1)
110:7
explicit (1)
110:8
extension (1)
109:23
extent (2)
110:19;111:19
extra (1)
51:24
extremely (2)
22:19;24:18
eyes (2)
100:7,11

**F**

Facebook (2)
19:15;20:2
facilities (1)
101:16
facility (4)
15:6;90:17;96:25;
97:2
fact (8)
8:1;75:5;84:10;
85:25;102:18;115:16;
117:20;119:11
factor (1)
56:17
factors (1)
42:5
factory (1)
77:9
fake (2)
104:1,2
familiar (3)
15:12;55:19;82:14
familiarize (2)
36:17;44:13
family (2)
111:25;114:22
Family-owned (1)
15:2
fantastic (1)
24:25
far (3)
21:4;54:19;81:3
farmer's (2)
27:3,4
fat (6)

33:22,23;42:9;82:19;
122:15,16
FD (3)
74:10,11,13
FDA (7)
93:11,12,12,15,17;
94:2;130:2
features (1)
87:3
fecal (1)
99:22
fed (3)
49:13;67:14;93:7
feed (11)
45:17,18;47:25;49:8,
19;50:8;74:4;82:11;
93:2;98:14;115:11
feeding (5)
35:11,15;50:23;
60:12;124:14
feel (6)
9:22;79:5;99:22;
102:14;112:11;114:2
feeling (1)
103:10
felt (1)
43:1
fence (1)
26:25
few (4)
102:15,17;110:7;
123:11
fiber (1)
122:14
field (2)
15:21;111:19
figure (2)
23:5;51:23
figured (1)
48:2
file (2)
18:25;71:1
filed (8)
8:9,12;63:18;66:4,7,
10;124:5,8
filler (1)
56:22
filter (1)
119:13
final (1)
100:3
finally (1)
129:12
Finch (5)
14:8,11,12,13,18
find (11)
28:16;31:1,21;32:12;
47:12;52:8;54:11;
103:5,13,13;112:5
Finding (1)
105:22
fine (4)
63:9;69:16;81:10;

110:10
**finish (1)**
  132:16
**finished (5)**
  13:5;85:22;87:14,20;
  118:7
**Firehose-type (1)**
  95:6
**firm (3)**
  99:10,24,25
**first (25)**
  5:2;8:21;13:5;21:17;
  29:7;40:4;64:12;66:6;
  78:1;83:16,17;92:17;
  101:8;103:11;105:6,7,
  14;106:10,18,21;109:5,
  15;111:7;123:25;
  124:15
**Fish (62)**
  31:7,10;32:9,25;
  34:5,7,8,19;36:24,25;
  44:2,5,21;46:24,25;
  47:12,21,25;48:7,8,10,
  21;50:20,25;51:25;
  62:21,22;71:10;75:24;
  76:4,8,24;78:6,19,21;
  79:14;82:24;84:5,9,16,
  17,20;87:3,5,21;93:9;
  121:6,7,10;122:24;
  125:6,16;127:23,25;
  128:9,11;129:18;
  130:13,14;132:16,20,
  23
**fit (7)**
  87:6,14,18,19,24;
  103:7;129:22
**Fitchburg (6)**
  5:11;10:23;52:6;
  66:22;70:23;109:14
**five (4)**
  16:1;80:25;95:18;
  130:15
**fix (4)**
  109:4;113:10,15,16
**flamboyant (1)**
  25:7
**flavor (1)**
  74:23
**Flint (1)**
  104:25
**flipped (1)**
  35:7
**floor (1)**
  35:14
**flowing (1)**
  121:9
**Focus (5)**
  54:3,8;55:5,11;
  117:20
**folded (1)**
  115:22
**followed (1)**
  15:18

**following (2)**
  61:8;112:4
**follows (2)**
  5:3;21:7
**follow-up (2)**
  132:3;133:8
**food (216)**
  10:2;17:2,3,4,6;
  18:11;29:5,6,7,8,11,13,
  15;30:1,3,5,15,18,23,
  25;31:1,3,5,13,15,18,
  20,22;32:6,19,24;
  33:10,12,17,20;34:3,
  13,18;35:2,5,5;38:11;
  41:13,16,20,24;42:2,
  11;43:2,17,18,25;
  44:23;45:3,9,12,15,18,
  19,24;46:5,9,12,14,14,
  19;47:24;48:4,18,18,
  19;49:16,17;51:4,15,
  17;52:5,6,15,20,25;
  53:6,14,17,23,24;54:2,
  9,11,22;55:14,16,25;
  56:7,12,15,23;57:1,9,
  17,19,22;58:4,9,12,13,
  19,24;59:6,8;60:1;
  62:11,12;63:3,11,16,
  22,25;64:3,6,9,13;
  66:21;67:5,15;68:25;
  69:5;70:6;71:9,10,25;
  72:19,20,22;73:1,13,
  14,24;75:3,9;77:3,5,10,
  11,25;78:8,10,18,23;
  80:8,16;81:12,16,19;
  82:1,2,7;85:15,23,25;
  86:5;87:10;88:2,17,22;
  89:14;90:7,12,20,22;
  91:1,4,16,19;92:18;
  93:4,6,17;94:11;98:15;
  99:1,3;101:7,11,17,22;
  102:3,21,25;103:6,9,
  18,20;105:7,20;
  111:16;112:20;113:21;
  114:8;115:13;117:12,
  16,17,20;120:25,25;
  121:25;123:22;124:9;
  125:5,11;126:9,22;
  128:5;130:10,25
**Foods (15)**
  14:14;18:13;29:4;
  32:15,15;38:14;49:19;
  54:18;57:10;66:19;
  80:12;85:10,11;87:7;
  103:15
**footage (1)**
  88:1
**force (1)**
  10:10
**foreclosure (1)**
  108:3
**foregoing (1)**
  67:13
**foreign (4)**

50:1;62:8,11,12
**formed (1)**
  107:12
**forth (1)**
  108:15
**found (3)**
  48:5;90:10;116:25
**four (3)**
  69:7,20;91:8
**free (8)**
  33:11;47:4;49:1,5,7;
  100:8;126:23;127:6
**Freeze (1)**
  74:22
**freezing (2)**
  75:1,5
**frequently (1)**
  46:18
**fresh (29)**
  31:12;32:1;43:5,6;
  62:22;73:9,12,18,19,
  23;74:2;76:4,11;77:6,
  12,14,22,25;78:2;84:4,
  16,20;87:3;88:9;130:6,
  9,13,17;131:2
**freshest (1)**
  31:22
**friendly (1)**
  115:18
**friends (5)**
  18:14;19:11;21:5;
  53:13;114:22
**front (9)**
  68:14;72:14,23;73:6;
  74:8;78:14;83:25;
  101:14;109:17
**full (4)**
  8:25;14:3;48:12;
  49:14
**fur (1)**
  115:24
**furniture (1)**
  108:11

**G**

**gain (1)**
  122:17
**Gave (2)**
  48:12;109:2
**geez (2)**
  31:10;87:24
**general (6)**
  12:12;13:13;18:1,5,
  7,14
**generally (1)**
  66:21
**gentleman (1)**
  108:8
**geographical (1)**
  83:1
**gets (4)**
  37:15;64:3,5;90:13

**given (2)**
  42:1;123:6
**giving (3)**
  30:25;42:11;46:13
**glove (1)**
  62:6
**goal (1)**
  91:23
**goes (7)**
  50:12;104:12;
  108:21,24;109:21,25;
  123:15
**golden (7)**
  22:1;25:1;27:9;
  61:18;115:6;116:11;
  117:1
**goldens (1)**
  116:24
**Good (32)**
  4:1;5:6,7;23:8;29:2;
  31:7;34:19,22;42:11,
  19;43:6;50:13;54:11;
  55:14,16;62:24;65:2;
  72:19;78:18;81:16;
  87:24;93:15;98:6;99:7,
  9,18,19;103:7;113:8,
  24;119:11;131:11
**Google (1)**
  96:22
**grab (1)**
  33:8
**graduate (1)**
  11:10
**grain (1)**
  56:22
**grain-free (1)**
  56:15
**Grand (3)**
  14:14;52:4;115:20
**grandpa (1)**
  117:1
**Gravy (2)**
  131:16,18
**Great (7)**
  8:13;11:7,13;28:1,3;
  35:18;61:7
**Greenberg (1)**
  4:18
**grew (2)**
  10:17;28:18
**Grindal (1)**
  4:24
**grocers (1)**
  18:9
**grocery (5)**
  13:9,14,15;14:13;
  18:8
**ground (1)**
  6:16
**grow (2)**
  10:16;30:13
**guarantee (1)**
  122:3

**guaranteed (4)**
  82:18;86:14;121:14;
  122:6
**guess (7)**
  48:24;53:20,20;82:1;
  88:23;104:25;119:10
**guessed (1)**
  53:21
**guessing (1)**
  117:19
**guidelines (3)**
  55:17,21;91:15
**gut (2)**
  79:8;83:16
**guy (3)**
  108:12,16,20
**guys (2)**
  74:18;103:5
**guy's (1)**
  42:19

