# EXHIBIT C



381 120





# Orijen
### NOURISH AS NATURE INTENDED



**WHOLE PREY DIET** — 75 RED MEAT, FISH & EGG INGREDIENTS | 25 FRUITS, VEGETABLES AND BOTANICALS | 0 GRAIN, POTATO OR GMO



# Regional RED
## BIOLOGICALLY APPROPRIATE™ DOG FOOD
### NOURRITURE POUR CHIENS ADAPTÉE AUX BESOINS PHYSIOLOGIQUES

**MADE WITH ANGUS BEEF, WILD BOAR, RANCH-RAISED LAMB, HERITAGE PORK & FREE-RANGE BISON**
RENFERME DE BOEUF, SANGLIER, AGNEAU, PORC DE RACE PATRIMONIAL, BISON ELEVES EN LIBERTE



*Delivered Fresh Daily ❦ Livré Frais tous les Jours*

    

WHOLE PREY DIET (MEAT | ORGANS | CARTILAGE) | Regional RED MEATS DELIVERED FRESH DAILY | LOCAL FRUITS & VEGETABLES DELIVERED FRESH DAILY | LOW GLYCEMIC FORMULA LOCAL LENTILS & CHICKPEAS | PROTEIN RICH CARBOHYDRATE LIMITED | MAX. 25% NFE

CHAMPIONPETFOODS.COM

INGREDIENTS AND FOOD PRESERVED NATURALLY NO BHA, BHT OR ETHOXYQUIN ADDED | INGRÉDIENTS ET ALIMENTS CONSERVÉS DE FAÇON NATURELLE, SANS BHA, BHT OU ÉTHOXYQUINE

**NET WEIGHT | POIDS NET**
**13KG | 28.6LBS**
FOR ALL BREEDS AND LIFE STAGES | POUR CHIENS DE TOUS ÂGES ET DE TOUTES RACES

  

WHOLE PREY DIET | 75 25 0

Case 2:18-cv-01996-JPS   Filed 03/03/20   Page 2 of 3   Document 151-3

Product packaging for ORIJEN Regional Red dog food (multilingual label).