# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SCOTT WEAVER,

                Plaintiff,

v.

CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,

                Defendants.

Case No. 18-CV-1996-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' renewed motion for summary judgment as to Plaintiff's third amended complaint (Docket #144) be and the same is hereby **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

July 8, 2020
Date