UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT WEAVER, Individually and
on Behalf of All others Similarly Situated,

      Plaintiff,

v.

CHAMPION PETFOODS USA, INC., and
CHAMPION PETFOODS LP,

      Defendants.

Case No.:18-cv-1996-JPS

Judge J.P. Stadtmueller

## NOTICE OF APPEAL

Notice is given that the Plaintiff, Scott Weaver, appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment entered in this action on July 8, 2020 (Doc. # 185) and the order granting Defendant's Renewed Motion for Summary Judgment entered on July 8, 2020 (Doc. #184).

Dated: July 9, 2020

Respectfully submitted,

WEXLER WALLACE LLP
By: /s/ Kenneth A. Wexler

UMAR SATTAR
MICHELLE PERKOVIC
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
Email: kaw@wexlerwallace.com
us@wexlerwallace.com

1

mp@wexlerwallace.com

WEXLER WALLACE LLP
MARK J. TAMBLYN
333 University Avenue
Suite 200
Sacramento, CA 95825
Tel: (916) 565-7692
Fax: (312) 346-0022
Email: mjt@wexlerwallace.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
CHARLES N. NAUEN, #1031943
ROBERT K. SHELQUIST
REBECCA A. PETERSON
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: cnnauen@locklaw.com
rkshelquist@locklaw.com
rapeterson@locklaw.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON
KARLA M. GLUEK
RAINA C. BORRELLI
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
rborrelli@gustafsongluek.com

ROBBINS LLP
KEVIN A. SEELY
STEVEN M. MCKANY
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com
smckany@robbinsllp.com

2

CUNEO GILBERT & LADUCA, LLP
CHARLES LADUCA
KATHERINE VAN DYCK
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813
E-mail: kvandyck@cuneolaw.com
charles@cuneolaw.com

LITE DEPALMA GREENBERG, LLC
JOSEPH DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

PETERSON LAW and MEDIATION, LLC
MARK A. PETERSON (1016259)
1433 N. Water Street, Suite 400
Milwaukee, WI 53202
Telephone: (414) 877-7312
E-mail: mark@markpetersonlaw.com

*Attorneys for Plaintiff*