

David A. Coulson
Tel 305.579.0754
coulsond@gtlaw.com

September 24, 2020

**VIA ECF ONLY**

Gina M. Colletti
Clerk of Court
United States District Court
362 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

    Re:    *Weaver v. Champion Petfoods USA Inc.*, No. 2:18-cv-01996-JPS (E.D. Wis.)

Dear Clerk of Court:

    My name is David Coulson, and I represent Defendants Champion Petfoods USA Inc. and Champion Petfoods LP in connection with the above-captioned matter.

    The Parties understand that pursuant to the Clerk's August 3, 2020 Notice, Defendants' Bill of Costs is currently stayed pending Plaintiff's appeal in the United States Seventh Circuit of Appeals.

    However, the Parties recently conferred and agreed that Defendants will withdraw their Bill of Costs filed in this matter [ECF No. 190].

    Thank you for your assistance.

Sincerely,

**GREENBERG TRAURIG, P.A.**

David A. Coulson

CC: All Counsel of Record via ECF/CM