**H**

**habits (1)**
  29:4
**hair (2)**
  61:17,18
**half (4)**
  15:16,25;22:12;35:9
**Hansen (1)**
  4:11
**happen (1)**
  112:6
**happened (4)**
  62:15,16;112:5;
  114:4
**happy (2)**
  86:14,17
**hard (7)**
  23:8;25:12;26:12;
  32:4;60:7;108:14;
  123:19
**harm (1)**
  127:14
**Harry (27)**
  21:21;22:8;24:17,18,
  24;25:3,4,5,6,7;39:24;
  40:6;46:11;50:19;
  53:25;59:18,23;60:11;
  72:1,8;98:5,10;100:13,
  25;115:1;116:8;121:3
**Harry's (3)**
  27:22;98:8;101:11
**hat (1)**
  77:8
**hate (1)**
  90:2
**hauling (1)**
  108:10
**Hawaii (1)**
  16:18
**head (3)**
  19:1;36:21;62:17

health (6)
  13:13;24:2;27:23;
  54:6;98:8;100:15
healthy (8)
  42:11;78:18;86:14,
  17;98:9;100:15,16;
  131:10
hear (4)
  6:22;7:1;64:12;
  116:22
heard (7)
  25:15;37:19;38:12,
  12;62:10;82:13;109:14
heartache (1)
  112:15
heartbeat (1)
  112:16
heavy (37)
  20:4,15;28:8,9;
  30:14;57:19,21;58:3;
  59:9;63:1,4,10,14,21,
  24;64:8,12;88:2,11,16;
  89:13,24;91:4,6,15,19;
  92:5;97:18;103:16,20;
  105:7;122:9,11;
  125:15;126:9;127:2,15
held (2)
  4:4;16:25
help (6)
  29:2;30:12;104:10,
  11;110:2,21
helpful (1)
  96:17
Here's (1)
  38:5
hexagon-type (1)
  74:16
Hey (1)
  60:10
hide (1)
  63:4
high (6)
  11:7,11;13:7;35:14;
  43:2;81:12
higher (1)
  74:12
highly (2)
  94:9,14
hinted (1)
  20:12
hire (1)
  106:25
hired (2)
  107:1;110:21
hiring (1)
  71:1
history (1)
  13:3
hit (4)
  108:14,15,23;109:3
hobbies (4)
  10:25;122:18,20,22
hold (3)

12:24;51:8;55:2
holds (1)
  60:15
holistic (3)
  49:23;50:3,5
home (5)
  10:13;15:14;16:22;
  32:6;59:23
homes (1)
  25:21
honest (4)
  9:22;57:14;91:25;
  104:3
Honestly (12)
  11:2;22:17;23:6;
  29:10;36:7;42:14;
  52:22;64:19;68:11;
  102:24;119:4,7
honor (1)
  24:14
hood (1)
  25:23
hope (2)
  73:17;91:24
hoped (1)
  103:1
hoping (2)
  112:25;113:2
hospital (2)
  11:3;96:12
hot (1)
  34:7
house (6)
  15:10;22:22;23:12;
  41:6;85:3;108:20
household (1)
  53:5
houses (1)
  10:19
human (9)
  49:19;87:6,19;103:8,
  9,15,18,18;129:22
Humane (1)
  124:17
humans (2)
  87:14,24
hundred (9)
  33:13;34:21,22;52:2,
  11;73:5;76:11,15,17
hunt (1)
  122:22
Hut (1)
  26:4
hypothesis (1)
  28:22

I

ice (1)
  73:16
icon (2)
  74:16;80:25
icons (1)

85:2
idea (5)
  35:25;64:1;86:6;
  90:17;124:23
identification (8)
  6:6;44:10;65:17;
  72:6;75:12;79:12;
  100:23;119:25
identifying (1)
  93:16
III (1)
  18:4
illness (1)
  57:2
illnesses (1)
  100:2
image (2)
  71:24;75:21
images (3)
  64:25;72:1;75:24
imagine (1)
  60:15
impair (1)
  7:7
implied (1)
  87:14
imply (1)
  127:5
important (5)
  42:5;74:1;86:1,18;
  122:7
Inc (1)
  4:7
include (1)
  73:15
included (1)
  129:17
Including (3)
  127:15,17,20
inclusion (1)
  87:6
income (2)
  115:15,15
incorrect (2)
  68:4,21
independent (2)
  15:1;18:1
India (1)
  128:25
indicate (1)
  6:11
indicated (1)
  6:9
indications (2)
  97:3,6
indoor (1)
  26:22
industry (2)
  13:15;18:8
infested (1)
  22:24
information (9)
  9:9;36:21;43:8;

68:20;69:5;71:16;
  80:21;93:5;112:4
infused (2)
  74:22;98:22
ingredient (15)
  56:6;63:11;81:17;
  82:7,17;101:5;121:13,
  18,20;132:15,15,17,19,
  22;133:2
ingredients (25)
  55:13,23;59:16;63:3;
  73:9,22;76:5,11,16,18;
  77:11;81:18,23;82:15;
  83:2;87:4;89:10;
  101:10,10;128:10,14,
  20;129:3,7,21
insects (1)
  62:2
insemination (1)
  41:11
inside (4)
  28:18;94:24;95:1;
  98:22
insisted (1)
  57:6
inspiration (1)
  84:4
inspirational (1)
  84:3
Instagram (1)
  19:19
instance (1)
  128:7
instruct (1)
  7:25
instrument (2)
  94:9,15
insurance (1)
  110:25
intended (1)
  72:16
intentionally (1)
  89:4
interact (1)
  27:9
interacted (1)
  20:3
interested (1)
  81:13
interests (1)
  10:25
internal (1)
  22:23
internet (6)
  20:25;34:10;35:18;
  37:23;52:18;93:24
interrogatories (1)
  67:21
Interrogatory (3)
  44:16;67:12;68:20
interrupting (1)
  24:4
into (28)

7:22;24:13,19;25:17;
  28:19;30:5;32:2;35:16;
  45:11,19;55:11,12;
  60:23;63:24;64:3,15;
  73:13,14;81:10;82:22;
  93:22,23;99:2;108:13;
  111:15;113:23;119:22;
  123:18
intro (1)
  71:18
introduce (5)
  6:3;65:14;75:8;
  79:10;119:22
introduced (1)
  29:7
involved (1)
  17:1
iron (1)
  26:25
irrelevant (1)
  58:7
Island (1)
  115:17
issue (4)
  84:10;87:17;91:8;
  120:24
issues (4)
  61:8,23;105:6;
  110:23
itching (1)
  47:14
iteration (1)
  79:13

J

Jack (28)
  21:20;22:6,10,12,14;
  24:23,23;28:14;29:1;
  34:4;39:21;40:4;44:2;
  45:13;47:12;48:5,7,10;
  50:19;72:7;96:4;97:20;
  100:1;106:2,12,15;
  115:1;120:7
Jack's (1)
  97:25
janitor (1)
  13:9
January (6)
  39:17;66:20;67:15;
  106:3,14,15
January-ish (1)
  106:1
Jasmine (1)
  5:11
Jeep (1)
  115:20
Jesse (11)
  40:25;41:7,13,15;
  115:5,6,11,12;116:3,4,
  4
Jesse's (1)
  116:1

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 43 of 52   Document 151-1

**Jill (24)**
  21:20;22:6,10,11,14,
  19;23:7;24:19,21,22;
  39:19,22;40:5;50:19;
  71:19;96:2,3,12;97:3,
  13;100:1;115:1;121:3,
  9
**job (7)**
  11:1;13:5,22;14:7;
  15:13,17;24:25
**jobs (1)**
  15:21
**jogged (1)**
  36:19
**joined (1)**
  69:23
**Jon (1)**
  4:11
**jumped (2)**
  24:19;36:22
**June (1)**
  4:3

**K**

**Kay (1)**
  9:1
**keep (7)**
  14:2;19:9;29:2;
  50:12;63:13;73:16;
  86:14
**keeping (1)**
  114:4
**keeps (1)**
  19:9
**Kentucky (13)**
  83:13,14;84:18,22;
  86:13;90:19;101:17,
  24;102:5;121:1;125:5;
  128:16;129:10
**kept (2)**
  13:18;109:4
**kibble (10)**
  56:13;60:16,17;
  87:14;98:25;99:5,7,7;
  117:21;128:13
**kids (13)**
  24:20,22;25:20,20,
  24;26:2,3,7,13,14,15,
  16;55:6
**kill (1)**
  59:3
**killed (1)**
  79:6
**kind (13)**
  13:12;18:5;20:12;
  22:16;23:10;34:23;
  39:7;42:12,15;57:7;
  85:2;99:19;104:24
**kitchen (5)**
  77:8;83:12;84:18,23;
  90:19
**kitchens (5)**

77:7;83:8;85:9;
  86:13;113:7
**knew (5)**
  30:19;42:14;55:14;
  84:8;131:13
**knowing (1)**
  19:23
**known (1)**
  114:1

**L**

**La (1)**
  11:11
**lab (1)**
  107:15
**Label (13)**
  37:19;42:7;59:8,11;
  62:25;113:5;125:12,
  13,25;126:22,22;
  127:22,23
**labels (2)**
  125:3;127:5
**lady (5)**
  108:19;110:15;
  115:7,11,12
**Lady's (1)**
  116:5
**lake (1)**
  123:4
**lakes (1)**
  123:5
**lamb (1)**
  133:19
**landscaping (1)**
  108:10
**Large (2)**
  54:3,8
**larger (4)**
  48:20;72:3,4;86:10
**last (17)**
  16:8;22:11;25:9;
  39:18;44:15;46:2,4;
  67:12;68:24;69:7,20;
  86:9;106:4;118:20;
  119:17;123:18,21
**lasted (1)**
  22:21
**late (1)**
  48:3
**later (4)**
  40:5;48:5;96:19;
  130:15
**laugh (2)**
  26:17,17
**laughing (1)**
  25:3
**lawsuit (14)**
  8:11;9:16;57:23;
  58:2;71:2;88:21;91:23;
  107:22,24;112:3;
  113:1,2;114:16;124:1
**lawsuits (2)**

114:5,7
**lawyer (5)**
  17:21,22;37:15;
  68:15;106:18
**lawyers (1)**
  111:25
**lead (10)**
  42:20;89:20,22;90:3;
  91:9;97:4;103:22;
  104:25;118:16;119:11
**leads (1)**
  53:4
**leaning (1)**
  35:13
**learn (3)**
  88:14;105:6,14
**leash (1)**
  27:1
**leashes (1)**
  27:12
**least (2)**
  46:21;118:3
**leather (1)**
  53:3
**leave (1)**
  109:23
**led (6)**
  31:2;35:18;58:16;
  59:15;71:1,13
**left (4)**
  72:13;76:20;81:3;
  86:9
**leg (1)**
  23:11
**legal (3)**
  8:25;110:20;111:19
**lemon (1)**
  104:11
**lemons (2)**
  104:10,10
**less (6)**
  42:22;46:17;48:8;
  52:3;60:17;116:15
**lettering (1)**
  87:11
**letters (1)**
  110:18
**level (6)**
  35:15;47:9;89:6,12;
  90:21;105:4
**levels (8)**
  30:14,17,19;97:4,6,
  22,24;122:15
**licenses (1)**
  12:25
**lid (2)**
  50:23;60:22
**life (6)**
  10:18;21:19;30:2;
  58:25;80:22;107:1
**lifted (1)**
  115:21
**likeable (1)**

24:19
**likely (2)**
  69:23;92:13
**limited (3)**
  81:6;115:14;127:25
**line (4)**
  57:5,7;90:12;101:3
**lined (2)**
  26:8;27:7
**lines (1)**
  54:4
**linked (1)**
  19:23
**list (5)**
  132:15,16,17,19;
  133:3
**listed (1)**
  107:17
**listening (1)**
  77:21
**literacy (4)**
  11:5;24:20;25:14,16
**literally (1)**
  32:11
**literate (1)**
  18:24
**little (40)**
  8:16;11:15,24;13:22;
  21:12;25:13;26:9;31:4,
  9,14,16;32:20,23;
  33:18;35:3;37:18;
  42:22;46:13;48:12;
  49:23;54:10;73:7;
  74:12;75:24;76:20,20;
  77:6,8;80:25;85:2,3;
  86:8,24;90:19;102:21,
  21;108:19;118:2;
  124:19;125:8
**live (1)**
  34:25
**lived (5)**
  10:18,19;15:11;
  115:6,9
**lives (1)**
  108:20
**LLC (1)**
  18:4
**located (3)**
  16:17;40:21;96:16
**location (1)**
  70:19
**locations (1)**
  70:17
**Lockridge (1)**
  4:24
**log (1)**
  33:4
**Logan (2)**
  11:11,11
**logical (1)**
  92:12
**logically (1)**
  90:11

**logo (2)**
  74:9;86:25
**logos (1)**
  80:25
**long (8)**
  8:13;10:22;14:4;
  23:8;34:25;35:8;48:6,
  14
**longer (4)**
  30:24;102:18;
  104:14;118:3
**look (27)**
  31:19;36:12,15;42:7,
  9,23;55:21,22;61:2;
  64:24;65:18;72:10;
  75:17;79:13;92:7,14;
  98:3;99:19,20;100:24;
  101:10;120:5;128:7;
  130:4,20,22;132:8
**looked (17)**
  34:9;20,36:13,14,18;
  37:3;55:13;77:4;81:14;
  82:20;94:22;97:18;
  98:16,19;108:12,16;
  116:24
**looking (23)**
  33:17,19,21,21;34:2;
  55:17;59:16;62:17;
  71:5,7,8,9;73:4;85:2,6;
  86:9;87:23;99:4;
  111:15;120:13;122:8,
  15;125:12
**looks (5)**
  73:4;85:3;90:18;
  99:18;120:9
**lost (2)**
  22:13;80:5
**lot (8)**
  13:15,16;15:5,21;
  25:20;26:20;49:25;
  88:1
**love (4)**
  24:20,21;26:19;27:9
**loved (4)**
  24:21;112:13,14;
  116:24
**lovers (1)**
  131:9
**loves (1)**
  25:24
**low (2)**
  25:23;81:12
**lower (2)**
  76:20;87:4
**loyalty (3)**
  32:19;47:5;49:1;
  52:10;53:1
**Lucido (1)**
  57:24

**M**

**Mackinac (1)**

Case 2:18-cv-01996-JPS    Filed 03/03/20    Page 44 of 52    Document 151-1

115:17
**Madison (16)**
4:5,13;10:17;15:10;
27:3;32:11;70:20;
100:11;104:3,9;116:9,
10,12,13,14;117:11
**Madison's (1)**
116:25
**main (1)**
56:6
**majority (1)**
94:23
**Makes (6)**
21:11,11;26:20;
55:16;73:18;84:21
**making (4)**
53:24;75:2;109:16;
131:5
**managers (1)**
14:1
**manmade (1)**
103:6
**manufacturer (1)**
62:14
**manufacturers (1)**
114:8
**many (13)**
10:6;21:19;34:21;
43:19;45:2,4,4,6;
46:19;47:8;48:25;49:8;
115:4
**March (1)**
39:19
**mark (5)**
6:3;44:7;69:9;71:24;
75:16
**marked (10)**
6:5;44:9;65:16;72:5;
75:11;79:11,20;80:23;
100:22;119:24
**marker (1)**
47:19
**markers (1)**
98:3
**market (3)**
27:3,4,5
**marketing (2)**
12:17;17:4
**marriage (1)**
8:21
**married (1)**
8:19
**Marvin (6)**
108:21,23;109:1,8,
10;110:3
**Massachusetts (4)**
38:4,5;54:12;116:21
**material (2)**
94:23,25
**materials (1)**
43:14
**maternity (1)**
109:22

**math (1)**
49:2
**matter (1)**
23:14
**matters (1)**
110:25
**may (23)**
7:7;19:23;22:12,14;
26:17;46:4,6,9;52:23;
53:23;54:11;67:8,19;
68:22;78:8;92:5,6,6;
96:4,9;106:16;123:23;
124:15
**maybe (8)**
18:13;35:9;48:15;
87:12;98:6;106:1;
119:19;125:8
**meal (9)**
129:16;131:13,15;
132:23,23;133:1,5,12,
21
**mean (21)**
8:4;18:24;19:11;
21:4;46:23;51:22;60:6;
63:2;67:4;72:18;73:11;
74:4;76:7;77:6;85:18;
86:17;89:19;99:24;
103:10;112:13;113:5
**Means (5)**
78:18;85:19;122:12;
126:8;130:9
**meat (5)**
44:4;73:15,16;
132:23;133:5
**media (1)**
20:13
**medical (2)**
17:19;79:9
**medications (1)**
7:7
**medicine (1)**
17:11
**meet (3)**
26:10;53:10;83:20
**member (1)**
68:7
**memorize (1)**
72:24
**memory (6)**
7:8;24:15;36:19;
42:16;44:17;123:25
**mention (1)**
57:10
**mentioned (15)**
20:12;21:23;31:6;
34:11;44:23;52:7;59:9,
11;60:12;91:20;95:14;
103:1,22;121:13;
122:19
**merchandise (3)**
13:14;18:2,5
**merchandise-related (1)**
18:7

**merchandising (1)**
14:8
**mercury (1)**
97:7
**mess (1)**
109:11
**messed (1)**
19:10
**met (1)**
106:21
**metal (8)**
26:24,25;28:8;60:23;
61:15;63:4;99:15;
103:20
**metal-free (1)**
88:2
**metals (36)**
20:4,15;28:9;30:15;
57:20,22;58:3;59:9;
63:2,10,14,21,24;64:8,
12;88:11,16,22;89:13,
24;91:4,6,15,19;92:6;
97:15,18,24,25;103:16;
105:7;125:15;126:9;
127:2,6,15
**method (1)**
111:13
**mice (2)**
61:25;62:1
**Michigan (1)**
104:24
**middle (2)**
73:7;78:15
**Middleton (1)**
55:2
**Mifflin (1)**
4:5
**might (10)**
11:25;17:8;28:11;
66:13;89:25,25;92:18;
97:18,21;120:21
**mile (1)**
41:6
**miles (2)**
15:13,14
**military (1)**
13:16
**mill (1)**
85:21
**million (1)**
13:11
**Milwaukee (1)**
4:9
**mind (7)**
6:17;13:3;21:12;
39:5;77:23;95:17;
98:24
**minimally (1)**
87:4
**Minneapolis (1)**
14:9
**Minnesota (1)**
10:20

**minute (1)**
89:5
**minutes (7)**
8:15;22:21;23:14,15;
95:18;118:3,9
**miscommunication (1)**
125:9
**misled (1)**
113:23
**miss (1)**
24:23
**mission (2)**
80:10,16
**misstatement (1)**
72:7
**misstates (1)**
121:16
**mistaken (1)**
68:22
**misunderstood (1)**
66:13
**mix (2)**
35:6;82:3
**mixed (1)**
35:5
**Mm-hmm (16)**
21:24;22:15;28:6;
40:7;52:1;54:1;60:14;
68:16;72:17;73:3;
114:13;117:24;122:21;
125:20;128:2;132:18
**M-O-B-I-L (1)**
5:18
**MobilEssentials (2)**
16:8;18:20
**moist (1)**
99:10
**mold (1)**
61:20
**moldy (1)**
73:21
**molecule (2)**
91:4;105:2
**molecules (2)**
89:13;90:22
**moment (2)**
79:2,3
**monitor (1)**
114:10
**month (5)**
46:3,20,21;66:19;
105:24
**months (3)**
28:20;48:9;130:15
**more (12)**
34:6;47:21;56:11,20;
78:12;92:13;93:21;
109:9,12;119:21;
121:23;129:10
**morning (9)**
4:1;5:6,7;15:14;
22:20;49:11;96:3;
110:17;111:15

**mortar (3)**
52:21;70:14,16
**most (2)**
43:21;84:22
**mostly (1)**
15:1
**motivated (1)**
50:13
**motorcycle (1)**
14:16
**Mounds (26)**
31:14;32:10,12,18;
33:3;47:5;49:1;52:6,8,
9,12,20,25;53:2;54:17;
55:4,8;66:21;69:5,20,
20;70:6,11,23,24;98:17
**mouth (2)**
30:6;71:16
**move (6)**
13:16,20;31:20;73:6;
76:19;86:8
**moved (4)**
13:17;15:10;101:19;
102:4
**much (10)**
13:18;30:4;48:20,23;
53:16;55:6,25;80:21;
117:21;122:13
**muscle (1)**
23:10
**mushy (1)**
99:10
**must (2)**
68:5;80:4
**mutton (1)**
133:18
**myself (5)**
6:23;7:24;36:17;
53:7;75:16

**N**

**name (16)**
4:11;5:8;6:9;8:23,
25;11:18;18:3;22:17;
25:2;29:11,16;41:1;
94:5,7;96:12;131:1
**named (1)**
124:6
**names (6)**
21:18;40:23;42:8;
45:4;81:21;96:10
**narrative (1)**
66:1
**nasal (3)**
22:18;28:17;116:2
**N-A-S-C-H (1)**
14:11
**Nash (8)**
14:8,10,10,11,12,13,
15,18
**N-A-S-H (1)**
14:11

National (2)
  16:20,21
natural (4)
  72:19;74:22;88:18,
  19
naturally (4)
  88:11,16;89:17;
  127:11
nature (2)
  64:17;72:16
Nauen (1)
  4:24
Nautilus (1)
  116:20
necessarily (2)
  20:25;37:12
need (9)
  6:25;7:4;24:12;26:6;
  79:24;92:21;93:18,20;
  110:3
needed (1)
  114:15
negative (2)
  37:11,24
neighbor (1)
  25:10
neighborhood (1)
  15:11
neighbor's (1)
  108:8
Nestle (1)
  57:24
New (18)
  10:20;15:5;46:5,14;
  83:4,5,9,15,22;84:2,8,
  11,13,20;96:24;
  115:20;116:22;128:11
news (1)
  8:4
next (9)
  14:6,19;19:13;46:11;
  47:9,11;51:10;84:18;
  110:4
niche (1)
  77:7
night (6)
  24:10;25:9;61:1,5;
  96:13;118:25
nine (1)
  25:18
noes (1)
  7:4
noise (1)
  92:8
Non-foods (1)
  13:13
Nope (2)
  13:1;114:25
normal (1)
  98:11
Northern (1)
  57:23
nose (2)

28:18,20
notes (1)
  118:4
notice (2)
  78:3;120:23
noticed (1)
  120:21
Nourish (1)
  72:16
nowadays (2)
  19:5;82:1
nuh-uhs (1)
  7:3
number (6)
  4:10;38:6;44:16;
  67:13;75:15;117:1
numerals (1)
  18:4
nutrient (1)
  30:2
nutrients (1)
  30:2
nutrition (6)
  12:4;17:14;20:10,21,
  22;73:5
nutritional (9)
  30:10;55:17,21;59:5;
  72:19;81:16;125:11,
  17;126:3
nutritious (2)
  73:1,2

                O

oath (1)
  5:3
object (4)
  7:21;62:11,12;101:2
objection (39)
  24:1;51:20;58:6;
  60:3;61:22;64:14;
  65:25;69:2;76:12;78:5;
  87:16;90:15;93:13;
  94:12,19;97:9;104:19;
  105:10;112:24;113:19;
  118:23;119:2;121:16;
  127:7,19;128:18,23;
  129:2,5,9;130:1,16,19;
  131:4,8,14,24;133:14,
  20
objections (1)
  67:14
objects (1)
  62:8
occur (2)
  88:11,16
occurring (1)
  89:17
ocean (2)
  84:22;130:14
Oct (1)
  67:7
October (4)

66:21;67:2,8,16
Odyssey (2)
  41:6;42:1
off (13)
  21:17;32:25;35:2;
  39:11;62:17;65:9;
  95:20;96:6,6;118:10;
  120:2,3;134:1
office (1)
  13:21
officer (2)
  10:11;109:17
official (1)
  124:24
Officials (1)
  82:11
offspring (2)
  40:8,13
often (1)
  50:8
Ohio (1)
  129:8
Oklahoma (1)
  10:20
old (14)
  10:8;22:4;25:12;
  34:24;35:1;40:1;96:25;
  115:7,13;116:4,4,6,12,
  13
omegas (1)
  122:10
once (5)
  9:13;43:21;50:18;
  66:19;115:21
One (51)
  11:4;19:23;22:18,19;
  26:5,9;30:20;32:12;
  37:1;40:9;43:1;46:21,
  23,23,25;47:2,2,3;49:5;
  50:25;52:2,23;54:5;
  69:5;81:2;85:2;90:25;
  91:4,20;98:16;99:18;
  101:8,17,17;105:2;
  107:8,9;109:8,24;
  116:13,15,15,25;117:1;
  119:6,21;120:13;
  122:9,11;126:20;133:8
ones (1)
  117:3
one's (1)
  42:22
online (6)
  8:6;52:21,23;70:15;
  71:5,15
only (21)
  10:2;34:9;35:19;
  38:2;41:2;43:8;47:2;
  52:9,20;54:23;55:22;
  70:17,21,23,25;78:19;
  89:25;93:6;98:24;
  101:23;121:6
opened (1)
  50:23

opinion (18)
  41:15;43:6;54:20;
  56:21;79:8;80:17;
  84:22;88:9,17;89:12;
  90:16,18,21;94:2;
  97:10;104:20,21;
  125:15
opportunity (1)
  59:3
order (2)
  26:7;53:2
ordered (1)
  53:3
ordinary (1)
  100:1
organizations (2)
  94:3,5
organs (2)
  22:23;76:24
original (3)
  33:15;66:3;68:8
Orijen (24)
  36:14;37:4;42:6;
  43:20;44:21,21;47:10;
  48:7;55:8;59:3,6;61:8;
  62:18;71:10;73:1;76:3;
  77:11;86:13;87:3;96:6;
  99:21;102:9;123:22;
  124:9
others (2)
  5:20;117:8
otherwise (3)
  77:15,16;79:2
out (34)
  14:14;16:22;23:5;
  28:16;32:11;36:22;
  47:12;48:2,5;52:7;
  54:11,24;60:19;61:3;
  62:19;90:11;94:18,23;
  95:9;100:1;103:13;
  104:8,11,13;106:19;
  107:6;108:9,12,16;
  109:22;112:5;116:20;
  119:21;123:3
outcome (2)
  112:25;113:2
outdoor (1)
  26:22
outside (6)
  11:1;26:4;27:5;
  50:10;95:4;114:18
outsource (1)
  86:5
outsourced (6)
  85:5,18,25;129:13,
  18,20
over (23)
  6:16;11:23;13:2;
  17:7;30:23;31:13;
  34:21,21;35:3,7,13;
  50:1;55:3;65:18;66:12;
  76:3;78:8;87:25;94:2;
  108:19;115:24,25;

121:11
own (4)
  16:4;17:23;35:22;
  79:8
owned (1)
  17:23
owner (2)
  16:5;112:14
owners (1)
  112:13

                P

pack (1)
  78:6
package (10)
  43:4;55:18;76:3;
  78:3,9,12;80:20;113:5;
  114:1;132:20
packages (1)
  113:6
packaging (9)
  43:3,9;59:14,17;
  65:1;78:6;82:15;86:7;
  92:10
page (12)
  44:14;66:14,23,24;
  67:11,20;75:21;80:7;
  81:18;91:7;101:6;
  130:20
pages (2)
  65:21;107:9
paid (3)
  117:2,2,3
pamper (1)
  115:10
pampered (1)
  26:24
panel (7)
  81:17;82:7,17;101:5;
  121:13,19,21
paper (3)
  37:6,7,9
papers (2)
  8:8,10
paperwork (1)
  7:17
paragraph (4)
  66:15,24;86:10;87:9
parents (1)
  27:19
park (1)
  25:9
part (2)
  16:8;91:1
participate (1)
  19:7
particular (6)
  18:16;21:5;29:22;
  32:14;49:24;114:11
parties (4)
  25:25,25;26:1,2
party (2)

Case 2:18-cv-01996-JPS    Filed 03/03/20    Page 46 of 52    Document 151-1

129:18,20
**passed (17)**
22:5,10,11,19,22;
24:7;28:4;96:2,3,4;
98:5;99:6;100:2;
106:15;109:19,21;
111:24
**passing (1)**
23:19
**past (1)**
109:19
**patio (1)**
108:11
**pay (3)**
21:1;109:5,17
**peels (1)**
120:3
**pentobarbital (18)**
20:8;19;28:11;58:11;
63:21;64:5,9,20;92:18,
23;93:3,8;94:10;126:1,
18;127:20;129:22,25
**people (22)**
13:14,25;18:14;21:9;
25:2;27:7,9;40:12;
42:18,20;53:11;86:2;
92:16;93:25;94:4;
99:13;104:6,21,21;
112:6,8,12
**Pepsi (3)**
90:2,2,3
**per (3)**
46:19,21;91:1
**perceived (1)**
51:14
**percent (6)**
55:23;73:5;76:11,15,
17;118:5
**percentages (3)**
82:18;121:25;122:8
**perform (1)**
23:4
**period (1)**
49:15
**person (2)**
77:7;93:1
**pet (45)**
10:2;17:13;18:11,13;
20:10,21;26:15;29:13,
14;31:3,13,15,18,19,
22;32:6,19;38:10,14;
41:13,15,20;52:6;
63:16;66:21;67:4;69:5;
78:8;82:2;92:17;93:4,
6;99:13;102:25;
111:16;112:13,14,14;
114:8,24;115:24;
124:9;126:8;128:5;
131:9
**PETERSON (68)**
4:23,23;6:1;7:21;9:7,
12;23:20,24;40:17;
51:20;58:6;60:3;61:22;

64:14;65:25;68:13,17;
69:2,16,22;70:3;71:13;
74:14;75:14;76:12;
78:5;79:17,21,24;83:6;
87:16;90:15;93:13;
94:12,19;95:18;96:18,
21;97:9;101:2;104:19;
105:10.22;106:5,10,18;
112:24;113:19;116:3;
117:24;118:8,23;
119:2;120:12,16;
121:16;123:11,14,17;
127:19;132:2,5,9,11,
13;133:8,10,24
**Petfoodindustrycom (1)**
38:16
**Petfoods (3)**
4:7,19,22
**pets (3)**
112:14;115:10;
127:14
**PetSmart (4)**
70:13,14,19,21
**pharmacies (1)**
15:1
**phenobarbital (1)**
63:14
**phone (3)**
16:3,11;38:6
**phrase (7)**
72:18;73:11,22;76:2;
81:9;82:24;85:22
**pick (7)**
54:9;55:3;99:9,14,
15,17,17
**picked (1)**
31:25
**picking (2)**
99:8,13
**pickups (1)**
99:10
**picture (1)**
36:18
**pictures (2)**
27:8;36:16
**piece (1)**
61:15
**pieces (2)**
61:13;89:25
**pile (1)**
32:5
**pizza (7)**
26:1,3,4,4,10,11,12
**pizzas (1)**
26:7
**placed (1)**
92:12
**Plaintiff (5)**
4:25;9:16;66:18;
67:14;107:22
**Plan (4)**
55:11;117:14,15,20
**plant (1)**

64:2
**Plastic (8)**
51:3,6,8;60:16;
61:11,13;94:25;95:1
**played (1)**
23:8
**plays (1)**
25:12
**please (28)**
4:14;5:8;6:19,22,25;
7:2;8:2;14:10;40:19;
44:13,14,20;65:18,19;
66:14,16;67:11,20;
72:3;75:20;80:7;82:6;
96:2;130:21;132:14,
16,25;133:2
**Plymouth (1)**
116:20
**point (11)**
28:19;64:15;78:6;
98:6;100:6;104:12,16;
119:10;121:3;124:4;
126:20
**pointing (1)**
75:25
**poisoning (1)**
28:8
**police (5)**
10:10,11;108:25;
109:17;110:14
**political (1)**
21:10
**pontoon (2)**
123:2,3
**Portage (1)**
40:22
**portrays (1)**
126:11
**position (4)**
14:4,6;90:25;91:3
**positions (1)**
16:25
**possibly (1)**
71:10
**posting (1)**
20:13
**posts (1)**
20:3
**poultry (4)**
34:8;44:5;47:20,25
**pounds (8)**
47:8;56:5;76:4;
77:22,22,23;78:2;98:9
**Prairie (1)**
55:1
**Pre (1)**
54:8
**precise (1)**
77:4
**premium (2)**
43:2,2
**prenatal (1)**
41:9

**prepare (3)**
7:11,12,15
**Prepared (3)**
85:9;86:12;114:13
**preparing (2)**
36:20;90:20
**presence (1)**
94:10
**present (2)**
6:11;93:4
**pressure (1)**
23:15
**pretty (3)**
18:21;55:6;122:13
**prevent (1)**
112:15
**previously (1)**
67:18
**prey (2)**
76:21;77:2
**price (3)**
34:20;53:18;86:21
**prices (1)**
51:12
**Prince (29)**
21:21;22:8;24:17,18,
24;25:3,4,5,6,7;27:22;
39:24;41:5;46:11;
53:25;59:18,23;60:11;
72:1,8;98:5,8,10;
100:13,25;101:11;
115:1;116:8;121:3
**print (4)**
43:14;81:11;87:12;
92:14
**printouts (1)**
72:3
**prior (1)**
87:6
**privilege (2)**
7:25;64:16
**Pro (4)**
55:11;117:14,15,20
**probably (28)**
11:2;16:16;20:22;
23:14;34:25;35:3,9;
45:10;46:21;48:3,8;
51:24;52:2,3;60:10;
65:2;68:17;82:22;
85:16;87:11;93:21,24;
99:4;101:8;106:1;
115:12;118:7,20
**problem (7)**
28:17;75:6,7;93:16;
104:24;105:20;112:21
**problems (2)**
27:25;104:22
**proceed (1)**
4:16
**proceeding (1)**
110:12
**process (2)**
15:8;110:20

**processed (1)**
87:4
**processes (1)**
75:2
**procurement (2)**
13:10,24
**produce (3)**
73:14;86:3;101:16
**produced (7)**
31:24;73:13;102:4;
120:25;121:1;128:19;
129:11
**producer (1)**
88:23
**producing (3)**
78:22;86:2;101:19
**product (16)**
13:11,12;14:3;31:17;
73:12;83:2;85:23;86:5;
88:9,20;92:1;103:5;
112:19;114:2,3;131:6
**products (3)**
16:14,14;124:10
**professionals (2)**
94:3,7
**program (5)**
32:18;47:5;49:1;
52:10;53:1
**Project (1)**
37:20
**promoted (1)**
13:18
**Promotions (5)**
14:22,25;15:3,20,23
**proof (1)**
79:9
**properly (2)**
31:17;32:3
**property (1)**
109:3
**prospecting (1)**
15:5
**protein (5)**
56:6,20;81:12,14;
82:19
**Protein-rich (1)**
81:6
**prove (5)**
89:1;110:5;113:8,11,
12
**proves (1)**
113:14
**provide (3)**
69:8;96:11,18
**Providing (1)**
112:4
**publication (1)**
124:25
**pulled (1)**
23:10
**puppies (7)**
29:14,15;30:11,12,
20,24;41:9

**puppy (19)**
29:16,20,23,25;30:1,
5,15,18,22;35:2,5;
45:11,17;48:19;53:17;
58:25;117:16,17,20

**purchase (11)**
32:13;44:1,25;45:3;
52:9,21;53:5;59:15;
66:12;69:19;131:6

**purchased (19)**
40:4;44:18;45:13;
46:18;52:23;61:9;
64:25;66:18;68:24;
71:25;72:11,22;75:17;
77:3;79:14;87:9;101:6;
124:9;131:12

**purchases (3)**
52:18;68:4;69:7

**purchasing (22)**
44:22;45:8,15,24;
48:4;53:22;67:4;70:5,
11,12,14,19;77:17;
78:10;81:9,13;82:7;
100:25;102:9,15,19;
113:23

**Purebred (2)**
22:1;115:7

**Purina (23)**
54:3,5,8;55:5,11,25;
56:7;57:25;58:2,8,11,
16,18;59:1,6,8,11,14,
19;70:5,11;117:15,19

**Purina's (1)**
57:19

**purport (1)**
113:16

**purposed (1)**
73:23

**purposing (1)**
86:15

**put (25)**
9:8;23:25;24:2;
29:22;30:1;31:14;33:2,
3;35:16;47:21;51:10;
52:25;57:21;58:13;
60:17;63:16;68:6,13;
89:6;92:5,13;98:22;
99:16;103:2;106:5

**puts (1)**
61:4

**putting (3)**
73:15;103:9;108:10

**Q**

**qualities (2)**
33:20;34:1

**quality (2)**
51:13,15

**quick (1)**
39:4

**quickly (1)**
19:14

**R**

**Racine (2)**
14:20;15:13

**raised (1)**
124:20

**ran (1)**
108:18

**Rapids (1)**
14:14

**rather (1)**
23:7

**ratios (1)**
33:22

**raw (16)**
59:24,25;73:9,11,12,
15,16,23;76:4,7,16,18;
87:3;98:15,19,21

**rawhide (4)**
49:25;50:1,2;95:7

**reached (1)**
106:19

**read (50)**
7:16,17;11:5;25:16;
26:14;43:8,11,14;
44:20;66:16,17;67:1,
11,17,18;72:2,21,23,
24;73:22;74:21,24;
76:2,5,25;80:13,21;
81:7;82:6,8,17;83:25;
84:7;85:8,12,13;86:16;
87:2,7,9,11,18;91:18;
92:15;121:13,18,20;
132:14,19;133:2

**reading (7)**
26:15,16;59:17;
66:23;88:15;90:18;
113:25

**ready (2)**
44:14;65:19

**real (1)**
121:9

**realize (1)**
113:3

**really (3)**
34:4;41:12;42:19

**reason (9)**
29:22;72:2;77:10;
78:23;79:7;80:15;86:4;
117:4,7

**Rebecca (5)**
4:23;24:6;114:12,18;
123:10

**recall (29)**
7:8;12:14;18:16;
29:16;34:16;35:24;
44:22;45:23;47:7,9;
48:1;53:16;54:13,15;
56:9;63:20;64:19;
71:22;75:1,4;97:23;
102:12;107:3,18;
117:15,17;124:6;

128:1;132:24

**recalled (2)**
93:18,20

**receipt (1)**
33:1

**receipts (3)**
33:7,14;47:3

**receive (1)**
11:21

**received (5)**
17:13,16;31:16;
34:11;49:5

**recently (6)**
21:20;42:16;43:23;
98:10;116:14;119:19

**Recess (4)**
39:13;65:11;95:22;
118:12

**recognize (1)**
44:11

**re-collect (1)**
39:8

**recommend (3)**
29:23;47:23,24

**recommendation (3)**
34:12;42:4;58:14

**recommendations (4)**
31:6;42:1;58:15;
59:17

**recommended (7)**
18:11,13;29:9;30:8;
41:13,20;54:14

**record (17)**
4:2,15;5:8;9:8;
23:25;24:5;39:12,15;
44:20;65:10,13;95:21,
24;106:5;118:11,14;
134:1

**recovery (1)**
15:8

**rectangle (3)**
72:15;84:2;86:24

**Red (25)**
44:21;46:25;47:1,7,
11;48:11,13,23;51:1;
71:12,25;72:14;73:1;
80:24;84:2;93:9;
108:21;120:6;121:4;
125:16;128:7,10;
129:17;131:12;133:3

**referenced (1)**
125:2

**referring (2)**
8:8;107:9

**refresh (2)**
44:17;123:25

**refrigerate (1)**
73:17

**refrigerated (2)**
130:12,18

**refrigerator (1)**
98:18

**regarding (2)**
117:15,17;124:6;

91:19;124:1

**region (6)**
83:2,15,19,22,23;
128:15

**Regional (43)**
44:21;46:25;47:1,7,
11;48:11,13,23;52:13;
71:12,25;73:1,8;80:24;
82:25;83:4,9,11,12,17,
18,21;84:5,22;93:9;
120:6;121:4;125:6,16;
127:25;128:6,7,10,14,
20,25;129:3,7,17;
131:1,2,12;133:3

**regionally (1)**
83:3

**regular (3)**
30:3;35:5;115:13

**regularly (4)**
95:14;103:12;119:1,
17

**regulated (1)**
129:25

**Reitman (1)**
68:10

**related (2)**
20:14;114:5

**relates (1)**
126:16

**relation (1)**
27:17

**relevance (3)**
24:1;61:22;119:3

**relevancy (4)**
60:4;93:14;94:20;
101:3

**reliability (1)**
62:13

**relied (1)**
131:5

**remember (9)**
22:17;26:5;36:7;
50:3;54:6;71:19;
102:11;124:13;129:14

**rep (1)**
124:6

**repeat (2)**
6:23;105:18

**rephrase (1)**
6:20

**reported (1)**
14:1

**reporter (4)**
4:15;7:1,5;120:3

**Reporting (1)**
4:12

**represent (2)**
76:10;112:8

**representative (3)**
111:3,5,10

**represented (1)**
5:24

**reputable (2)**

31:11;109:7

**requires (1)**
69:20

**research (11)**
30:5;31:4,9;33:16,
18;34:11;35:18;55:10,
12;58:8,11

**researched (1)**
54:10

**reside (1)**
10:13

**resided (1)**
10:22

**resort (1)**
115:18

**respond (2)**
7:3,4

**response (3)**
66:11;67:12;123:8

**responsibilities (2)**
13:23;14:9

**responsibility (1)**
16:15

**responsible (2)**
13:10;114:13

**restaurant (1)**
60:9

**restitution (3)**
109:16;110:1,4

**results (2)**
107:4,12

**retriever (3)**
25:1;115:6;116:11

**retrievers (2)**
22:1;27:9

**review (11)**
9:13;63:17;66:3,6,9;
77:2;81:9,18;85:14;
86:15;101:5

**reviewed (4)**
65:21;81:20,23;
113:5

**reviewing (1)**
8:14

**rewarded (1)**
50:9

**RF (1)**
86:25

**ride (1)**
115:23

**ridiculous (1)**
122:2

**right (36)**
6:16;21:11,16;22:4;
23:21;24:24;27:24;
39:3,10,19;50:15;56:8;
59:19;64:24;65:6;
71:18,23,23;74:10,12,
16,21;78:14;80:3;
86:21;95:17;101:11;
108:6,13;110:12;
116:9;117:25;119:21;
123:6;126:24;133:25

**right-hand (2)**
85:1;122:4
**risk (5)**
125:14,23,25;
126:14,17
**rock (1)**
32:4
**rocked (1)**
108:14
**role (7)**
13:23;15:3,18;16:10;
18:20;24:19;112:2
**roll (1)**
51:9
**Roman (1)**
18:4
**room (1)**
71:20
**rope (3)**
94:23;95:6,6
**rotate (1)**
31:17
**routine (1)**
89:9
**Roy (1)**
34:24
**rubber (1)**
95:7
**rules (1)**
6:17
**run (5)**
24:22;38:10;52:7;
57:17;109:3
**running (1)**
25:11
**runs (1)**
61:5

**S**

**sad (1)**
22:25
**safe (2)**
94:11;104:14
**sale (2)**
17:2;52:25
**sales (4)**
14:24;15:4;16:5,25
**Same (30)**
5:13;14:9;15:11,21;
25:18;27:20,20;29:18;
32:13;39:20;53:11;
59:22;64:4,7;83:15;
89:18;91:7;101:8;
105:15,16,17;116:17;
117:4,7,12;125:17,22,
24;131:15,23
**samples (1)**
98:1
**sanitary (1)**
90:19
**Saturdays (1)**
27:4

**save (1)**
52:11
**saving (1)**
33:14
**savvy (1)**
18:21
**saw (9)**
15:25;40:23;41:2;
71:5;78:9;103:23;
108:12;111:16;119:16
**saying (17)**
7:2;33:2;68:22;83:7;
87:22,23;88:2,4,21,24;
89:2,3;90:8;93:25;
103:4,19,19
**scary (1)**
23:17
**school (15)**
11:4,8,11,14,15,18;
13:6,7;24:20;25:18,19,
20;26:3;28:16;50:12
**schooling (1)**
11:25
**schools (2)**
12:22;25:17
**science (1)**
12:12
**scientific (1)**
91:14
**scoop (3)**
35:16;60:23,23
**scooper (1)**
95:11
**Scott (4)**
4:6,25;5:1,9
**seal (2)**
31:22;51:9
**sealed (8)**
31:12,25;32:3;74:5;
102:16,19,25;120:20
**sealing (3)**
102:2,8,10
**search (7)**
19:24;31:1;38:2;
42:14;54:25;57:19;
69:21
**searches (5)**
35:22;71:8,9,13,15
**searching (1)**
71:3
**second (12)**
14:11;65:22;66:9,14,
16;75:20;80:7;81:18;
101:6;107:3,6;130:20
**section (1)**
86:22
**seeing (6)**
75:1;93:25;97:23;
119:17;124:1;132:24
**sell (1)**
14:25
**selling (3)**
16:2,10;18:1

**sense (4)**
21:11,11;26:20;
84:21
**sensitive (2)**
54:7;94:15
**sent (3)**
7:18;109:12;110:7
**sentence (8)**
44:15;66:16;67:1,12;
83:25;85:8;86:9;87:2
**separate (2)**
50:22,24
**served (3)**
110:13,15,16
**service (1)**
100:8
**set (3)**
51:12,12;102:21
**settled (1)**
110:5
**several (3)**
27:21;70:24;111:14
**shape (1)**
74:17
**share (1)**
79:25
**sheets (1)**
18:6
**Shop (1)**
38:4
**shops (1)**
109:7
**show (2)**
43:17,18
**shown (4)**
20:14;38:7,25;97:21
**shows (1)**
15:6
**shut (2)**
104:4,5
**siblings (2)**
27:18;98:5
**sic (1)**
63:14
**sick (3)**
40:24;58:20;104:22
**side (2)**
85:1;122:4
**signature (1)**
67:23
**signed (1)**
106:25
**silly (2)**
90:4;104:8
**similar (2)**
16:14;72:11
**similarly (1)**
112:8
**sisters (1)**
40:13
**sit (1)**
96:22
**sitting (2)**

73:20;108:11
**situated (1)**
112:8
**situation (1)**
9:20
**Six (40)**
31:7,10;32:25;34:5,
19;36:24,25;44:2,21;
46:24,25;48:7,8,10,12,
21;50:20,25;51:25;
52:13;56:1;62:21,22;
71:10;78:6,19,21;
79:14;82:24;93:9;
121:6,7,10;125:6,16;
127:23;128:9;129:18;
132:16,20
**size (2)**
56:4;72:1
**slept (1)**
24:10
**slimy (1)**
99:19
**slopping (1)**
77:9
**small (9)**
47:7;52:12;92:13;
108:5,6;110:10,11,23;
115:14
**smaller (4)**
47:1;60:18;87:12;
117:21
**snicker (2)**
26:17,18
**social (1)**
20:13
**socialize (1)**
27:7
**Society (1)**
124:17
**socks (1)**
18:6
**Sold (3)**
15:1,24;102:4
**somebody (6)**
29:23;32:5;85:20;
89:3,20;92:14
**someone (2)**
111:9;112:15
**Sometime (1)**
48:3
**sometimes (3)**
32:10;70:9,10
**somewhere (2)**
85:21;88:15
**son (4)**
10:12,15;14:16;15:7
**Sondel (2)**
40:25;41:7
**sons (2)**
10:7;18:4
**sophisticated (1)**
94:9
**Sorry (11)**

22:15,25;23:17;
24:12;63:6;75:15;80:4;
81:24;120:1,16;132:9
**sort (3)**
17:5;23:4;38:8
**source (8)**
28:23;56:6;57:1;
84:3,4;103:13,14;
116:23
**sourced (11)**
83:2;84:8,11,13,17;
88:9,24;90:10;105:19;
113:7;127:12
**sources (1)**
116:23
**sourcing (4)**
93:16,25;113:17,21
**Spaniel (1)**
115:8
**spare (1)**
115:16
**Spartan (2)**
14:14,15
**speak (2)**
6:23;7:16
**special (2)**
53:2,3
**specialist (1)**
100:9
**specific (12)**
9:9;18:18;30:9;31:2;
32:7,24;49:22,22;54:5,
15;78:20;122:14
**specifically (11)**
29:15;33:19;34:2;
36:22;58:24;63:1,3;
71:7;124:13;125:12;
127:25
**specifics (1)**
24:13
**speculation (3)**
51:21;76:13;90:16
**spell (2)**
14:10;40:19
**spend (2)**
8:13;48:20
**spent (2)**
28:16;51:16
**spoke (2)**
7:18;106:21
**spoken (1)**
114:22
**spokesperson (1)**
9:25
**sports (1)**
54:6
**spot (1)**
92:12
**spots (1)**
34:7
**spouse (2)**
10:1,14
**spouse's (1)**

8:23
spray (1)
  62:4
spread (1)
  116:2
spring (1)
  123:19
square (5)
  27:6;50:16;76:21;
  88:1;122:6
squares (1)
  32:23
squeaker (2)
  95:1,5
squeakers (1)
  94:24
stack (1)
  31:19
staff (1)
  13:25
stainless (3)
  60:24;95:9,12
stale (1)
  73:21
stamp (1)
  92:5
standards (2)
  91:15,18
standing (2)
  24:3;35:12
stands (1)
  82:12
staple (1)
  33:1
start (8)
  21:17;25:3;30:1,25;
  93:24;104:21;108:23;
  110:10
Started (15)
  13:7;16:2;23:11;
  40:24;46:12;50:18,19;
  53:23;71:3,5,7;92:19;
  105:19;110:11;111:15
starting (2)
  108:8,22
starts (1)
  86:24
state (5)
  4:14;5:8;91:25;
  103:7;126:23
stated (3)
  46:8;111:14;125:19
statement (2)
  72:15;73:8
statements (2)
  62:19;121:12
state-of-the-art (1)
  97:2
States (3)
  4:8;67:14;101:20
station (5)
  35:11,15;50:23;
  60:12;124:14

stay (3)
  40:11,12;125:4
steel (2)
  95:9,12
stepfather (1)
  111:22
stepped (1)
  24:24
sticker (1)
  33:2
still (8)
  22:8;24:21;42:23;
  60:5;87:23;88:18;
  89:14;90:22
stipulations (1)
  40:9
stomach (1)
  35:6
stomachs (1)
  32:16
stood (1)
  62:19
Stop (4)
  38:4;56:23;62:14;
  78:21
stopped (5)
  45:23;53:22;102:2,
  10;119:19
store (10)
  31:13;38:4;42:17;
  51:4;52:21;53:10;
  66:21;70:25;98:17;
  102:25
stores (9)
  13:14;14:3;16:16,17;
  32:12;52:14;54:25;
  70:24;114:24
Street (1)
  4:5
strict (1)
  47:21
Strictly (1)
  12:15
strong (4)
  23:18;80:11;86:15,
  17
stronger (1)
  56:21
struggling (1)
  23:9
study (1)
  11:16
stuff (7)
  19:11;41:11;42:15;
  87:24;88:10;113:8;
  118:4
subject (2)
  21:15;67:13
submit (1)
  32:22
substance (1)
  105:2
sudden (1)

23:7
suddenly (1)
  22:19
Sue (1)
  124:17
suing (2)
  58:2;63:20
suit (1)
  108:1
Suite (1)
  4:5
Sun (1)
  55:1
supplier (3)
  130:15;131:15,23
suppose (1)
  84:24
supposed (2)
  37:16;112:7
Sure (16)
  21:14;32:3;36:21;
  39:6;40:14;42:11;
  55:13;69:11;78:12;
  86:16;91:6;95:18;
  112:13;122:9;123:13;
  132:5
Susan (3)
  8:24;9:1;53:7
swear (1)
  4:15
SWeaver@mobil (1)
  5:18
switch (4)
  30:22;53:24;90:1;
  96:6
switched (5)
  29:10;35:2;41:5;
  46:15;54:3
sworn (2)
  5:2;68:20
system (1)
  69:21

T

tags (1)
  61:11
talk (10)
  24:14,17,22;37:10;
  55:8;77:21;103:4;
  114:12;124:19;130:5
talked (11)
  16:24;20:22;21:12;
  34:15;54:12,17;55:4;
  57:5;86:22;114:16;
  122:18
talking (4)
  47:5;87:21;91:7;
  113:16
tallow (2)
  131:13,16
target (1)
  18:9

tech (2)
  18:21,25
teeny (1)
  49:23
telling (9)
  19:9,10;30:7;55:22;
  77:13;78:25;82:5;
  109:4;127:10
temperatures (1)
  87:5
ten (3)
  77:20;78:8;118:3
term (5)
  25:15;63:5;127:24;
  128:6;129:13
terms (2)
  82:15;133:12
terrifying (1)
  28:21
test (4)
  103:12,12;107:4,12
tested (3)
  97:12;100:8;113:9
testified (5)
  5:3;123:20;126:25;
  127:2,3
testifying (1)
  68:19
testimony (2)
  121:17,17
testing (14)
  10:9;23:5,6;89:1,5,9;
  90:9;98:4;103:5;
  113:12,13,14,21;
  127:13
tests (1)
  57:17
texted (1)
  110:3
texts (1)
  110:8
That'll (1)
  110:2
therapy (3)
  11:3;100:7,10
thereabout (1)
  71:4
thinking (1)
  19:24
third (2)
  129:18,20
though (3)
  90:2;115:25;130:18
thought (9)
  23:10;28:4;31:10;
  62:21;88:19;91:20;
  123:22;125:18;131:10
thoughts (1)
  39:8
thousands (2)
  28:16;56:25
Three (26)
  10:7;14:5;21:22;

22:2,3;26:21;27:8,17;
  29:5,18;33:13;35:11,
  15;41:3;46:22;49:2,2,
  4;53:4,11;85:1;99:9;
  109:7;115:14;117:2;
  118:21
three-fourths (1)
  75:23
threw (6)
  23:12,13;46:4,8;
  124:14,18
throughout (1)
  78:7
Throw (3)
  57:8;99:16;124:18
thrown (1)
  95:3
ticket (1)
  109:3
tickled (1)
  26:10
times (16)
  26:6;32:7;43:19;
  48:25;49:4,8;51:23,23;
  52:3;78:20;105:12;
  111:14;117:2;118:17;
  124:21;130:6
tissue (1)
  97:25
tissues (1)
  97:17
titled (1)
  11:4
today (14)
  5:24;6:12,17,25;7:7,
  11,12;24:15;36:20;
  63:8;68:19;110:17;
  123:7;127:24
Today's (1)
  4:2
together (2)
  35:17;53:9
to-go (2)
  60:9,10
told (10)
  22:22;23:1;32:8;
  47:19,24;78:19;89:23;
  94:13;98:14;109:1
took (6)
  15:12;24:11;28:15;
  33:6;35:8;96:12
top (5)
  62:17;72:13;80:7;
  85:1;86:10
total (3)
  45:2;51:16;53:20
totally (3)
  35:7;82:8;99:11
touch (2)
  40:11,12
tough (1)
  57:15
towards (2)

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 50 of 52   Document 151-1

73:7;112:11

**town (1)**
31:14

**Toxicology (2)**
12:10;17:17

**toxin-free (1)**
88:6

**toxins (2)**
127:3,8

**toy (3)**
95:2,2,4

**toys (2)**
94:16,17

**track (1)**
114:4

**trade (7)**
11:13,15,18;12:22;
13:6;43:17,18

**Train (2)**
131:16,18

**trained (1)**
17:21

**training (5)**
17:8,13,16,19;49:24

**transcript (1)**
9:14

**transition (5)**
29:3;35:4,8;46:11;
48:10

**transitioned (1)**
46:13

**transitioning (2)**
48:17;120:24

**transitions (1)**
13:17

**trash (1)**
95:3

**Traurig (1)**
4:18

**travel (1)**
15:4

**treat (3)**
50:11,14;59:22

**treats (11)**
49:21,22,23,23,24;
50:3,5,6,8,17;59:21

**tripe (1)**
74:22

**trouble (1)**
32:8

**troubled (1)**
25:21

**truck (6)**
108:13,14,14,16,21,
24

**true (1)**
78:11

**trust (2)**
93:18;130:23

**trusted (3)**
79:1;130:23;131:9

**Truth (2)**
38:14;67:25

**truthful (1)**
103:11

**truthfully (1)**
7:9

**try (3)**
29:12;33:15;42:7

**trying (3)**
70:2;120:14;122:1

**tubes (1)**
60:15

**turn (9)**
14:2;44:14,15;66:14;
67:11,20;75:20;78:14;
84:25

**TV (2)**
42:16;103:23

**twice (3)**
41:2;43:21;49:9

**Twitter (3)**
19:6,17,24

**two (33)**
13:7;15:25;22:12;
25:10;28:4;40:5;41:4;
44:2,23;45:5,7;56:24;
58:23;60:18;70:17;
77:23;78:1;79:6,22;
80:17;89:25;93:6;98:5;
101:16;109:9,12;
115:5,22;118:20;
119:16,18;120:18;
125:9

**type (3)**
7:22;29:20;119:12

**types (3)**
12:21;60:1;103:18

**typically (1)**
98:2

**U**

**uh-huhs (1)**
7:3

**uncertain (1)**
123:21

**unclear (1)**
69:3

**unconditional (1)**
26:18

**under (3)**
5:3;101:18;133:11

**underneath (7)**
60:18;74:21;76:24;
81:5;82:21;84:1;85:5

**Understood (15)**
10:1;14:18;16:10;
20:1;21:3;24:6;26:20;
30:22;35:1;37:3,8;
38:7;48:20;64:24;
99:12

**unfair (1)**
37:18

**Union (1)**
91:18

**United (2)**
4:8;101:20

**Unlimited (4)**
14:22,25;15:3,20

**up (34)**
6:23;10:16,17;13:10;
14:9;16:2;22:24;23:12,
19;24:22;26:8;27:7;
31:25;35:13;44:19;
50:24;55:2,3;99:8,9,14,
14,15,17,17;105:21;
108:12,18;109:20;
110:5;112:4;115:21;
118:17;123:14

**UPC (3)**
33:1,1,8

**updated (1)**
78:12

**upfront (1)**
103:10

**upset (1)**
32:16

**upstairs (1)**
23:11

**USA (1)**
4:7

**use (9)**
5:15,20;111:13;
117:4,7,9;131:23;
133:11,13

**used (7)**
35:6;69:19;75:2,5;
128:6;130:10,15

**usually (2)**
27:12;53:9

**UW (4)**
28:15,21;41:1,18

**V**

**vac (2)**
102:10,25

**vacation (1)**
115:17

**vacuum (8)**
31:12,24;102:2,16,
18;115:25;120:19,20

**vague (1)**
112:24

**value (5)**
30:10;59:5;94:2;
125:17;126:3

**variety (2)**
16:24,25

**vast (1)**
84:2

**vegetables (2)**
128:14,15

**Verbatim (1)**
4:12

**versus (3)**
4:7;57:24;122:1

**vet (16)**

22:20;23:4,7,13;
24:7;28:15,15;40:25;
41:1,5,7;47:15,17;
98:10;100:9,9

**veterinarian (5)**
23:1;28:4;38:22,23;
47:23

**veterinarians (6)**
28:7;40:23;41:18;
57:10,13;96:11

**veterinary (2)**
17:10,16

**vets (2)**
28:21;41:3

**VIDEOGRAPHER (11)**
4:1,12;39:11,14;
65:9,12;95:20,23;
118:10,13;134:1

**views (1)**
93:11

**visit (1)**
43:22

**visited (7)**
35:24;36:3,6;38:11,
23;41:3;43:20

**visiting (1)**
36:7

**visits (1)**
11:3

**volunteer (1)**
11:6

**VP (4)**
13:10,23;14:24;15:4

**W**

**wacky (1)**
23:16

**wait (1)**
89:5

**waiting (2)**
110:8,20

**walk (5)**
27:1,4,5,5,6

**walked (1)**
50:16

**wall (1)**
16:1

**Walmart (1)**
34:24

**wants (1)**
90:5

**warehouse (2)**
13:9;14:3

**washed (1)**
95:14

**washer (1)**
61:5

**washes (1)**
61:1

**watching (1)**
118:25

**water (17)**

42:17,17,19;89:19,
22;90:4;103:21,22;
104:7,9,11,13,13,25;
118:16;119:7,13

**waters (1)**
84:3

**way (9)**
13:10;37:14;75:23;
81:2;82:1;88:19;92:16;
122:9,11

**weak (1)**
99:17

**wean (1)**
45:18

**Weaver (31)**
4:6,25;5:1,6,9;6:7;
7:24;9:1;10:16;11:8;
16:4,22;23:17;24:12;
39:16;44:11;63:18;
66:18;67:23;68:19;
69:4;70:5;71:1;72:10;
95:25;110:6;118:15;
120:5;121:20;123:18;
132:8

**website (7)**
36:1,5,8,15;37:4;
38:23;43:20

**websites (7)**
19:22;20:4;35:24;
36:22;37:22;38:12;
39:1

**week (4)**
35:9,9;46:17;48:15

**weeks (9)**
22:13;33:13;40:3;
46:22;49:2,3,4,5;
116:16

**weight (2)**
47:9;122:17

**weighted (2)**
122:9,11

**wells (2)**
104:4,5

**West (1)**
70:20

**What's (16)**
8:25;30:7;42:24;
51:11,16;52:4;60:21;
64:20;77:23;79:18;
82:4;90:13;91:25;
105:16;114:10;117:6

**where's (1)**
79:16

**white (3)**
37:6,7,9

**Whoa (1)**
89:5

**whole (10)**
9:19;10:18;51:8;
58:24;76:21;77:2;
86:21;88:23;103:10;
122:1

**wholesaler (1)**

14:13
Whose (1)
94:2
wife (25)
9:16;11:4;19:9;
20:12;21:8;24:22;25:1,
17;26:5;31:4,20;32:14;
33:16;35:19;38:7,25;
54:17;55:10;60:10;
61:1;90:5;108:9;
114:20,21;116:23
wife's (3)
21:4;34:10;69:18
wild-caught (1)
87:5
windows (1)
115:24
winter (1)
123:18
Wisconsin (13)
4:6,9,13;5:11;10:21;
11:12;14:17,20;40:22;
66:22;83:7,10,11
Within (5)
22:12;68:2;83:1;
101:23;107:4
witness (16)
4:16;5:2;23:23;
37:17;39:6,9;40:16;
65:7;78:11;79:23;
96:20;106:7,14;
120:14,18;132:12
wonderful (1)
24:18
word (10)
14:11;30:6;44:16;
71:16;72:24;73:18;
76:7;81:15;101:12;
133:12
words (2)
77:7;131:9
work (9)
11:6;14:18;16:22;
97:13,14,20;98:2,4;
109:7
Worked (1)
13:9
works (2)
37:15;41:12
worth (3)
13:11;33:13;52:11
Wow (4)
10:9;15:15;51:18;
62:23
write (2)
7:2;80:1
writing (1)
16:1
wrong (4)
67:2;68:6;113:3,4
wrought (1)
26:25
WWTC (1)

11:20

**Y**

yard (2)
26:25;27:1
year (23)
22:11;32:8;35:3,3;
39:20;40:5;45:10,18,
20;46:2,3,4;48:1,5,8;
51:25;78:20;105:24;
106:3,4;116:13,15,15
years (25)
8:22;10:24;14:5;
15:16,25;16:1;25:12,
18;31:23;39:18;40:5;
52:4;77:20;78:7,8;
96:25;102:12,15,17;
111:24;115:6;118:20,
21;119:16,18
yep (9)
44:19;72:12;75:19;
77:1;87:1;99:23;
100:19;120:11;130:8
yeses (1)
7:4
yesterday (2)
36:9;43:24
York (1)
10:20
young (3)
25:6;55:6;115:14
younger (1)
39:20

**1**

1 (2)
6:4,5
1,2- (1)
51:24
1:00 (1)
96:4
1:30 (1)
22:20
1:45 (1)
96:3
10 (5)
22:6,6;66:14,24;
118:9
10:12 (1)
95:21
10:22 (1)
95:24
10:48 (1)
118:11
102 (1)
4:5
108 (2)
48:22;51:23
11 (5)
22:6;39:18,18;76:4;
77:22

11:01 (1)
118:14
11:19 (2)
134:2,3
112 (2)
15:13,14
12 (4)
33:6;49:3,4;51:23
12th (1)
33:11
13 (2)
67:20;77:22
13-pound (1)
76:3
15 (3)
8:15;115:8;116:6
17 (2)
115:6;116:4
18 (1)
67:9
18CV1996JPS (1)
4:10
19 (1)
115:6
19th (2)
4:3;124:8

**2**

2 (4)
4:5;44:8,9;67:10
2,600 (1)
21:7
20 (6)
10:24;13:25;22:21;
52:4;66:15,24
200 (1)
52:2
2007 (6)
39:22;45:13,16;
66:20;67:5,15
2008 (6)
39:21,23;45:22;48:3,
3,4
2010 (1)
39:25
2017 (3)
66:21;67:6,16
2018 (14)
22:14,14;46:6,9;
53:23;67:6,19;69:1;
106:4,6,15,16;124:2,8
2019 (1)
4:3
22 (1)
115:10
24th (1)
96:4
2764 (1)
5:11

**3**

3 (2)
65:15,16
30 (3)
21:5;23:14;111:24
300 (1)
52:2
30th (1)
96:3
3-31-57 (1)
9:3
35-year-old (1)
10:12
36 (3)
49:3,4,5
38-year-old (1)
10:11

**4**

4 (11)
67:13;71:24;72:5;
80:24;107:9;125:5,16;
130:21;132:10,11,12
4:00 (1)
49:11
40 (2)
23:15;96:25
42 (2)
56:5,5
43 (1)
8:22
44 (2)
8:22;10:9

**5**

5 (13)
67:11;75:10,11;
82:23;125:5,17;
127:22,22;132:8,9,9,
11,12
50 (1)
89:25
50/50 (1)
35:6
5-10-57 (1)
5:23
53711 (1)
5:11

**6**

6 (7)
44:14,16;79:10,11,
17;80:1;107:10
60 (1)
55:23
68 (1)
56:1

**7**

7 (2)

100:21,22
7:00 (1)
49:11
75 (1)
65:21

**8**

8 (4)
39:22;119:23,24;
122:4
8,000 (2)
16:16,17
8:00 (1)
4:3
8:38 (1)
39:12
8:47 (1)
39:15
8:52 (1)
110:17
8:58 (1)
110:18
80 (1)
98:9
84 (1)
48:24

**9**

9:22 (1)
65:10
9:29 (1)
65:13
99 (1)
118:5

Min-U-Script®